UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARY BIXLER WOOD, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>AVALIGN TECHNOLOGIES, INC., *et al.*,<br><br>       Defendants. | 14 Civ. 4958 (ER)<br><br>NOTICE OF MOTION<br>FOR ATTORNEYS' FEES<br>AND EXPENSES |

  PLEASE TAKE NOTICE that Relator Mary Bixler Wood, by and through her undersigned counsel, and upon the declarations of Brian M. Feldman and Mason Weeda, accompanying exhibits, and a supporting memorandum of law, moves this Court pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure for an award of attorneys' fees and expenses from defendants CareFusion Corporation, Avalign Technologies, Inc., and Instrumed International, Inc.

Dated: November 22, 2019      Respectfully submitted,

                  HARTER SECREST & EMERY LLP

             By: /s/ Brian M. Feldman
                Brian M. Feldman
                1600 Bausch & Lomb Place
                Rochester, New York 14604
                Telephone No. (585) 231-1201
                Facsimile No. (585) 232-2152
                BFeldman@hselaw.com