# EXHIBIT 3

**TOTAL FEES AND COSTS**

| | | |
|---|---|---|
| Fees | $ | 2,225,690.00 |
| Costs (common) | $ | 4,188.19 |
| **TOTAL** | **$** | **2,229,878.19** |

**AVALIGN FEES AND COSTS**

| | | |
|---|---|---|
| Fees (common) | $ | 1,779,615.00 |
| Fees (Avalign only) | $ | 420,600.00 |
| Costs (common) | $ | 4,188.19 |
| **TOTAL** | **$** | **2,204,403.19** |

**CAREFUSION FEES AND COSTS**

| | | |
|---|---|---|
| Fees (common) | $ | 1,779,615.00 |
| Fees (CF only) | $ | 144,525.00 |
| Costs (common) | $ | 4,188.19 |
| **TOTAL** | **$** | **1,928,328.19** |