UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America et al., ex rel. Mary Bixler Wood,

Plaintiff,

-v-

Avalign Technologies, Inc., et al.,

Defendant.

Case No. 14 Civ. 4958

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

CareFusion Corporation       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

CareFusion Corporation is a wholly-owned subsidiary of Becton, Dickinson and Company, a publicly held corporation.

Date: 12/4/19

**Signature of Attorney**

**Attorney Bar Code:**

Form Rule7_1.pdf   SDNY Web 10/2007