UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA ex rel.
MARY BIXLER WOOD, *et al.*,

                Plaintiffs,

       v.

AVALIGN TECHNOLOGIES, INC., *et al.*,

                Defendants.

14 CIV. 4958 (ER)

---

## CAREFUSION CORPORATION'S OPPOSITION TO RELATOR'S MOTION FOR ATTORNEY'S FEES AND EXPENSES

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

Julie E. Cohen
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Julie.Cohen@skadden.com

*Attorneys for CareFusion Corporation*

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

PRELIMINARY STATEMENT ...................................................................................................1

RELEVANT BACKGROUND .....................................................................................................4

ARGUMENT .................................................................................................................................6

I.      RELATOR IS NOT ENTITLED TO RECOVER FEES INCURRED IN
CONNECTION WITH HER PURSUIT OF CLAIMS THAT WERE NOT
SUCCESSFUL.....................................................................................................................6

II.     RELATOR SEEKS FEES THAT ARE BOTH UNSUPPORTED AND
UNREASONABLE. .........................................................................................................11

       A.      The Court Should Consider Counsel's Customary Rates And Any
Contingent Fee Arrangement In Determining A Reasonable Hourly Rate. ..........11

       B.      The Fee Application is Replete with Block, Redacted and Vague Entries,
Making a Reasonable Evaluation Near Impossible ...............................................15

       C.      Fees Incurred in Negotiating Relator's Share Are Not Recoverable. ...................18

       D.      The Purported CareFusion-Specific Fees Suffer The Same Infirmities As
The Common Fees. ................................................................................................19

CONCLUSION.............................................................................................................20

## **TABLE OF AUTHORITIES**

**Page(s)**

### **CASES**

*Adusumelli v. Steiner*,
No. 08 Civ. 6932(JMF) et al., 2013 WL 1285260 (S.D.N.Y. Mar. 28, 2013)..................12

*APEX Employee Wellness Services, Inc. v. APS Healthcare Bethesda, Inc.*,
No. 11 CIV. 9718 (ER), 2018 WL 5784544 (S.D.N.Y. Nov. 5, 2018) ......................14, 18

*Arbor Hill Concerned Citizens Neighborhood Association v. County of Albany*,
522 F.3d 182 (2d Cir. 2008)........................................................................................11, 12

*Blanchard v. Bergeron*,
489 U.S. 87 (1989).............................................................................................................12

*Fox v. Vice*,
563 U.S. 826 (2011)...........................................................................................................10

*Hensley v. Eckerhart*,
461 U.S. 424 (1983)..........................................................................................6, 9, 11, 15

*Hines v. City of Albany*,
613 F. App'x 52 (2d Cir. 2015) .......................................................................................17

*Johnson v. Georgia Highway Express, Inc.*,
488 F.2d 714 (5th Cir. 1974) .....................................................................................11, 13

*LexMac Energy, L.P. v. Macquarie Bank Limited*,
No. 4:08-cv-048, 2014 WL 11516245 (D.N.D. Feb. 19, 2014).......................................17

*Macquarie Bank Limited v. Knickel*,
793 F.3d 926 (8th Cir. 2015) ...........................................................................................17

*Miller v. Holzmann*,
575 F. Supp. 2d 2 (D.D.C. 2008) .....................................................................................19

*Millea v. Metro-North Railroad Co.*,
658 F.3d 154 (2d Cir. 2011).............................................................................................11

*Reed v. A.W. Lawrence & Co.*,
95 F.3d 1170 (2d Cir. 1996)...............................................................................................6

*Spence v. Ellis*,
    No. 07-CV-5249(TCP)(ARL), 2012 WL 7660124 (E.D.N.Y. Dec. 19, 2012) ................17

*Stanczyk v. City of New York*,
    752 F.3d 273 (2d Cir. 2014)...........................................................................................6

*Stein v. 1-800-Flowers.com, Inc.*,
    No. 16-CV-6252-RRM-SJB, 2019 WL 1099946 (E.D.N.Y. Mar. 7, 2019).......................7

*United States ex rel. ATC Distribution Group, Inc. v. Ready-Built Transmissions, Inc.*,
    No. 03-CV-2150, 2007 WL 2522638 (S.D.N.Y. Sept. 7, 2007).......................................17

*United States ex rel. Doe v. Biotronik, Inc.*,
    No. 2:09-cv-3617-KJM-EFB, 2015 WL 6447489 (E.D. Cal. Oct. 22, 2015).....................7

*United States ex rel. Educational Career Development, Inc. v. Central Florida Regional Workforce Development Board, Inc.*,
    No. 6:04-CV-93-ORL-19DABC, 2007 WL 1601747 (M.D. Fla. June 1, 2007)..............18

*United States ex rel. Feldman v. Van Gorp*,
    No. 03 Civ. 8135(WHP), 2011 WL 651829 (S.D.N.Y. Feb. 9, 2011) .........................6, 14

*United States ex rel. Joseph F. Tommasino, P.A., PhD v. Guida*,
    No. 10-cv-4644 (JFB) (AKT), 2017 WL 878587 (E.D.N.Y. Mar. 6, 2017).....................17

*United States ex rel. Maxwell v. Kerr-McGee Oil & Gas Corp.*,
    793 F. Supp. 2d 1260 (D. Colo. 2011) .............................................................................13

*United States ex rel. Poulton v. Anesthesia Associates of Burlington, Inc.*,
    87 F. Supp. 2d 351 (D. Vt. 2000)......................................................................................18

*United States ex rel. Rai v. KS2 TX, P.C.*,
    No. 3:17-cv-834(JBA), 2019 WL 1397290 (D. Conn. Mar. 27, 2019) .........................7, 18

*United States ex rel. Rubar v. Hayner Hoyt Corp.*,
    306 F. Supp. 3d 478 (N.D.N.Y. 2018)..........................................................................14, 18

*United States ex rel. Sant v. Biotronik, Inc.*,
    716 F. App'x 590 (9th Cir. 2017) ......................................................................................7

*United States ex rel. Taxpayers Against Fraud v. General Electric Co.*,
    41 F.3d 1032 (6th Cir. 1994) ............................................................................................13

*United States v. American University of Beirut*,
    No. 14-CV-6899 (JPO), 2017 WL 3588647 (S.D.N.Y. Aug. 17, 2017) ................7, 10, 13

**STATUTES**

31 U.S.C. § 3730(c)(3)..................................................................................................1

31 U.S.C. § 3730(d)................................................................................................3, 11

31 U.S.C. § 3733(a)(1)(D).............................................................................................9

**OTHER AUTHORITY**

Will Astor, *Leader devoted to law firm*, Rochester Bus. J. (Apr. 15, 2016),
    https://rbj.net/2016/04/15/leader-devoted-to-law-firm/.....................................................12

CareFusion Corporation ("CareFusion") respectfully submits this Opposition to Relator's Motion for Attorney's Fees and Expenses (the "Fee Application").  As discussed herein, Relator seeks fees that are wholly unrelated to the single claim upon which Relator has been successful and the amounts she demands are both unsupported and unreasonable.  CareFusion therefore respectfully requests that the Court deny Relator's demand and instead award reasonable fees that are attributable to the single settled claim as set forth more specifically below.

## PRELIMINARY STATEMENT

Relator's initial *qui tam* complaint (the "Complaint" or "Compl.", Dkt. No. 19) asserted eight distinct and independent claims against six Avalign-related defendants.[1]  Just *one* of the eight claims also was asserted against CareFusion.  The Avalign Defendants and CareFusion entered into separate settlement agreements with the United States relative to that single claim, resulting in CareFusion's dismissal from the action.  The United States declined to intervene in all remaining claims against the Avalign Defendants and DePuy (the "Declined Claims").  (*See* Dkt. No. 21.)  In accordance with the *qui tam* provisions of the FCA, which allow a relator to pursue claims in which the government does not intervene, 31 U.S.C. § 3730(c)(3), Relator recently filed a First Amended Complaint (the "FAC") that advances certain of the Declined Claims and abandons others.  (*See* Dkt. No. 36.)

Notwithstanding the fact that Relator has been successful on just one of the many claims she asserted in her initial complaint and despite the fact that she is actively pursuing certain of the

---

[1]   The Complaint named nine entities as defendants: (i) six "Avalign Defendants" – Avalign Technologies, Inc., Instrumed International, Inc., Instrumed GmbH, Nemcomed FW, LLC, NGInstruments, Inc., and Advantis Medical, Inc.; (ii) CareFusion; (iii) RoundTable Healthcare Partners, L.P. ("RoundTable"), and (iv) DePuy Synthes, Inc. ("DePuy").  The Complaint contained no allegations against RoundTable, the United States declined to intervene in the claims against DePuy, and Relator has since abandoned her claims against both of these entities.

Declined Claims, Relator asks the Court to award her now more than 95% of all hourly charges and expenses purportedly incurred by her counsel to date. Specifically, of the purported $2,348,878.19 in fees Relator claims to have incurred to date, she seeks to recover $2,229,878.19 through the Fee Application, withholding just $119,000 as fees purportedly incurred in pursuit of the seven Declined Claims and other defendants. (*See* Fee Application at 15 & n.4, 19.) Remarkably, the Fee Application allocates more than $2.2 million to the single settled claim, with approximately $1.8 million denominated as "common fees" sought jointly from the Avalign Defendants and CareFusion, $420,600 allocated as Avalign-specific fees sought from the Avalign Defendants, and $144,525 as CareFusion-specific fees sought from CareFusion. (Fee Application at 15 n.4.) Relator's attempt to allocate the vast majority of her fees incurred to date to the *single* claim that was settled cannot withstand scrutiny.

The Fee Application, moreover, is deficient and materially overstated in a number of significant ways:

- <u>First</u>, Relator's counsel seeks a financial windfall by requesting hourly rates applied in this District for highly complex litigation matters, such as securities class action litigation, that are well in excess of what the Relator's Rochester law firm publicly claims its clients routinely pay. The inflated hourly charges are in addition to any contingent fee governing Relator's relationship with counsel, which is not disclosed in the Fee Application.

- <u>Second</u>, the Fee Application is replete with block billing entries that preclude a meaningful assessment of the reasonableness of the fees charged as well as their allocation. Many other entries are redacted on the basis of "common interest" communications or are so vague that one cannot meaningfully assess the subject matter of the work purportedly undertaken.

- <u>Third</u>, the Fee Application seeks payment for time spent negotiating the Relator's share of the United States' settlement proceeds, which is outside the scope of the FCA's fee provision. The Fee Application also includes fees incurred in pursuing State law claims that are not recoverable here, and for non-working travel, which in this District typically is disallowed or discounted by 50%.

- <u>Fourth</u>, many of the time entries underlying the more than $144,000 in fees that purportedly were incurred in pursuing the single settled claim against CareFusion are not, on their face, readily attributable to CareFusion and suffer from the same infirmities – block billing, vagueness and redactions – as the common fees.[2]

For all these reasons, CareFusion respectfully requests that the Court deny Relator's request for $2,225,690 in fees and render a fee award that is reasonable, supported by adequate evidence, and limited to the single claim upon which the Relator has been successful.  Specifically, with respect to the common fee award, CareFusion requests that the Court:

- award fees that pertain only to the one successful claim, resulting in a base fee award that is equal to 12.5% of Relator's demand;

- utilize Relator's counsels' customary hourly rates in determining a reasonable fee, resulting in an approximate 47% reduction of the base fee award;

- reduce the base fee award by an additional 10% to account for block billing, vague and redacted entries; and

- subtract $7,950 from the adjusted base fee award for hours recorded in connection with negotiating Relator's share of the settlement proceeds.

With respect to the CareFusion-specific fees, CareFusion requests that the Court reduce the claimed amount to reflect that only one claim has settled, utilize Relator's counsels' customary hourly rates and reduce the fee award by 10% to account for block billing, vague and redacted entries.  Applying these appropriate reductions results in a common fee award of $98,683.06,[3] including expenses, and a CareFusion-specific fee award of $8,617.30.  CareFusion respectfully submits that a fee award of this magnitude – and not the windfall demand made by the Relator and her counsel – is appropriate under both the FCA, 31 U.S.C. § 3730(d), and the law of this Circuit.

---

[2]  For the Court's convenience, attached as Appendix A is a color-coded version of Relator's time records that highlights the deficiencies identified herein.  Although time entries have been color-coded to reflect the various deficiencies, many are deficient for more than one reason.

[3]  The Avalign Defendants and CareFusion have reached an agreement regarding allocation of a common fee award between them.

3

## RELEVANT BACKGROUND

On July 2, 2014, Relator filed this *qui tam* action under seal.  The Complaint alleged eight

independent theories of FCA liability against the Avalign Defendants, including (i) marketing

medical devices without Food and Drug Administration ("FDA") 510(k) clearance claims (Compl.

¶¶ 81-101)[4]; (ii) failure to implement design controls required by Quality System Regulations

("QSR") (*id*. ¶¶ 102-111); (iii) failure to implement purchasing controls required by QSR (*id*. ¶¶

112-125); (iv) failure to comply with production phase quality requirements (*id*. ¶¶ 126-157); (v)

false and inadequate labeling (*id*. ¶¶ 158-170); (vi) inadequate complaint handling procedures (*id*.

¶¶ 171-181); (vii) failure to file medical device reporting submissions (*id*. ¶¶ 182-190); and (viii)

miscellaneous independent QSR violations (*id*. ¶¶ 191-205).   As set forth in the Avalign

Defendants' Opposition to Relator's Motion for Attorney's Fees and Expenses ("Avalign Opp'n"),

the 510(k) clearance claims are further subdivided into four distinct and independent factual and

legal theories of liability.  *See* Avalign Opp'n at 18-19 (devices lacking a legal basis for marketing)

(Compl. ¶ 86); (devices falsely linked to 510(k) clearances) (*id*. ¶ 87); (devices based on false pre-

amendment claims) (*id*. ¶¶ 88-90); and (unapproved devices following significant changes) (*id*. ¶¶

91-95).

---

[4]   Before certain medical devices may be marketed in the United States, they must be approved
or cleared by the FDA.  Pursuant to Section 510(k) of the Federal Food, Drug, and Cosmetic
Act, device manufacturers are required to submit a premarket submission to FDA to
demonstrate that the device is substantially equivalent to a legally marketed device not subject
to Premarket Approval.  A device may be exempt from Section 510(k) requirements if it
qualifies as a "pre-amendment device."  To qualify for such exemption, the manufacturer must
be able to demonstrate that the manufacturer itself had legally marketed the device in the
United States prior to May 28, 1976, and that the device had not been significantly changed or
modified since then.  The sole issue that is the subject of the settlement in this case was whether
one of Avalign's manufacturers, Instrumed, qualified for this exemption.

*(cont'd)*

CareFusion, a purchaser of products manufactured by one of the Avalign Defendants is referenced only in connection with one of the four sub-claims associated with the 510(k) allegations – the sale of devices that were based on false pre-amendment claims. The allegations against CareFusion were presented by the Relator in five one-sentence paragraphs (Compl. ¶¶ 209-213), and are wholly derivative of the same claim advanced against the Avalign Defendants. (*id.* ¶¶ 88-90). Specifically, Relator contended, on information and belief, that CareFusion knew that certain unspecified medical devices being offered for sale by the Avalign Defendants did not qualify for pre-amendment exemption from 510(k) notice requirements. (*Id.*)[5]

Over the course of years, the United States Department of Justice (the "DOJ") investigated the allegations advanced by Relator and, on August 9, 2019, elected to intervene with respect to one of the four 510(k) claims – that the Avalign Defendants and CareFusion did not have an adequate basis to conclude that certain products manufactured by Instrumed qualified for the pre-amendment exemption relating to 510(k) notice requirements. (Dkt. No. 22.)[6] CareFusion cooperated with the DOJ and entered into a settlement agreement with the United States in December 2018, months before the United States filed its Complaint in Intervention and settlement with the Avalign Defendants. The sole basis for CareFusion's settlement was its purchases of

---

[5] Relator also alleged that the Avalign Defendants did not provide CareFusion with adequate instructions for use. (Compl. ¶¶ 214-218.) The government did not intervene with respect to this allegation and, as explained below, this claim has been released by the Relator.

[6] Contrary to the Fee Application's characterization of Relator's role in the investigation, FDA identified this issue long before Relator filed the Complaint in July 2014. As set forth in the United States' Complaint in Intervention, the FDA issued an inspection report to Instrumed in August 2013, noting that Instrumed's devices "are not pre-amendment devices that were legally on the market in the United States prior to May 28, 1976." (Dkt. No 22 ¶¶ 54-56.) This inspection and the follow-up correspondence between FDA and Instrumed led to the recall of the questioned products no later than December 2014. (*Id.* ¶ 58.)

Instrumed products and its reliance on Instrumed's claim that those products were exempt from

FDA's 510(k) requirements pursuant to the pre-amendment exemption:

> During the Covered Period, CareFusion purchased devices from Instrumed that Instrumed wrongly claimed qualified for the pre-amendment status exception, and then sold those devices to hospitals and other health care providers. . . . Instrumed provided CareFusion with the evidence on which it was relying to justify its claim that the above-referenced devices qualified for the pre-amendment status exemption.  That evidence – which consisted of excerpts from a catalogue issued by the devices' original manufacturer, not Instrumed, and an affidavit from an Instrumed employee – was insufficient.

(Decl. of Julie E. Cohen ("Cohen Decl.") at Ex. A ¶¶ 2(d)-(e).)  In order to resolve this allegation,

CareFusion agreed to pay the United States $2,821,539.92.  In return, CareFusion obtained a

release from the United States, the individual states that intervened in the action, and the Relator.

(*Id.* ¶¶ 5, 7.)  The Avalign Defendants settled the same pre-amendment exemption claim (the

"Settled Claim").  (Dkt. No. 23.)

## ARGUMENT

## I.     RELATOR IS NOT ENTITLED TO RECOVER FEES INCURRED IN CONNECTION WITH HER PURSUIT OF CLAIMS THAT WERE NOT SUCCESSFUL.

A plaintiff's success is a crucial factor in determining the proper amount of an attorney fee

award.  *Hensley v. Eckerhart*, 461 U.S. 424, 440 (1983); *see also Stanczyk v. City of N.Y.*, 752 F.3d

273, 284-85 (2d Cir. 2014).  Consistent with this fundamental principle, a court should disallow

fees related to unsuccessful claims unless they are "inextricably intertwined" with the successful

claims – such as when the claims "involve a common core of facts or [are] based on related legal

theories."  *United States ex rel. Feldman v. Van Gorp*, No. 03 Civ. 8135(WHP), 2011 WL 651829,

at *4 (S.D.N.Y. Feb. 9, 2011) (alteration in original) (quoting *Reed v. A.W. Lawrence & Co.*, 95

F.3d 1170, 1183 (2d Cir. 1996)).

Where, as here, only a single claim was successfully resolved, six others have been abandoned in their entirety, and there remain active, unresolved claims subject to continued litigation and potentially another fee application against parties *other than CareFusion*, it would be patently unreasonable to allocate substantially all fees and expenses incurred to date to the one successful claim.   *See United States v. Am. Univ. of Beirut*, No. 14-CV-6899 (JPO), 2017 WL 3588647, at *1 (S.D.N.Y. Aug. 17, 2017) (applying a 60% reduction to reflect "the fact that [r]elator did not prevail on three out of five of its distinct" claims and noting that counsel's records were not "clear about which entries relate to which claims"); *United States ex rel. Doe v. Biotronik, Inc.*, No. 2:09-cv-3617-KJM-EFB, 2015 WL 6447489, at *10 (E.D. Cal. Oct. 22, 2015) (applying 20% fee reduction and noting that many of relator's claims were dissimilar and "the scope of the *qui tam* complaint markedly exceeded the scope of the eventual settlement agreement," and as such the relator "was not entirely successful"), *aff'd in relevant part sub nom. United States ex rel. Sant v. Biotronik, Inc.*, 716 F. App'x 590, 591 (9th Cir. 2017); *Stein v. 1-800-Flowers.com, Inc.*, No. 16-CV-6252-RRM-SJB, 2019 WL 1099946, at *3 (E.D.N.Y. Mar. 7, 2019) ("In determining the reasonableness of the number of hours expended, the [c]ourt 'should exclude excessive, redundant or otherwise unnecessary hours, as well as hours dedicated to severable unsuccessful claims.'") (citations omitted); *United States ex rel. Rai v. KS2 TX, P.C.*, No. 3:17-cv-834(JBA), 2019 WL 1397290, at *7 (D. Conn. Mar. 27, 2019) (finding that relators' time entries with respect to "work on successful theories of liability . . . i.e. covered conduct in the settlement" were unclear and reducing relator's requested amount for attorneys' fees).

Although Relator cites to case law supporting the award of fees for dismissed or released claims that are "inextricably intertwined" with successful claims (Fee Application at 16 (citation omitted)), she cites no case law that authorizes recoupment of fees incurred in connection with

7

claims subject to continued litigation and offers no analysis of the claims advanced in this action or the work undertaken with respect to each such claim.  Her counsel's conclusory legal averments that her claims are inextricably intertwined do not establish that the claims, in fact, are intertwined, and even a cursory review of the Complaint establishes that the claims are distinct and independent from one another.  For example, the Settled Claim pertained to the applicability of a regulatory exemption in the Food, Drug and Cosmetic Act to certain products offered for sale by Instrumed – not to the other three alleged 510(k) noncompliance issues, or to the adherence to any quality, purchasing, manufacturing or reporting standards advanced in the Declined Claims.  Indeed, as explained in detail in the Avalign Defendants' Opposition, the Declined Claims involve different legal theories, different factual proof, different entities, different products, different manufacturing facilities and processes and different standards.[7]  Critical to CareFusion, the seven Declined Claims have *nothing to do* with CareFusion.  Accordingly, seven-eighths of the allegations originally advanced by Relator (even without considering the three 510(k) sub-claims and the claims against DePuy) do not implicate CareFusion.  Relator cannot recover fees incurred in pursuing these claims, and CareFusion should not be required to bear the burden of fees incurred in connection with these unsuccessful claims.

Relator's filing of the FAC further supports CareFusion's contention that the Fee Application improperly seeks recoupment of fees for abandoned and, as yet, unsuccessful claims. In the FAC, Relator abandons six of Declined Claims, jettisoning all quality control,

---

[7]   Indeed, each Declined Claim requires different and independent proof to support the theories of liability being advanced – none are dependent on the other and proof of one claim is irrelevant to the others (e.g., proof that one Avalign defendant failed to implement adequate design controls (Compl. ¶¶ 102-111) has no bearing on whether the same or another Avalign defendant failed to file medical device reporting submissions (*id*. ¶¶ 182-190).)

*(cont'd)*

manufacturing, production and labeling claims as well as dropping DePuy as a defendant.  (*See* Dkt. No. 36.)  Apparently through counsel's use of information gained during DOJ's investigation, Relator now is advancing more detailed allegations regarding two of the Declined Claims, which pertain to the Avalign Defendants only.[8]  Notwithstanding the fact that Relator has abandoned six of her claims, dropped another defendant from the action and recrafted the two remaining claims against the Avalign Defendants, the Fee Application implausibly seeks to recover more than 95% of all fees purportedly incurred through the date of settlement.

Relator bears the burden to establish entitlement to the claimed fee award.  *Hensley*, 461 U.S. at 437 ("[T]he fee applicant bears the burden of establishing entitlement to an award and documenting the appropriate hours expended and hourly rates," including by "maintain[ing] billing time records in a manner that will enable a reviewing court to identify [the attorney's work on] distinct claims.").  Yet, notwithstanding counsel's claimed expertise in FCA matters, Relator's counsel failed to maintain billing records in a manner that provides any transparency as to what work pertained to which defendants or the claims being advanced.  No efforts were made in real

---

[8]   The DOJ may share any information obtained through a CID "with any *qui tam* relator if the Attorney General or designee determine[s] it is necessary as part of any false claims act investigation." 31 U.S.C. § 3733(a)(1)(D).  There are numerous time entries reflecting review of documents provided by DOJ after filing of Relator's complaint and during the course of DOJ's pre-intervention investigation.  (Appendix A at 51 (3.0 hour time entry for Neil O'Flaherty for September 26, 2014 ("Prepare list of documents for U.S. Attorney [redacted]; file and document review for same")); *id*. at 42 (1.5 hour time entry for Stephen D. Terman for July 25, 2014 ("Review documents; discussion with colleagues; conference call with client")); *id*. at 52 (2.5 hour time entry for Neil O'Flaherty for September 29, 2014 ("Prepare list of documents for U.S. Attorney [redacted] Avalign companies; file and document review for same")); *id*. at 44 (2.0 hour time entry for Stephen D. Terman for August 12, 2014 ("Review documents regarding promotional matters; prepare for government interview of Mary Bixler Wood")); *id*. at 46 (4.8 hour time entry for John P. Bringewatt for August 25, 2014 ("Review documents and conduct research re brand name defendants")); *id*. at 46 (3.6 hour time entry for John P. Bringewatt for August 29, 2014 ("Review documents and conduct research re brand name defendants")).)

*(cont'd)*

time to segregate time entries by task or defendant codes.  Instead, Relator's counsel has taken a biased hindsight review of six years of billing records and retroactively allocated virtually all fees incurred to the Settled Claim.  (*See* Decl. of Brian M. Feldman ¶¶ 28-36, Dkt. No. 27.)  Such allocation is impermissible as a matter of law.[9]

Because trial courts are not expected to "become green-eyeshade accountants" or "achieve auditing perfection," *Fox v. Vice*, 563 U.S. 826, 838 (2011), CareFusion respectfully suggests that a *pro rata* recovery based on the single claim settled versus those abandoned and subject to continued litigation would "do rough justice" and result in a reasonable award here.  *See Am. Univ. of Beirut*, 2017 WL 3588647, at *1.  Toward that end, CareFusion requests that the Court's common fee analysis begin with a figure that is equivalent to one-eighth of the fees incurred to date or $222,451.87 (the "Base Award").[10]  Using this figure as the Base Award is generous in that it treats the four independent 510(k) claims as one for purposes of the fee award, ignoring that only one of the 510(k) sub-claims was successful and the fact that the FAC advances 510(k) allegations against the Avalign Defendants.  Additionally, the base award does not take into account that the fee petition seeks recovery of fees incurred in pursuit of state law claims – fees that have been released by Relator in connection with the CareFusion settlement.[11]  By adopting the suggested

---

[9]   Time entries that appear on their face to relate to the Settled Claim – which are relatively few in number– are highlighted in purple in Appendix A.

[10]   For all the same reasons, one-eighth of the requested expenses ($4,188.19) should be awarded, or $523.52.

[11]   The Fee Application seeks to recover fees incurred in connection with the pursuit of state FCA claims.  In fact, approximately 150 paragraphs of the Complaint address purported state law violations and numerous time entries relate to such efforts.  (*See, e.g.*, Appendix A at 33 (Edward H. Townsend time entry for May 20, 2014); *id* at 41 (Brian M. Feldman's time entries for July 16, 2014); *id* (Maura C. McGuire's time entry for July 22, 2014); *id* at 50 (Maura C. McGuire's time entry for September 16, 2014); *id* at 61 (J. Mason Weeda's time entry for February 9, 2015).)  But, Relator released CareFusion from any claim for attorneys' fees except

*(cont'd)*

Base Award approach, the Court will ensure equitable treatment of CareFusion in awarding reasonable fees and expenses while preserving for Relator the ability to pursue additional fees if she is successful in connection with one or more of the claims advanced in the Amended Complaint.   Detailed below are the other deficiencies noted in the Fee Award and the corresponding reductions that should be made to the Base Award.

## II.   RELATOR SEEKS FEES THAT ARE BOTH UNSUPPORTED AND UNREASONABLE.

### A.   The Court Should Consider Counsel's Customary Rates And Any Contingent Fee Arrangement In Determining A Reasonable Hourly Rate.

As Relator notes in the Fee Application, the Court should calculate a lodestar figure that is determined by multiplying the number of hours reasonably expended on the successful claim by a reasonable hourly rate.  *Hensley*, 461 U.S. at 433; *Millea v. Metro-N. R.R. Co.*, 658 F.3d 154, 166 (2d Cir. 2011).  A reasonable hourly rate is the rate a paying client would be willing to pay.  *Arbor Hill Concerned Citizens Neighborhood Ass'n v. Cty. of Albany*, 522 F.3d 182, 183-84 (2d Cir. 2008).   Although the prevailing rate in the district in which the reviewing court sits is presumptively reasonable, the Second Circuit has instructed district courts to consider all the case specific variables, including the twelve factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) (two such factors being the attorney's customary hourly rate

---

those that may be sought pursuant to 31 U.S.C. § 3730(d) – not the analogue state statutes. (*See* Cohen Decl. Ex. A ¶ 7.) (release of CareFusion by Relator from "any and all manner of claims . . . arising from the Relator Complaint" except for "seeking to recover . . . reasonable expenses and attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d).")   For this reason, fees incurred in connection with the state FCA claims may not be awarded in connection with this Fee Application.   Quantifying the fees associated with such efforts is difficult because of the block entries and vague descriptions in the billing records.   CareFusion submits that reducing the Base Award, as suggested, reasonably addresses this issue.

*(cont'd)*

and whether the fee is fixed or contingent), *abrogated on other grounds by Blanchard v. Bergeron*, 489 U.S. 87, 92-93 (1989); *see also Arbor Hill*, 522 F.3d at 186 n.3, 190.

The Fee Application seeks hourly rates for partners at $800, senior associates at $500, junior associates at $400, and paralegals and support staff at $100-150 (Fee Application at 14), but it does not disclose the customary rates charged by the attorneys at either Harter Secrest & Emery LLP (the "HSE Firm") or Olsson Frank Weeda Terman Matz PC (the "OW Firm").[12]  There is compelling evidence, however, that the customary rates received by the HSE Firm are far less than what is sought in the Fee Application.  In fact, just last year, the HSE Firm filed suit in the New York Supreme Court seeking to recoup legal fees from its client, the Town of Amherst Zoning Board.  (*See* Cohen Decl. Ex. B.)  The HSE Firm's 2017 retainer agreement, attached to HSE's complaint, indicates that HSE partners charged $401-$414 per hour, while associates were billed at $216-$225 per hour, rates approximately 50% less than those sought in this action.  (*See* Cohen Decl. Ex. B.)  Indeed, the HSE Firm has cited its lower billing rates to justify full reimbursement of claimed fees in this very District.  For example, in a matter before Judge Furman, the HSE Firm argued that its non-working travel time should be reimbursed at 100% because its clients are generally willing to pay its full hourly rates for travel time because those rates are lower than those charged in this District.  *See Adusumelli v. Steiner*, No. 08 Civ. 6932(JMF) et al., 2013 WL 1285260, at *5 (S.D.N.Y. Mar. 28, 2013).  Similarly, the HSE Firm publicly touts its lower billing structure as one reason for its success.  *See* Will Astor, *Leader devoted to law firm*, Rochester Bus. J.  (Apr.  15,  2016),  https://rbj.net/2016/04/15/leader-devoted-to-law-firm/  (Managing  Partner

---

[12]   The requested rates may be appropriate for lawyers practicing in the Southern District of New York, where the costs attendant to law firm practice are high.  The HSE Firm is located in Rochester and the OW Firm is located in Washington, D.C.

quoted, "[t]hat we don't need to charge $800 or $1,000 an hour has helped us get a foot in the door").

Moreover, although not disclosed in the Fee Application, it is common in *qui tam* matters for a relator's counsel to work on a contingency basis, meaning that counsel obtains a percentage of the relator's share of the settlement amount paid to the United States. When that occurs, there is no established hourly rate that a client is willing to pay. Here, the Fee Application indicates that Relator received a twenty-one percent (21%) share of the settlement proceeds, or approximately $2.7 million. (Fee Application at 8.) Assuming a contingency fee arrangement in this case of between 33% and 50%, Relator's counsel likely already have received compensation in the range of $900,000 to $1.35 million. The Court may properly consider any such fee when determining whether to adopt counsel's customary rates, as opposed to higher rates in this District, for the lodestar calculation. *Johnson*, 488 F.2d at 718.[13]

CareFusion submits that a reasonable hourly rate in this case is one that closely approximates the rate that Relator's counsel regularly *receive* for matters billed on an hourly basis. Relator's counsel should not receive a windfall on hourly rates merely because they elected to file the action in the Southern District of New York. *See Am. Univ. of Beirut*, 2017 WL 3588647, at *1 (noting that courts have "previously questioned the wisdom and fairness of utilizing a

---

[13]   CareFusion is not suggesting that Relator is not entitled to a reasonable fee award in this case and acknowledges that courts in other jurisdictions have recognized the ability of *qui tam* counsel to receive both a contingent fee and reasonable statutory fees. *See, e.g.*, *United States ex rel. Maxwell v. Kerr-McGee Oil & Gas Corp.*, 793 F. Supp. 2d 1260, 1264 (D. Colo. 2011). Rather, CareFusion submits that the amount of any contingent fee is relevant to the reasonableness of the hourly rate, especially when the requested rates, as here, exceed counsel's customary rates. *See United States ex rel. Taxpayers Against Fraud v. Gen. Elec. Co.*, 41 F.3d 1032, 1046-47 (6th Cir. 1994) (remanding matter to district court to determine whether contingent fee, combined with fee award, constituted "an extraordinarily high rate of compensation for legal services").

*(cont'd)*

'prevailing rate' that differs on average by more than $100.00 per hour depending on" where the court sits and finding that counsel was not "entitled to a higher hourly rate simply because" he filed in the Southern District of New York as opposed to the Eastern District) (citation omitted). This is especially true where, as here, there has been no active litigation in this District requiring the lengthy presence of counsel.[14]

CareFusion respectfully submits that, in calculating the fee award here, the Court should apply hourly rates similar to those disclosed by the HSE Firm in its public filings – $420/hour for partners, $250/hour for senior associates, $225/hour for associates, and $125/hour for paralegals. Application of these rates, which are slightly higher than those disclosed publicly by the HSE Firm, would result in a 47% reduction in fees. Alternatively, CareFusion requests that the Court require Relator's counsel to disclose, with proper support, its customary hourly fees *received* for litigated matters and any contingent arrangement it entered into with Relator.

---

[14]   Notably, there are numerous entries in the billing records for travel time to the Southern District of New York for meetings at the United States Attorney's Office. Travel time entries are highlighted in blue in Appendix A. Such entries also are in block billed format so that it is not possible to discern how much time was spent traveling as opposed to working. If the Court reduces the Base Award to account for counsel's customary hourly fees, no further reduction is necessary for non-working travel time. If, however, the Court grants the hourly rates requested in the Fee Application, a reduction of at least 50% for non-working travel time is appropriate. *See APEX Emp. Wellness Servs., Inc. v. APS Healthcare Bethesda, Inc.*, No. 11 CIV. 9718 (ER), 2018 WL 5784544, at *5 (S.D.N.Y. Nov. 5, 2018) (reducing the plaintiff's counsel travel time by 50%); *United States ex rel. Rubar v. Hayner Hoyt Corp.*, 306 F. Supp. 3d 478, 490 (N.D.N.Y. 2018) (applying a 50% reduction to travel time sought to be reimbursed by relator's counsel); *Van Gorp*, 2011 WL 651829, at *3 (applying a 50% billing discount to time entries related to travel because a "hypothetical reasonable client would have chosen New York counsel in order to prevent unnecessary travel costs").

14

### B.     The Fee Application is Replete with Block, Redacted and Vague Entries, Making a Reasonable Evaluation Near Impossible.

Contrary to the mandate in *Hensley*, 461 U.S. at 437, to "maintain billing time records in a manner that will enable a reviewing court to identify [the attorney's work on] distinct claims," the billing records submitted with the Fee Application provide little or no transparency with respect to this fundamental requirement.  Each of the practices described below hinders CareFusion's and this Court's ability to assess whether the claimed time entries pertain to the Settled Claim or are otherwise reasonable in terms of time expended on the activity.

First, the supporting documentation submitted with the Fee Application contains more than 200 time entries in block billed format, meaning that only an aggregate time is recorded for all activities listed in each entry.  The use of block billing makes it extremely difficult for CareFusion to determine the number of hours actually expended in pursuit of the Settled Claim or to assess the reasonableness of the hours recorded for any given activity.  For example, the 7.0 hour time entry for Neil O'Flaherty on April 10, 2014 contains the following description:

> Review E-mails related to [redacted] for written U.S. Attorney presentation; research and compilation of FDA enforcement action examples for 510(k), MDR, QSR, labeling and registration violations; prepare notes regarding same.

(Appendix A at 21.)  This entry demonstrates the challenges associated with block billing in a *qui tam* case involving multiple defendants and varying legal theories.  Even assuming that the underlying activity – identifying FDA enforcement actions relating to various claims pursued in the complaint – is appropriate for inclusion in the Fee Application, it is not possible to discern what portion of the seven hours recorded pertained to the 510(k) analysis, which sub-claim within the 510(k) allegations were implicated, and what portion of time was spent on the other claims that have now all been abandoned with the filing of the FAC.

Another example is the 2.3 hour entry for J. Mason Weeda on May 5, 2014, which contains the following description:

> Highlight relevant portions in "issues outline" for complaint and send to Brian Feldman; telephone call with Brian Feldman regarding DePuy; correspondence to colleagues regarding same.

(*Id*. at 31.)  Mr. Weeda's time entry is not claim-specific and involves time spent on another defendant (DePuy) that is not a party to the Fee Application and is no longer a defendant in the action.  Counsel's election to use block billing thus frustrates the Court's ability to properly parse the time entries and ensure that its award is appropriately scoped.  As reflected in Appendix A, where such entries are highlighted in gray, the time records submitted with the Fee Application are replete with block billing.

Second, numerous time entries are so vague that they provide no information other than the fact that legal research was performed.  (*See, e.g.*, Appendix A at 1 (John P. Bringewatt's time entries for January 2-17, 2014); *id.* at 4 (John P. Bringewatt's time entry for February 11, 2014); *id.* at 7 (John P. Bringewatt's time entry for February 24, 2014); *id.* at 8 (John P. Bringewatt's time entry for February 25, 2014); *id.* at 9 (John P. Bringewatt's time entry for February 27, 2014); *id.* at 12 (John P. Bringewatt's time entry for March 6, 2014).)  Other time entries describe document review but provide no information about what was reviewed and to which defendant, if any, the materials pertained.  (*See, e.g.*, *id.* at 15 (Carol E. Heckman's time entry on March 14, 2014 ("Continued to review key documents")); *id.* at 16 (Stephen D. Terman's time entry for March 19, 2014 ("Review e-mails")).)  Vague time entries are highlighted in yellow in Appendix A.

Finally, redactions by Relator's counsel of purported "common interest communications" with the government create the same vagaries, rendering it impossible to determine whether the underlying work pertains to the Settled Claim, the Declined Claims, or to a defendant other than CareFusion.  Examples include:

- John P. Bringewatt's time entry for May 18, 2015: "Review and revise draft [redacted]." (*Id.* at 64.)

- David T. Archer's time entry for June 8, 2015: "Revise and edit [redacted]." (*Id.* at 65.)

- Neil O'Flaherty's time entry for July 2, 2015: "Prepare E-mail memorandum [redacted]; review notes and research for same." (*Id.* at 68.)

Redacted time entries are highlighted in red in Appendix A.

The Court has broad discretion to reduce the award to account for these irregularities. *See Hines v. City of Albany*, 613 F. App'x 52, 55 (2d Cir. 2015) (affirming district court's conclusion that counsel's use of block-billing and failure to "specify the amount of time spent on separate tasks, frustrat[ed] meaningful review of the reasonableness of the hours billed"), *aff'g* No. 1:06-CV-1517 (GTS/RFT), 2015 WL 1282810, at *5 (N.D.N.Y. May 13, 2015); *see also United States ex rel. ATC Distrib. Grp., Inc. v. Ready-Built Transmissions, Inc.*, No. 03-CV-2150, 2007 WL 2522638, at *4 (S.D.N.Y. Sept. 7, 2007) ("[I]n cases where documentation of hours is 'vague or incomplete,' the court may also reduce the award."); *Spence v. Ellis*, No. 07-CV-5249(TCP)(ARL), 2012 WL 7660124, at *7 (E.D.N.Y. Dec. 19, 2012) (reducing hours in attorneys' fees application because the "substantial amount of block billing in the fee requests here renders it difficult to determine whether, and/or the extent to which the work done by plaintiff's attorneys is duplicative or unnecessary"), *report and recommendation adopted*, No. 07-CV-5249(TCP), 2013 WL 867533 (E.D.N.Y. Mar. 7, 2013); *LexMac Energy, L.P. v. Macquarie Bank Ltd.*, No. 4:08-cv-048, 2014 WL 11516245, at *6 (D.N.D. Feb. 19, 2014) (reducing plaintiff's award for attorney's fees in part "[d]ue to the redacted and unspecific billing records submitted," that did not specify for which entity the fees should be attributed), *aff'd sub nom. Macquarie Bank Ltd. v. Knickel*, 793 F.3d 926 (8th Cir. 2015); *United States ex rel. Joseph F. Tommasino, P.A., PhD v. Guida*, No. 10-cv-4644 (JFB) (AKT), 2017 WL 878587, at *8 (E.D.N.Y.

17

Mar. 6, 2017) (reducing attorney's fees by 10% and noting "repeated use of block-billing such that the reasonableness of each entry cannot be easily determined"); *APEX Emp. Wellness Servs., Inc.*, 2018 WL 5784544, at *4 (noting trend among courts in New York is to apply a 10% reduction for block-billed hours where entries prevent courts from determining the nature of various tasks and its relation to the litigation); *Hayner Hoyt Corp.*, 306 F. Supp. 3d at 489 (reducing fees by 10% to reflect the hours allotted to the portion of relator's claims that settled where invoice entries were vague); *KS2 TX, P.C.*, 2019 WL 1397290, at *8 (reducing attorneys' fees by 15% where entries such as "legal research," "review and analysis of documents," and "doc review" were "too vague for a court to determine the reasonableness of time spent") (citation omitted).  In accord with these cases, CareFusion respectfully requests that the Base Award be reduced by at least 10% to account for the lack of transparency created by Relator's counsel's use of block billing, vague time entries and redactions.

### C.      Fees Incurred in Negotiating Relator's Share Are Not Recoverable.

The Fee Application also improperly includes time entries related to negotiations between the government and Relator's counsel.  Such efforts are not properly the subject of a fee request under the FCA.  *See KS2 TX, P.C.*, 2019 WL 1397290, at *2  (noting that relator "removed time for certain categories of work, including, inter alia . . . time spent negotiating 'relator's share' with the government") (citation omitted); *see also United States ex rel. Poulton v. Anesthesia Assocs. of Burlington, Inc.*, 87 F. Supp. 2d 351, 359 (D. Vt. 2000) (making a $275.00 reduction to relator's attorneys' fees for time spent on the relator's share); *United States ex rel. Educ. Career Dev., Inc. v. Cent. Fla. Reg'l Workforce Dev. Bd., Inc.*, No. 6:04-CV-93-ORL-19DABC, 2007 WL 1601747, at *5 (M.D. Fla. June 1, 2007) ("Relator is not entitled to reimbursement of fees for activities unrelated to the litigation, such as negotiations with the United States over [r]elator's share of the settlement or time spent researching the viability of such efforts.  The time [r]elator's counsel spent

negotiating [r]elator's share of the settlement with the United States is not compensable from the [d]efendants because such negotiations do not directly involve [d]efendants or prosecution of the claims at issue.") (footnote omitted); *Miller v. Holzmann*, 575 F. Supp. 2d 2, 26-27 (D.D.C. 2008) (excluding relator's fees associated with time spent negotiating relator's fee share since the defendant did not share nor participate in the negotiations).  Time entries relating to Relator's negotiations with the government are highlighted in green in Appendix A and total 20 hours with associated costs of $15,520 dollars.  Relator is not entitled to recover these fees.

### D.   The Purported CareFusion-Specific Fees Suffer The Same Infirmities As The Common Fees.

The time entries associated with the $144,525 in fees that Relator claims are specific to CareFusion suffer from many of the same infirmities as those relating to the purported common fees.  For example, the 4.8 hour time entry for David T. Archer on May 13, 2014 states:

> Research on background of [DePuy] and other brand names; draft section of disclosure statement re same.

(Appendix A at 33.)  By its terms, this entry pertains, at least in part, to DePuy.  But the block billing makes it impossible to discern what portion, if any, of the time entry is properly allocated to CareFusion.  Indeed, it appears that Relator designated at CareFusion-specific *any* time entry that referenced "brand names" without regard for the fact that DePuy was a named defendant and that some of the entries reference multiple defendants.  Deficient time entries include:

- David T. Archer's 4.9 hour time entry for March 4, 2014:  "Conference with librarians re research into **brand name companies/potential defendants**; draft email to team re same; review and analyze spreadsheets provided by M. Wood; incorporate M. Wood's comments into email indexes; review and analyze emails contained on spreadsheet." (Appendix A at 10 (emphasis added).)

- Carol E. Heckman's 1.0 hour time entry for March 4, 2014:  "Create to do list for HSE team; begin work on brand names."  (*Id.* at 11.)

- John P. Bringewatt's 4.8 hour time entry for August 25, 2014:  "Review documents and conduct research re brand name **defendants**."  (*Id.* at 46 (emphasis added).)

19

Relator utterly fails to explain why she has attributed these entries – and many others – to CareFusion.  Time entries Relator claims are specific to CareFusion are highlighted in orange on Appendix A.  As to these time entries, CareFusion respectfully requests that the Court reduce the claimed amount to reflect that only one claim has been successfully settled, adjust the hourly rates to reflect those customarily charged by Relator's counsel and apply at least a 10% discount to account for the use of block billing and the number of vague and redacted entries.

*   *   *

In sum, CareFusion requests that the Court reduce the Base Award (i) to reflect the customary rates of counsel,[15] (ii) by at least 10% to account for the vagaries created by block billing, redactions and vague time entries, and (iii) to omit time expended in negotiating Relator's share.

## CONCLUSION

For all the foregoing reasons and for the reasons set forth in the Avalign Defendants' Opposition, CareFusion respectfully requests that the Court enter an order awarding Relator (i) a common fee award, to be paid by the Avalign Defendants and CareFusion jointly, of $98,683.06, comprising $98,159.54 in fees and expenses of $523.52; and (ii) a CareFusion-specific fee award, to be paid by CareFusion, of $8,617.30.[16]

---

[15]   In the event the Court declines to reduce the hourly rates requested in the Fee Application, a reduction of $50,340 is appropriate to address non-working travel time.

[16]   For the Court's convenience, CareFusion has provided a computation sheet reflecting application of the requested adjustments to the claimed common and CareFusion-specific fees to arrive at a reasonable fee award.  (*See* Cohen Decl. Ex. C.)

Respectfully submitted,

Dated:  December 20, 2019           /s/ Julie E. Cohen_____
                                   Julie E. Cohen
                                   SKADDEN, ARPS, SLATE
                                     MEAGHER & FLOM LLP
                                   Four Times Square
                                   New York, New York 10036
                                   Tel: (212) 735-3000
                                   Julie.Cohen@skadden.com

                                   *Attorneys for CareFusion Corporation*

# Appendix A

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/19/2013 | Feldman, Brian M. | Initial conference with co-counsel; review client emails; begin assessment. | | 2.5 | Partner | $ 800 | $ 2,000 | | | |
| 7/22/2013 | Feldman, Brian M. | Review materials. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 7/23/2013 | Feldman, Brian M. | Legal research re FCA claims. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 7/24/2013 | Feldman, Brian M. | Consult with FDA regulatory co-counsel; Relator interview, notes, and case analysis. | | 8.4 | Partner | $ 800 | $ 6,720 | x | | |
| 7/25/2013 | Feldman, Brian M. | Obtain more information from relator. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 7/26/2013 | Feldman, Brian M. | Telephone conference with FDA regulatory co-counsel; coordinate with U.S. Attorney's office. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 7/29/2013 | Feldman, Brian M. | Telephone call with U.S. Attorney's Office for the Southern District of New York re new matter; telephone conference with client to obtain additional facts. | | 1.8 | Partner | $ 800 | $ 1,440 | x | | |
| 7/31/2013 | Feldman, Brian M. | Conference call with FDA co-counsel; email client. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 8/2/2013 | Feldman, Brian M. | Examine additional potential defendants. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/8/2013 | Feldman, Brian M. | Analyze evidence, case law, and government approach. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 8/9/2013 | Feldman, Brian M. | Further case assessment, including legal research and damages assessments. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 8/22/2013 | Feldman, Brian M. | Telephone call with client and co-counsel re engagement and potential defendants. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 8/23/2013 | Feldman, Brian M. | Coordinate with co-counsel. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 12/19/2013 | Bringewatt, John P. | Discuss case strategy with B. Feldman; conduct legal research re FCA liability. | | 4.3 | Senior Associate | $ 500 | $ 2,150 | x | | |
| 12/20/2013 | Bringewatt, John P. | Discuss case strategy with B. Feldman; conduct legal research re FCA liability. | | 3.9 | Senior Associate | $ 500 | $ 1,950 | x | | |
| 1/2/2014 | Bringewatt, John P. | Conduct research re legal theory for FCA liability. | | 0.2 | Senior Associate | $ 500 | $ 100 | x | | |
| 1/3/2014 | Bringewatt, John P. | Conduct research re legal theory for FCA liability. | | 3.2 | Senior Associate | $ 500 | $ 1,600 | x | | |
| 1/6/2014 | Bringewatt, John P. | Conduct research re legal theory for FCA liability. | | 0.9 | Senior Associate | $ 500 | $ 450 | x | | |
| 1/7/2014 | Bringewatt, John P. | Conduct research re legal theory for FCA liability. | | 2.0 | Senior Associate | $ 500 | $ 1,000 | x | | |
| 1/14/2014 | Feldman, Brian M. | Arrange interview. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 1/14/2014 | Heckman, Carol E. | Coordinate with B. Feldman on client interview. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 1/17/2014 | Bringewatt, John P. | Conduct research re legal theory for FCA liability. | | 1.7 | Senior Associate | $ 500 | $ 850 | x | | |
| 1/18/2014 | Weeda, J. Mason | Draft discussion points for Monday's call; Refine FDA violations outline | | 1.1 | Partner | $ 800 | $ 880 | x | | |
| 1/20/2014 | Feldman, Brian M. | Arrange additional client interview. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 1/21/2014 | Feldman, Brian M. | Communications with client and co-counsel. | | 0.1 | Partner | $ 800 | $ 80 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/21/2014 | Bringewatt, John P. | Research and draft correspondence re FCA theory of liability. | | 0.3 | Senior Associate | $ 500 | $ 150 | x | | |
| 1/22/2014 | Feldman, Brian M. | Telephone conference with client and preparation; update C. Heckman. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 1/22/2014 | Heckman, Carol E. | Telephone conference with B. Feldman re status of case and schedule several meetings to pursue same; discussion of background facts with B. Feldman. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 1/22/2014 | Weeda, J. Mason | Conference call with litigation counsel and client | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 1/22/2014 | O'Flaherty, Neil | Conference call with colleagues, HSE, and Mary Bixler Wood regarding case preparation; Post-conference call discussion with colleague | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 1/22/2014 | Terman, Stephen D. | Conference call with client, colleagues, and Mary Bixler Wood | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 1/23/2014 | Feldman, Brian M. | Coordinate briefing. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 1/24/2014 | Feldman, Brian M. | Review file. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 1/24/2014 | Heckman, Carol E. | Set up meeting in Washington, D.C. with client; coordinate on meeting with Washington lawyers re FDA procedures. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 1/24/2014 | Bringewatt, John P. | Discuss case status with B. Feldman. | | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 1/24/2014 | O'Flaherty, Neil | Correspond with client regarding meeting matters; Review outline of FDA issues for case to date | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 1/24/2014 | Terman, Stephen D. | Review documents. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 1/25/2014 | O'Flaherty, Neil | Review outline of alleged FDA violations by Avalign and its subsidiaries. | | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 1/27/2014 | Bringewatt, John P. | Conduct research re comparable FCA cases. | | 0.6 | Senior Associate | $ 500 | $ 300 | x | | |
| 1/28/2014 | O'Flaherty, Neil | Discussion with colleague regarding documents for case and their review; File review for case. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 1/28/2014 | Weeda, J. Mason | Review electronic documents sent by client. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 1/29/2014 | Feldman, Brian M. | Communication with client. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 1/29/2014 | Feldman, Brian M. | Advise client to [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 1/29/2014 | Bringewatt, John P. | Conduct research re comparable FCA cases. | | 0.3 | Senior Associate | $ 500 | $ 150 | x | | |
| 1/30/2014 | Feldman, Brian M. | Advise client and co-counsel on strategy for [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 1/30/2014 | O'Flaherty, Neil | Edit outline of alleged Avalign FDA regulatory and related noncompliances. | | 1.0 | Partner | $ 800 | $ 800 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/2014 | O'Flaherty, Neil | Discuss project plan with colleagues; File review for same; edit outline of alleged FDA violations. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 2/3/2014 | O'Flaherty, Neil | Review and respond to e-mail from Mary Bixler Wood; discussion with colleague; document review. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 2/3/2014 | Weeda, J. Mason | Review Disc 1; correspondence with Mary Bixler Wood regarding document review. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 2/4/2014 | Heckman, Carol E. | Conference with OFW law firm re FDA background; review documents. | | 1.8 | Partner | $ 800 | $ 1,440 | x | | |
| 2/4/2014 | O'Flaherty, Neil | Review and further edit draft outline of alleged FDA violations; document review for same; discuss same with colleague. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 2/5/2014 | Feldman, Brian M. | Conference call re regulatory background. | | 1.4 | Partner | $ 800 | $ 1,120 | x | | |
| 2/5/2014 | Feldman, Brian M. | Obtain client consent for initial disclosure to Justice Department. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 2/5/2014 | Feldman, Brian M. | Contact SDNY Health Care Chief. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 2/5/2014 | Bringewatt, John P. | Telephone conference with co-counsel at OFW to discuss FDA regulatory framework and violations. | | 1.3 | Senior Associate | $ 500 | $ 650 | x | | |
| 2/5/2014 | O'Flaherty, Neil | Conference call with client regarding [REDACTED] and our draft outline of [REDACTED]; review and edit outline. | Reveals attorney-client communication re legal advice. | 3.5 | Partner | $ 800 | $ 2,800 | | | x |
| 2/5/2014 | Weeda, J. Mason | Correspondence with Brian Feldman regarding document review; send all documents on Disc 1 to Brian Feldman. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 2/6/2014 | O'Flaherty, Neil | Edit revised FDA violation outline; File review and research for same; Discuss same with colleagues. | | 5.0 | Partner | $ 800 | $ 4,000 | x | | |
| 2/6/2014 | Weeda, J. Mason | Revise OFW Law issues outline;Send to Steve Terman and Neil O'Flaherty for review. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 2/6/2014 | Terman, Stephen D. | Discussion with colleagues regarding document review and FDA issues. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 2/7/2014 | Feldman, Brian M. | Correspondence with AUSAs Martin and Armand. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 2/7/2014 | O'Flaherty, Neil | Work on FDA allegations outline; discussion with colleague regarding same. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 2/7/2014 | Terman, Stephen D. | Discussion with colleague regarding FDA outline. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/10/2014 | Feldman, Brian M. | Telephone conference with U.S. Attorney's Office (SDNY); False Claims Act research re medical device manufacturing suits. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 2/10/2014 | Bringewatt, John P. | Conduct research re FCA medical device cases; discuss case status and strategy with B. Feldman. | | 1.0 | Senior Associate | $ 500 | $ 500 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/10/2014 | Heckman, Carol E. | Review entire file and all documents; meet with B. Feldman to discuss format for client meeting on February 11. | | 8.5 | Partner | $ 800 | $ 6,800 | x | | |
| 2/10/2014 | O'Flaherty, Neil | Prepare for February 11 meeting; discussions with colleagues regarding same. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 2/10/2014 | Weeda, J. Mason | Document review and e-mail OFW Law issues outline to Brian Feldman. | | 2.2 | Partner | $ 800 | $ 1,760 | x | | |
| 2/10/2014 | Terman, Stephen D. | Review documents; prepare for meeting with client; discussions with colleagues | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 2/11/2014 | Feldman, Brian M. | Relator interview and document review. | | 9.5 | Partner | $ 800 | $ 7,600 | x | | |
| 2/11/2014 | Bringewatt, John P. | Conduct research re FCA theory of liability. | | 2.3 | Senior Associate | $ 500 | $ 1,150 | x | | |
| 2/11/2014 | Heckman, Carol E. | Meeting with client. | | 10.0 | Partner | $ 800 | $ 8,000 | x | | |
| 2/11/2014 | O'Flaherty, Neil | Meeting with Harter Secrest and Mary Bixler Wood regarding qui tam case; post-meeting discussions with colleague. | | 9.0 | Partner | $ 800 | $ 7,200 | x | | |
| 2/11/2014 | Phelps, Evan P. | Client meeting regarding background underlying qui tam issue. | | 5.5 | Partner | $ 800 | $ 4,400 | x | | |
| 2/11/2014 | Weeda, J. Mason | OFW Law, Harter Secrest, and Mary Bixler Wood meeting. | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 2/11/2014 | Terman, Stephen D. | Meeting with client; discussions with colleagues regarding same; review documents | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 2/12/2014 | O'Flaherty, Neil | Research for FDA violations outline; discuss document review and outline issues with colleagues; prepare notes related to the issues. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 2/12/2014 | Terman, Stephen D. | Review documents; discussions with colleagues regarding meeting with client. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 2/13/2014 | Feldman, Brian M. | Organize records for review by law firms and client; brief D. Archer on case. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 2/13/2014 | Archer, David T. | Conference with B. Feldman and C. Heckman re false claims act matter; review and analyze outline of issues and emails on drive; telephone conference with IT re capabilities in-house to review and number documents. | | 2.5 | Associate | $ 400 | $ 1,000 | x | | |
| 2/13/2014 | Heckman, Carol E. | Telephone conference with D. Archer re document labeling and dataroom, case background. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 2/13/2014 | Weeda, J. Mason | Document review. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 2/14/2014 | Feldman, Brian M. | Telephone conference with AUSA Armand. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 2/14/2014 | Feldman, Brian M. | Update case theory outline. | | 0.7 | Partner | $ 800 | $ 560 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/14/2014 | Archer, David T. | Review and analyze documents and other emails provided by M. Wood to determine proper review strategy; telephone conference with C. Heckman re same. | | 2.8 | Associate | $ 400 | $ 1,120 | x | | |
| 2/14/2014 | Heckman, Carol E. | Telephone conference with D. Archer re organization of data; updates from B. Feldman re U.S. Attorney review. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 2/14/2014 | O'Flaherty, Neil | Prepare notes related to Avalign FDA violations outline; discuss outline and related issues with colleague; review colleague notes regarding same; edit and comment on colleague's notes. | | 6.0 | Partner | $ 800 | $ 4,800 | | | x |
| 2/14/2014 | Weeda, J. Mason | Meeting with Neil O'Flaherty regarding disclosure statement and allegations outline; E-mail to Brian Feldman regarding same. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 2/14/2014 | Terman, Stephen D. | Review documents; discussion with colleague. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 2/17/2014 | Feldman, Brian M. | Organize document review. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 2/17/2014 | Archer, David T. | Review and analyze email files to determine most efficient review protocol; draft email to C. Heckman and B. Feldman re same. | | 1.6 | Associate | $ 400 | $ 640 | x | | |
| 2/17/2014 | Heckman, Carol E. | Telephone conference with B. Feldman re document copying and related matters. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 2/17/2014 | O'Flaherty, Neil | Review colleague notes of February 11, 2014 meeting with Mary Bixler Wood and Harter Secrest; edit and comment on same. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 2/17/2014 | Terman, Stephen D. | Review documents. | | 6.0 | Partner | $ 800 | $ 4,800 | x | | |
| 2/18/2014 | Bringewatt, John P. | Review outline of allegations. | | 0.4 | Senior Associate | $ 500 | $ 200 | x | | |
| 2/18/2014 | Feldman, Brian M. | Arrange for organization of documents for review. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 2/18/2014 | Feldman, Brian M. | Telephone conference with D. Archer and C. Heckman re document review. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 2/18/2014 | Heckman, Carol E. | Review document procedures; review B. Feldman memorandum to client re document categories; dictate notes; prepare to do list. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 2/18/2014 | Archer, David T. | Review and analyze email files and documents to develop reviewing protocol; draft email to C. Heckman and B. Feldman re same; create indexes of emails provided by M. Wood; draft email to C. Heckman re same; conference call with B. Feldman and C. Heckman re same. | | 5.8 | Associate | $ 400 | $ 2,320 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/18/2014 | O'Flaherty, Neil | Discuss document review, FDA violation outline, and related issues with colleague; review Mary Bixler Wood's edits/comments on outline. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 2/18/2014 | Weeda, J. Mason | E-mail to colleagues regarding document review. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/18/2014 | Terman, Stephen D. | Discussion with colleague regarding FDA matter. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/19/2014 | Feldman, Brian M. | Team meeting to discuss organization, deadlines and investigation. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 2/19/2014 | Feldman, Brian M. | Categorize allegations for document review purposes. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 2/19/2014 | Heckman, Carol E. | Conference call with team; edit notes; diary dates and related matters. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 2/19/2014 | Archer, David T. | Create indexes of emails provided by M. Wood; conference with B. Feldman and C. Heckman re case strategy; draft email to C. Heckman with indexes and enclosing a draft email to OFW Law and M. Wood re using indexes. | | 7.8 | Associate | $ 400 | $ 3,120 | x | | |
| 2/19/2014 | Bringewatt, John P. | Conference with co-counsel to discuss case strategy and action plan. | | 1.0 | Senior Associate | $ 500 | $ 500 | x | | |
| 2/19/2014 | O'Flaherty, Neil | Work on FDA violations outline. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 2/19/2014 | Terman, Stephen D. | Discussion with colleague; review documents. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/20/2014 | Feldman, Brian M. | Review client's additional notes; update list of basic allegations for use in drafting and document review. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/20/2014 | Heckman, Carol E. | Edit notes; email team re meeting and document protocol; call and email client with questions. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 2/20/2014 | Archer, David T. | Finalize indexes of emails; draft email to C. Heckman re data room, indexes, and hard copy documents; review and analyze hard copy documents. | | 3.1 | Associate | $ 400 | $ 1,240 | x | | |
| 2/20/2014 | Bringewatt, John P. | Outline legal background for FCA violations. | | 1.2 | Senior Associate | $ 500 | $ 600 | x | | |
| 2/20/2014 | O'Flaherty, Neil | Edit draft FDA violations outline. | | 5.5 | Partner | $ 800 | $ 4,400 | x | | |
| 2/20/2014 | Terman, Stephen D. | Discussions with colleagues regarding FDA issues; review outline and other documents. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 2/21/2014 | Feldman, Brian M. | Review document review and drafting agenda; legal research into FCA violations. | | 0.5 | Partner | $ 800 | $ 400 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 2/21/2014 | Heckman, Carol E. | Edit notes of meeting with client; follow-up with D. Archer on indices; follow-up with D. Archer on numbering and downloading documents; draft agenda for conference call with legal team on February 24. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 2/21/2014 | Bringewatt, John P. | Outline legal background for FCA violations. | | 3.7 | Senior Associate | $ 500 | $ 1,850 | x | | |
| 2/21/2014 | Archer, David T. | Prepare non-email documents for review; review and analyze same; draft email to team re indexes; review and analyze email documents. | | 4.1 | Associate | $ 400 | $ 1,640 | x | | |
| 2/21/2014 | O'Flaherty, Neil | Edit draft FDA violations outline; review HSE simplification outline for document categories; discuss same and related issues with colleague. | | 5.0 | Partner | $ 800 | $ 4,000 | x | | |
| 2/21/2014 | Terman, Stephen D. | Review FDA outline; discussion with colleague regarding same and FDA issues. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 2/22/2014 | Bringewatt, John P. | Outline legal background for FCA violations. | | 5.1 | Senior Associate | $ 500 | $ 2,550 | x | | |
| 2/22/2014 | Archer, David T. | Review and analyze non-email documents in binder; draft email to team re dataroom access to binder documents. | | 1.7 | Associate | $ 400 | $ 680 | x | | |
| 2/23/2014 | Weeda, J. Mason | Document review and document upload; E-mail to Mary Bixler Wood regarding uploading documents; E-mail to colleagues regarding document review | | 4.3 | Partner | $ 800 | $ 3,440 | x | | |
| 2/24/2014 | Feldman, Brian M. | Develop FCA arguments against all defendants. | | 1.4 | Partner | $ 800 | $ 1,120 | x | | |
| 2/24/2014 | Feldman, Brian M. | Analyze FCA claims; telephone conference with co-counsel re case development. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |
| 2/24/2014 | Feldman, Brian M. | Telephone conference with co-counsel re document review. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 2/24/2014 | Feldman, Brian M. | Draft outline for disclosure statement. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 2/24/2014 | Bringewatt, John P. | Conference with B. Feldman to discuss FCA theory; teleconference with Relator and co-counsel to discuss case strategy; conduct research re FCA theory. | | 7.0 | Senior Associate | $ 500 | $ 3,500 | x | | |
| 2/24/2014 | Heckman, Carol E. | Preparation for conference call; receive update on false claims act research; participate in conference call with clients and OFW firm; side bar conversation with HSE team; load documents into desktop and begin document review. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/24/2014 | Archer, David T. | Review correspondence from M. Wood re issues using the index; draft email to team re resolution to problem; telephone conference with litigation team re case strategy and document review; review and analyze email documents. | | 3.6 | Associate | $ 400 | $ 1,440 | x | | |
| 2/24/2014 | O'Flaherty, Neil | Discuss FDA violation allegations outline, document review with colleagues; follow-up discussion with colleague regarding same. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 2/24/2014 | Weeda, J. Mason | Meeting regarding document review and disclosure statement; telephone call with litigation team; follow-up call with David Archer regarding document review. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |
| 2/24/2014 | Terman, Stephen D. | Discussion with colleagues; prepare for call with client; conference call with client and Mary Bixler Wood. | | 4.8 | Partner | $ 800 | $ 3,840 | x | | |
| 2/25/2014 | Feldman, Brian M. | Organize documents for key word searches; revise draft disclosure statement outline. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 2/25/2014 | Feldman, Brian M. | Discuss document review protocols with co-counsel. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 2/25/2014 | Feldman, Brian M. | Memorialize interview notes from client interviews. | | 1.8 | Partner | $ 800 | $ 1,440 | x | | |
| 2/25/2014 | Bringewatt, John P. | Conduct research re FCA theory. | | 1.9 | Senior Associate | $ 500 | $ 950 | x | | |
| 2/25/2014 | Archer, David T. | Telephone conference with litigation team re document review and division of labor; review and analyze non-email documents in binders. | | 2.5 | Associate | $ 400 | $ 1,000 | x | | |
| 2/25/2014 | O'Flaherty, Neil | Review and edit revised draft of FDA allegations outline; discuss case issues with colleague. | | 6.0 | Partner | $ 800 | $ 4,800 | x | | |
| 2/25/2014 | Terman, Stephen D. | Review documents re allergations; discussion with colleague. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 2/26/2014 | Feldman, Brian M. | Update task lists; review email summaries. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 2/26/2014 | Bringewatt, John P. | Conduct research re FCA theory. | | 0.7 | Senior Associate | $ 500 | $ 350 | x | | |
| 2/26/2014 | Heckman, Carol E. | Review amended outline of chief issues; review B. Feldman notes from initial meeting; attend to numerous details re document review. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 2/26/2014 | Redfern, Patricia A. | Prepare document review of pst files using key search terms. | | 0.5 | Paralegal | $ 150 | $ 75 | x | | |
| 2/26/2014 | Archer, David T. | Review and analyze non-email documents in file. | | 1.3 | Associate | $ 400 | $ 520 | x | | |
| 2/26/2014 | O'Flaherty, Neil | Review and edit outline regarding FDA violations. | | 5.0 | Partner | $ 800 | $ 4,000 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/26/2014 | Terman, Stephen D. | Review documents and FDA outline. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 2/27/2014 | Feldman, Brian M. | Telephone conference re strategy with C. Heckman. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 2/27/2014 | Lanzafame, Ross P. | Conference with B. Feldman and J. Bringewatt re Medicare billing and certificate of claims. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/27/2014 | Heckman, Carol E. | Telephone conference with B. Feldman; outline of case for K. Africano; check on indices; continue to work on document review. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 2/27/2014 | Bringewatt, John P. | Meet with R. Lanzafame to discuss Medicare payment framework; conduct research re FCA theory. | | 2.2 | Senior Associate | $ 500 | $ 1,100 | x | | |
| 2/27/2014 | Redfern, Patricia A. | Prepare document review of pst files using key search terms. | | 5.7 | Paralegal | $ 150 | $ 855 | x | | |
| 2/27/2014 | Africano, Kenneth W. | Conference with C. Heckman re case background; read key summary of documents; began reading and preparing summaries of key documents. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 2/27/2014 | O'Flaherty, Neil | Discuss FDA allegation outline issues with colleague. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/28/2014 | Africano, Kenneth W. | Reviewing documents; dictating summaries of importance. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 2/28/2014 | Redfern, Patricia A. | Prepare document review of pst files using key search terms. | | 3.0 | Paralegal | $ 150 | $ 450 | x | | |
| 2/28/2014 | Archer, David T. | Review and analyze documents in binders; conference with P. Redfern re progress on email segregation. | | 2.8 | Associate | $ 400 | $ 1,120 | x | | |
| 2/28/2014 | Terman, Stephen D. | Discussions with colleagues regarding FDA issues and document review; review documents. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |
| 2/28/2014 | O'Flaherty, Neil | Discuss case tasks and issues with colleagues. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 3/3/2014 | Feldman, Brian M. | Team meeting re document review, legal research, and client interviews; review additional client information; review co-counsel additional FDA law analysis. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/3/2014 | Redfern, Patricia A. | Prepare document review of 2011 pst files using key search terms; review, analyze and update 2011 Email Index spreadsheet accordingly. | | 2.5 | Paralegal | $ 150 | $ 375 | x | | |
| 3/3/2014 | Bringewatt, John P. | Conference with co-counsel to discuss strategy and action plan; analyze lists of relevant emails. | | 2.2 | Senior Associate | $ 500 | $ 1,100 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/3/2014 | Heckman, Carol E. | Review and respond to client email; review client chart on organization and see email; respond to email from OFW on index issues; review agenda for call with OFW; conference call with team and divide up document review. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 3/3/2014 | Williamson, Debra L. | Telephone call and meeting with D. Archer re PST reports and what is needed for project. | | 0.3 | Paralegal | $ 150 | $ 45 | x | | |
| 3/3/2014 | Williamson, Debra L. | Try to download PST reports on computer and discussion with IT support on issues and download 2012 PST reports. | | 1.2 | Paralegal | $ 150 | $ 180 | x | | |
| 3/3/2014 | Weeda, J. Mason | Edits to issues outline; send to client for review. | | 2.4 | Partner | $ 800 | $ 1,920 | x | | |
| 3/3/2014 | O'Flaherty, Neil | Review E-mails from colleague regarding project issues; respond to same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 3/3/2014 | Terman, Stephen D. | Review documents. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 3/4/2014 | Feldman, Brian M. | Brief K. Africano on case. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 3/4/2014 | Feldman, Brian M. | Additional legal analysis of Medicare and Medicaid violations. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/4/2014 | Redfern, Patricia A. | Prepare document review of 2011 pst files using key search terms; review, analyze and update 2011 Email Index spreadsheet accordingly. | | 2.1 | Paralegal | $ 150 | $ 315 | x | | |
| 3/4/2014 | Archer, David T. | Conference with librarians re research into brand name companies/potential defendants; draft email to team re same; review and analyze spreadsheets provided by M. Wood; incorporate M. Wood's comments into email indexes; review and analyze emails contained on spreadsheet. | | 4.9 | Associate | $ 400 | $ 1,960 | x | | |
| 3/4/2014 | Bringewatt, John P. | Review and analyze emails re damages calculation; conduct legal research re FCA theory and conference with A. Laraby re same. | | 3.3 | Senior Associate | $ 500 | $ 1,650 | x | | |
| 3/4/2014 | Williamson, Debra L. | Download 2009 PST Reports while working on 2012; review emails for list of names on 2012 PST files by searching each name on given list from original email files; remove emails found and transfer them to new file under each name. | | 3.1 | Paralegal | $ 150 | $ 465 | x | | |
| 3/4/2014 | Williamson, Debra L. | Discussion with P. Redfern on list and documentation she is working on and what years. | | 0.3 | Paralegal | $ 150 | $ 45 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/4/2014 | Williamson, Debra L. | Download 2011 PST Reports while working on 2009; review emails for list of names on 2009 PST files by searching each name on given list from original email files; remove emails found and transfer them to new file under each name. | | 2.0 | Paralegal | $ 150 | $ 300 | x | | |
| 3/4/2014 | Heckman, Carol E. | Create to do list for HSE team; begin work on brand names. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 3/4/2014 | Africano, Kenneth W. | Emails re brands; reviewed documents. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/4/2014 | Laraby, Adrienne K. | Conference with J. Bringewatt re research for False Claims Act violations based on medical device manufacturing FDA violations; provide J. Bringewatt with information re possible resources. | | 1.0 | Associate | $ 400 | $ 400 | x | | |
| 3/4/2014 | O'Flaherty, Neil | Discuss FDA violation outline issues with colleague; review certain Avalign contracts for same; review outline for same. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 3/4/2014 | Terman, Stephen D. | Review documents re violations; discussion with colleague re outline. | | 5.0 | Partner | $ 800 | $ 4,000 | x | | |
| 3/4/2014 | Weeda, J. Mason | Prepare for Mary Bixler Wood interview; review documents | | 4.5 | Partner | $ 800 | $ 3,600 | x | | |
| 3/5/2014 | Feldman, Brian M. | Interview relator. | | 4.9 | Partner | $ 800 | $ 3,920 | x | | |
| 3/5/2014 | Feldman, Brian M. | Review recent case law. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/5/2014 | Redfern, Patricia A. | Prepare document review of 2011 pst files using key search terms; review, analyze and update 2011 Email Index spreadsheet accordingly. | | 3.0 | Paralegal | $ 150 | $ 450 | x | | |
| 3/5/2014 | Bringewatt, John P. | Conduct research re FCA liability and damages; prepare list of outstanding questions. | | 2.8 | Senior Associate | $ 500 | $ 1,400 | x | | |
| 3/5/2014 | Williamson, Debra L. | Download 2010 Reports while working on 2011 PST reports; search each name on list provided with original emails, remove emails found and transfer them to new file under each name. | | 4.6 | Paralegal | $ 150 | $ 690 | x | | |
| 3/5/2014 | Williamson, Debra L. | Review 2012 again to make sure no names (emails) were missed; do a global search from Primary PST list and if any found go through each individual name until found and transfer to new file under appropriate name. | | 1.3 | Paralegal | $ 150 | $ 195 | x | | |
| 3/5/2014 | Williamson, Debra L. | Review 2009 Reports again to make sure no names (emails) were missed; do a global search from primary PST list if any found go through each name until located and rename to new file under appropriate name. | | 1.1 | Paralegal | $ 150 | $ 165 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/5/2014 | Africano, Kenneth W. | Review documents. | | 4.5 | Partner | $ 800 | $ 3,600 | x | | |
| 3/5/2014 | O'Flaherty, Neil | Discuss FDA violation outline issues with colleagues. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 3/5/2014 | Terman, Stephen D. | Conference call with client and Mary Bixler Wood; discussions with colleague. | | 6.0 | Partner | $ 800 | $ 4,800 | x | | |
| 3/5/2014 | Weeda, J. Mason | Mary Bixler Wood interview; revise issues memorandum; upload documents from data site. | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 3/6/2014 | Redfern, Patricia A. | Prepare document review of 2011 pst files using key search terms; review, analyze and update 2011 Email Index spreadsheet accordingly. | | 3.9 | Paralegal | $ 150 | $ 585 | x | | |
| 3/6/2014 | Feldman, Brian M. | Additional relator interview; develop notes and list of follow-up questions. | | 4.7 | Partner | $ 800 | $ 3,760 | x | | |
| 3/6/2014 | Bringewatt, John P. | Conduct research re FCA liability and damages; prepare list of outstanding questions. | | 5.4 | Senior Associate | $ 500 | $ 2,700 | x | | |
| 3/6/2014 | Heckman, Carol E. | Document review of Binder No. 1; develop detailed questions for team and client re documents. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 3/6/2014 | Archer, David T. | Review and analyze documents and emails provided by M. Wood; review and analyze notes from M. Wood re same. | | 5.4 | Associate | $ 400 | $ 2,160 | x | | |
| 3/6/2014 | Africano, Kenneth W. | Review documents. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 3/6/2014 | Terman, Stephen D. | Review documents; conference call with client. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 3/6/2014 | Weeda, J. Mason | Mary Bixler Wood interview | | 9.0 | Partner | $ 800 | $ 7,200 | x | | |
| 3/7/2014 | Redfern, Patricia A. | Prepare document review of 2011 pst files using key search terms; review, analyze and update 2011 Email Index spreadsheet accordingly. | | 1.5 | Paralegal | $ 150 | $ 225 | x | | |
| 3/7/2014 | Feldman, Brian M. | Analyze recent case law and briefing. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 3/7/2014 | Feldman, Brian M. | Review materials on Avalign companies; draft disclosure statement; team meeting re drafting and research; additional legal research on FCA theories. | | 4.7 | Partner | $ 800 | $ 3,760 | x | | |
| 3/7/2014 | Bringewatt, John P. | Conduct research re FCA liability and damages; conference with B. Feldman to discuss same; telephone conference with co-counsel to discuss strategy and next steps. | | 6.0 | Senior Associate | $ 500 | $ 3,000 | x | | |
| 3/7/2014 | Heckman, Carol E. | Telephone conference with HSE team; continue document review. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 3/7/2014 | Archer, David T. | Review and analyze emails and other documents provided by M. Wood. | | 3.6 | Associate | $ 400 | $ 1,440 | x | | |
| 3/7/2014 | Africano, Kenneth W. | Review documents. | | 5.0 | Partner | $ 800 | $ 4,000 | x | | |
| 3/7/2014 | Weeda, J. Mason | Upload and review documents | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 3/10/2014 | Bringewatt, John P. | Conduct research re FCA liability and damages. | | 1.8 | Senior Associate | $ 500 | $ 900 | x | | |
| 3/10/2014 | Africano, Kenneth W. | Continue to review and prepare summaries of client documents. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/10/2014 | Redfern, Patricia A. | Prepare document review of 2011 pst files using key search terms; review, analyze and update 2011 Email Index spreadsheet accordingly. | | 2.0 | Paralegal | $ 150 | $ 300 | x | | |
| 3/10/2014 | Archer, David T. | Review and analyze research materials provided by B. Stivers and L. Pipia; review and analyze emails and indexes provided by M. Wood; telephone conference with B. Feldman and M. Weeda re logistics. | | 4.4 | Associate | $ 400 | $ 1,760 | x | | |
| 3/10/2014 | Weeda, J. Mason | Revise issues memorandum | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 3/11/2014 | Feldman, Brian M. | Generate outline for client interview re brand names. | | 0.4 | Partner | $ 800 | $ 320 | | x | |
| 3/11/2014 | Africano, Kenneth W. | Reviewed numerous emails from team re upcoming interview with Mary Wood and issues to address; prepared list of all customers to whom products were sold as shown on CIR reports; reviewing binder documents to locate sales summaries; revising typed summary of first binder documents; continuing to review first binder documents and preparing summaries of same; prepared email to team re information on spring loaded screw incident. | | 5.5 | Partner | $ 800 | $ 4,400 | x | | |
| 3/11/2014 | Redfern, Patricia A. | Prepare document review of 2011 pst files using key search terms; review, analyze and update 2011 Email Index spreadsheet accordingly. | | 2.6 | Paralegal | $ 150 | $ 390 | x | | |
| 3/11/2014 | Bringewatt, John P. | Conduct research re FCA liability and damages; review documents re same. | | 2.1 | Senior Associate | $ 500 | $ 1,050 | x | | |
| 3/11/2014 | Heckman, Carol E. | Gather documents; read summaries and review files. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 3/11/2014 | Archer, David T. | Review and analyze information re brand name potential defendants; review and analyze emails seeking documents requested by K. Africano; review and analyze emails re brand names in preparation for drafting section of complaint re same; review and analyze emails provided by M. Wood. | | 4.4 | Associate | $ 400 | $ 1,760 | x | | |

13

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/12/2014 | Redfern, Patricia A. | Prepare document review of 2011 pst files using key search terms; review, analyze and update 2011 Email Index spreadsheet accordingly. | | 1.3 | Paralegal | $ 150 | $ 195 | x | | |
| 3/12/2014 | Africano, Kenneth W. | Reviewing and summarizing documents. | | 7.0 | Partner | $ 800 | $ 5,600 | x | | |
| 3/12/2014 | Bringewatt, John P. | Discuss case strategy with B. Feldman. | | 0.2 | Senior Associate | $ 500 | $ 100 | x | | |
| 3/12/2014 | Heckman, Carol E. | Preparation for telephone conference with client; telephone conference with client. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 3/12/2014 | Archer, David T. | Review and analyze emails provided by M. Wood; conference with B. Feldman re same; telephone conference with B. Feldman and M. Weeda re logistics. | | 2.8 | Associate | $ 400 | $ 1,120 | x | | |
| 3/12/2014 | O'Flaherty, Neil | Telephone call with Harter Secrest regarding FDA outline and related matters; discussion with colleague regarding same and related matters; review Mary Bixler Wood's [**REDACTED**] and HSE documents for case. | Reveals attorney-client communication re legal advice. | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 3/12/2014 | Terman, Stephen D. | Review documents; telephone call with colleague regarding same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 3/12/2014 | Weeda, J. Mason | Telephone call with Brian Feldman. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 3/12/2014 | Weeda, J. Mason | Review documents; e-mails with Mary Bixler Wood regarding documents. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 3/13/2014 | Redfern, Patricia A. | Prepare document review of 2011 pst files using key search terms; review, analyze and update 2011 Email Index spreadsheet accordingly. | | 4.7 | Paralegal | $ 150 | $ 705 | x | | |
| 3/13/2014 | Africano, Kenneth W. | Emails to team re status of document review and summarization; conference with C. Heckman re same; reviewed and revised summary. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 3/13/2014 | Bringewatt, John P. | Begin drafting disclosure statement. | | 4.7 | Senior Associate | $ 500 | $ 2,350 | x | | |
| 3/13/2014 | Heckman, Carol E. | Meet with K. Africano re document review; continue to review records; review web search files for brand name defendants. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 3/13/2014 | Archer, David T. | Continue to review and analyze emails in preparation for drafting complaint and disclosure statement. | | 1.3 | Associate | $ 400 | $ 520 | x | | |
| 3/13/2014 | O'Flaherty, Neil | Review and edit updated version of draft FDA violations outline. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 3/13/2014 | Terman, Stephen D. | Review document outline. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 3/13/2014 | Weeda, J. Mason | Edits to issues statement and review documents. | | 4.2 | Partner | $ 800 | $ 3,360 | x | | |
| 3/14/2014 | Feldman, Brian M. | Consult with co-counsel re next steps in drafting. | | 0.1 | Partner | $ 800 | $ 80 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 3/14/2014 | Redfern, Patricia A. | Perform document review of 2012 pst files using key search terms; review, analyze and update 2012 Email Index spreadsheet accordingly. | | 1.7 | Paralegal | $ 150 | $ 255 | x | | |
| 3/14/2014 | Heckman, Carol E. | Continued to review key documents. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 3/14/2014 | Archer, David T. | Communicate with M. Weeda re encrypted data files; review and analyze additional emails provided by M. Wood. | | 1.5 | Associate | $ 400 | $ 600 | x | | |
| 3/14/2014 | O'Flaherty, Neil | Review and edit latest draft of FDA violations outline. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/16/2014 | Bringewatt, John P. | Continue to draft Disclosure Statement. | | 3.5 | Senior Associate | $ 500 | $ 1,750 | x | | |
| 3/16/2014 | O'Flaherty, Neil | Review and edit latest draft of FDA violations outline. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 3/17/2014 | Bringewatt, John P. | Continue to draft Disclosure Statement. | | 0.7 | Senior Associate | $ 500 | $ 350 | x | | |
| 3/17/2014 | Feldman, Brian M. | Telephone conversation with C. Heckman re additional document review, upcoming interview with relator. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 3/17/2014 | Feldman, Brian M. | Additional interview of relator. | | 4.4 | Partner | $ 800 | $ 3,520 | x | | |
| 3/17/2014 | Redfern, Patricia A. | Complete document review of 2012 pst files using key search terms; review, analyze and update 2012 Email Index spreadsheet accordingly; perform document review of 2009 pst files using key search terms; review, analyze and update 2009 Email Index spreadsheet accordingly. | | 4.3 | Paralegal | $ 150 | $ 645 | x | | |
| 3/17/2014 | Heckman, Carol E. | Conference call with client. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 3/17/2014 | Archer, David T. | Review and analyze emails and other documents in preparation for telephone conference with M. Wood; telephone conference with M. Wood and B. Feldman re [REDACTED] issues. | | 5.6 | Associate | $ 400 | $ 2,240 | x | | |
| 3/17/2014 | O'Flaherty, Neil | Review and edit FDA violations outline. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 3/17/2014 | Terman, Stephen D. | Review E-mails; discussions with colleague, | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 3/17/2014 | Weeda, J. Mason | Upload new documents and review. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/18/2014 | Redfern, Patricia A. | Perform document review of 2009 pst files using key search terms; review, analyze and update 2009 Email Index spreadsheet accordingly. | | 3.0 | Paralegal | $ 150 | $ 450 | x | | |
| 3/18/2014 | Heckman, Carol E. | Review K. Africano digest of key documents; identify key documents to copy. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/18/2014 | Archer, David T. | Review and analyze additional key emails highlighted by M. Wood. | | 2.7 | Associate | $ 400 | $ 1,080 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/18/2014 | O'Flaherty, Neil | Review and edit FDA violations outline; research for same; discuss case with colleague. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 3/18/2014 | Weeda, J. Mason | Document review; telephone call with Brian Feldman; correspondence regarding same. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 3/19/2014 | Feldman, Brian M. | Obtain information from co-counsel on review and case law; assign next steps. | | 0.9 | Partner | $ 800 | $ 720 | x | | |
| 3/19/2014 | Bringewatt, John P. | Call with co-counsel to discuss case status and strategy; continue to draft Disclosure Statement. | | 1.0 | Senior Associate | $ 500 | $ 500 | x | | |
| 3/19/2014 | Redfern, Patricia A. | Perform document review of 2010 pst files using key search terms; review, analyze and update 2010 Email Index spreadsheet accordingly. | | 3.6 | Paralegal | $ 150 | $ 540 | x | | |
| 3/19/2014 | Heckman, Carol E. | Telephone conference with HSE team to review status of assignments and progress to date. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 3/19/2014 | Archer, David T. | Review and analyze emails and other file documents; conference with litigation team re strategy and division of labor; review and respond to emails from M. Wood re additional documents to review. | | 2.9 | Associate | $ 400 | $ 1,160 | x | | |
| 3/19/2014 | Weeda, J. Mason | Review documents; e-mail to Steve Terman and Neil O'Flaherty regarding complaint and disclosure statement and new dates for presentation. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 3/19/2014 | Terman, Stephen D. | Review e-mails. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 3/20/2014 | Redfern, Patricia A. | Perform document review of 2010 pst files using key search terms; review, analyze and update 2010 Email Index spreadsheet accordingly. | | 3.4 | Paralegal | $ 150 | $ 510 | x | | |
| 3/20/2014 | Heckman, Carol E. | Review draft disclosure statement and edit same; discuss draft disclosure statement with B. Feldman; meet with B. Feldman and K. Africano re assignment of project. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/20/2014 | Archer, David T. | Review and analyze additional emails provided by M. Wood, with comments. | | 2.1 | Associate | $ 400 | $ 840 | x | | |
| 3/20/2014 | Weeda, J. Mason | Review documents. | | 1.6 | Partner | $ 800 | $ 1,280 | x | | |
| 3/21/2014 | Feldman, Brian M. | Revise drafting of legal analysis section of disclosure statement. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/21/2014 | Feldman, Brian M. | Contact AUSAs re presentation. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/21/2014 | Feldman, Brian M. | Obtain and circulate co-counsel outline re FDA issues. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/21/2014 | Heckman, Carol E. | Follow-up on memo being prepared by OFW; continue to review documents to identify key documents from binders. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/21/2014 | Redfern, Patricia A. | Perform document review of 2010 pst files using key search terms; review, analyze and update 2010 Email Index spreadsheet accordingly. | | 3.0 | Paralegal | $ 150 | $ 450 | x | | |
| 3/21/2014 | Bringewatt, John P. | Continue to draft Disclosure Statement; conduct research in support of same; discuss same with B. Feldman. | | 1.8 | Senior Associate | $ 500 | $ 900 | x | | |
| 3/21/2014 | Archer, David T. | Continue to review and analyze emails; review and analyze outline provided by OFW Law. | | 2.4 | Associate | $ 400 | $ 960 | x | | |
| 3/21/2014 | Weeda, J. Mason | E-mails with Brian Feldman; revise issues outline. | | 1.6 | Partner | $ 800 | $ 1,280 | x | | |
| 3/22/2014 | Africano, Kenneth W. | Reviewed and dictated summary of 200 pages of documents. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 3/22/2014 | Bringewatt, John P. | Continue to draft Disclosure Statement; conduct research in support of same. | | 2.0 | Senior Associate | $ 500 | $ 1,000 | x | | |
| 3/23/2014 | Bringewatt, John P. | Continue to draft Disclosure Statement; conduct research in support of same. | | 2.1 | Senior Associate | $ 500 | $ 1,050 | x | | |
| 3/24/2014 | Redfern, Patricia A. | Perform document review of 2010 pst files using key search terms; review, analyze and update 2010 Email Index spreadsheet accordingly. | | 4.2 | Paralegal | $ 150 | $ 630 | x | | |
| 3/24/2014 | Heckman, Carol E. | Review outline from OFW; call B. Feldman re same. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 3/24/2014 | Archer, David T. | Review and analyze OFW Law outline; search for emails re same. | | 1.8 | Associate | $ 400 | $ 720 | x | | |
| 3/25/2014 | Heckman, Carol E. | Edit Mason outline and email B. Feldman re same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 3/25/2014 | Archer, David T. | Review OFW Law outline; review emails and other documents to support allegations in outline. | | 2.7 | Associate | $ 400 | $ 1,080 | x | | |
| 3/25/2014 | Terman, Stephen D. | Discussion with colleague regarding status of work product; review outstanding issues. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 3/25/2014 | Weeda, J. Mason | Meeting with Steve Terman regarding update of document review, etc.; telephone call with Brian Feldman regarding going forward; review documents. | | 1.6 | Partner | $ 800 | $ 1,280 | x | | |
| 3/26/2014 | Feldman, Brian M. | Analyze legal positions; further develop factual support for claims; team meeting. | | 1.2 | Partner | $ 800 | $ 960 | x | | |
| 3/26/2014 | Africano, Kenneth W. | Attended to team telephone conference. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 3/26/2014 | Bringewatt, John P. | Continue to draft Disclosure Statement; conference with co-counsel to discuss status and strategy. | | 1.7 | Senior Associate | $ 500 | $ 850 | x | | |
| 3/26/2014 | Heckman, Carol E. | Preparation for and participate in team call. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 3/26/2014 | Heckman, Carol E. | Review revised disclosure statement. | | 1.0 | Partner | $ 800 | $ 800 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/26/2014 | Archer, David T. | Review and analyze emails in relation to OFW Law outline; conference with B. Feldman, C. Heckman, K. Africano, and J. Bringewatt re division of labor and case strategy. | | 4.1 | Associate | $ 400 | $ 1,640 | x | | |
| 3/27/2014 | Feldman, Brian M. | Draft disclosure statement section re devices lacking FDA clearance. | | 5.0 | Partner | $ 800 | $ 4,000 | x | | |
| 3/27/2014 | Bringewatt, John P. | Review comments re draft Disclosure Statement. | | 0.3 | Senior Associate | $ 500 | $ 150 | x | | |
| 3/27/2014 | Heckman, Carol E. | Edit legal section of disclosure section; telephone conference with B. Feldman re same. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/27/2014 | Archer, David T. | Review and analyze emails in connection with OFW Law outline; prepare summaries of same. | | 2.8 | Associate | $ 400 | $ 1,120 | x | | |
| 3/28/2014 | Bringewatt, John P. | Review draft section of Disclosure Statement re illegal marketing; discuss Disclosure Statement with B. Feldman. | | 1.0 | Senior Associate | $ 500 | $ 500 | x | | |
| 3/28/2014 | Heckman, Carol E. | Review B. Feldman summary of pre-market notification claim and edit same; review K. Africano summary of binders and identify documents that relate to that claim and submit same to group. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 3/28/2014 | Archer, David T. | Review and analyze section of disclosure statement drafted by B. Feldman; review and analyze other sections of disclosure statement; review and analyze emails referenced in disclosure statement; search for additional emails referenced therein. | | 3.9 | Associate | $ 400 | $ 1,560 | x | | |
| 3/30/2014 | Bringewatt, John P. | Continue to draft Disclosure Statement. | | 3.1 | Senior Associate | $ 500 | $ 1,550 | x | | |
| 3/30/2014 | Feldman, Brian M. | Revise legal background section of disclosure statements; review records in support of non-clearance arguments; review illegal marketing section of disclosure statement. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 3/30/2014 | Africano, Kenneth W. | Reviewed summaries; continued to review documents. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/31/2014 | Feldman, Brian M. | Arrange meeting with U.S. Attorney's office. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/31/2014 | Feldman, Brian M. | Review updated legal background section of disclosure statement. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/31/2014 | Feldman, Brian M. | Obtain relevant disclosure exhibits for section re lack of FDA clearance; gather and organize materials to draft section relating to lack of design controls. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 3/31/2014 | Heckman, Carol E. | Review B. Feldman emails. | | 0.5 | Partner | $ 800 | $ 400 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2014 | Bringewatt, John P. | Review and revise draft Disclosure Statement. | | 0.5 | Senior Associate | $ 500 | $ 250 | x | | |
| 3/31/2014 | Archer, David T. | Search for additional emails referenced in section of disclosure statement re illegal marketing; review and analyze emails re same; review additional emails re brand names. | | 4.1 | Associate | $ 400 | $ 1,640 | x | | |
| 3/31/2014 | O'Flaherty, Neil | Review draft FDA violations excerpt; edit same; research for same; discuss same with colleague. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 3/31/2014 | Weeda, J. Mason | Meeting with Neil O'Flaherty; review Brian Feldman's draft disclosure section. | | 0.9 | Partner | $ 800 | $ 720 | x | | |
| 3/31/2014 | Terman, Stephen D. | Review document from client regarding illegal marketing; review E-mail from Mary Bixler Wood regarding [REDACTED]. | Reveals attorney-client communication re legal advice. | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 4/1/2014 | Bringewatt, John P. | Continue to draft Disclosure Statement. | | 0.3 | Senior Associate | $ 500 | $ 150 | x | | |
| 4/1/2014 | Archer, David T. | Review and analyze drafted sections of disclosure statement; search for emails and other documents to include in same; review and analyze additional emails re brand names. | | 4.2 | Associate | $ 400 | $ 1,680 | x | | |
| 4/1/2014 | Feldman, Brian M. | Arrange AUSA presentation. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/1/2014 | Feldman, Brian M. | Review clearance section of disclosure statement. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 4/1/2014 | Africano, Kenneth W. | Complete digest for emails not covered in previous dictation; revisions to digest summary of emails. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/1/2014 | Heckman, Carol E. | Review MW edits to first claim; review binder to pick up summary where K. Africano left off; emails re identifying documents. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 4/1/2014 | O'Flaherty, Neil | Discuss project issues with colleagues; review written presentation excerpt for U.S. Attorney meeting; edit same. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 4/1/2014 | Terman, Stephen D. | Discussion with colleagues regarding written document for Justice Department; review same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/2/2014 | O'Flaherty, Neil | Review [REDACTED] section of written presentation to U.S. Attorney; edit and comment on same; research for same; discussions with colleagues regarding same. | Reveals common interest communication with Government. | 5.5 | Partner | $ 800 | $ 4,400 | x | | |
| 4/2/2014 | Bringewatt, John P. | Review and revise draft Disclosure Statement; telephone conference with co-counsel to discuss case status and strategy. | | 1.7 | Senior Associate | $ 500 | $ 850 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/2/2014 | Archer, David T. | Review and analyze emails and other documents in preparation for drafting portions of disclosure statement; conference with B. Feldman, J. Bringewatt, and C. Heckman re division of labor moving forward. | | 3.6 | Associate | $ 400 | $ 1,440 | x | | |
| 4/2/2014 | Feldman, Brian M. | Obtain team updates re research; strategize re disclosure statement. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/2/2014 | Africano, Kenneth W. | Drafting portion of disclosure statement re employment history; reviewing numerous prior efforts by team; gained information and facts to include in section of disclosure statement; reviewed summary of all key emails; began drafting employment portion of disclosure statement; numerous emails with team re same; attended to group telephone conference. | | 6.0 | Partner | $ 800 | $ 4,800 | x | | |
| 4/2/2014 | Weeda, J. Mason | Draft FDA section of disclosure statement; edit HSE draft disclosure statement sections and send to Brian Feldman for review. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 4/2/2014 | Terman, Stephen D. | Review documents regarding AUSA meeting; discussions with colleague regarding same. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 4/3/2014 | Archer, David T. | Conference with B. Feldman re email review; review emails provided by M. Wood. | | 1.1 | Associate | $ 400 | $ 440 | x | | |
| 4/3/2014 | Feldman, Brian M. | Preliminary review of OFW Law comments on clearance section of disclosure statement. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 4/3/2014 | Feldman, Brian M. | Incorporate co-counsel edits. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 4/3/2014 | Bringewatt, John P. | Continue to Draft Disclosure Statement. | | 2.8 | Senior Associate | $ 500 | $ 1,400 | x | | |
| 4/3/2014 | Africano, Kenneth W. | Continuing to review various file materials; emails and summaries of interviews with Mary Wood to incorporate key facts into statement on employment background; continuing to draft, review and revise employment section of disclosure statement including discussion of termination. | | 7.0 | Partner | $ 800 | $ 5,600 | x | | |
| 4/3/2014 | Heckman, Carol E. | Complete review of exhibits; circulate revised digest of binder documents; review of digest for documents in binder. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 4/4/2014 | Weeda, J. Mason | Complete FDA section of disclosure statement and send to Steve Terman for review. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/2014 | O'Flaherty, Neil | Discuss FDA law overview section issues with colleague; document review. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/4/2014 | Terman, Stephen D. | Review draft section of document for Justice Department and discuss same with colleague. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/7/2014 | Archer, David T. | Review correspondence re emails and other documents; review documents referenced in emails between team members; conference with B. Feldman re plan moving forward. | | 1.5 | Associate | $ 400 | $ 600 | x | | |
| 4/7/2014 | Bringewatt, John P. | Conduct research re FCA liability. | | 0.4 | Senior Associate | $ 500 | $ 200 | x | | |
| 4/7/2014 | Weeda, J. Mason | Document review; revise disclosure statement sections. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |
| 4/7/2014 | O'Flaherty, Neil | Review draft FDA law overview section; edit and comment on same. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 4/7/2014 | Terman, Stephen D. | Review and revise FDA overview; discuss same with colleague. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/8/2014 | Bringewatt, John P. | Conduct research re venue. | | 0.4 | Senior Associate | $ 500 | $ 200 | x | | |
| 4/8/2014 | Weeda, J. Mason | Revise FDA Introduction to Disclosure Statement; meeting with Neil O'Flaherty regarding same; send FDA introduction to Brian Feldman. | | 1.8 | Partner | $ 800 | $ 1,440 | x | | |
| 4/8/2014 | Terman, Stephen D. | Revise draft documents regarding AUSA meeting and discuss same with colleague. | | 4.5 | Partner | $ 800 | $ 3,600 | x | | |
| 4/9/2014 | Feldman, Brian M. | Organize next steps in disclosure statement drafting process; analyze legal framework for case against Avalign customers; analyze venue. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 4/9/2014 | Bringewatt, John P. | Telephone conference with co-counsel to discuss case status and strategy; conduct research re venue. | | 1.3 | Senior Associate | $ 500 | $ 650 | x | | |
| 4/9/2014 | O'Flaherty, Neil | Document review. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/10/2014 | O'Flaherty, Neil | Review E-mails related to [REDACTED] for written U.S. Attorney presentation; research and compilation of FDA enforcement action examples for 510(k), MDR, QSR, labeling and registration violations; prepare notes regarding same. | Reveals common interest communication with Government. | 7.0 | Partner | $ 800 | $ 5,600 | x | | |
| 4/10/2014 | Feldman, Brian M. | Draft additional sections of disclosure statement. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/10/2014 | Bringewatt, John P. | Conduct research re State false claims; discuss same with B. Feldman. | | 0.8 | Senior Associate | $ 500 | $ 400 | x | | |
| 4/10/2014 | Terman, Stephen D. | Review documents regarding meeting with AUSA; discussion with colleague regarding same. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/11/2014 | Feldman, Brian M. | Telephone conference with co-counsel re disclosure statement, presentation to U.S. Attorney's Office and completion of draft complaint. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 4/11/2014 | Bringewatt, John P. | Discuss state FCA claims with B. Feldman. | | 0.3 | Senior Associate | $ 500 | $ 150 | x | | |
| 4/11/2014 | O'Flaherty, Neil | Review e-mail from colleague regarding conference call with co-counsel regarding U.S. Attorney meeting and related issues; respond to same; file review for same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/11/2014 | Weeda, J. Mason | Telephone call with Brian Feldman. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 4/11/2014 | Terman, Stephen D. | Conference call with client; discussions with colleague; review documents. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/13/2014 | Feldman, Brian M. | Draft additional sections of disclosure statement. | | 11.5 | Partner | $ 800 | $ 9,200 | x | | |
| 4/14/2014 | O'Flaherty, Neil | Review additional sections for draft disclosure statement/U.S. Attorney presentation; edit and comment on same; discuss same with colleague. | | 5.5 | Partner | $ 800 | $ 4,400 | x | | |
| 4/14/2014 | Feldman, Brian M. | Telephone conference with Department of Justice re case. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/14/2014 | Feldman, Brian M. | Search client emails for exhibits. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/14/2014 | Bringewatt, John P. | Continue to draft Disclosure Statement; conduct research in support of same. | | 2.5 | Senior Associate | $ 500 | $ 1,250 | x | | |
| 4/14/2014 | Heckman, Carol E. | Planning for meeting next week; review new drafts by B. Feldman. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 4/14/2014 | Weeda, J. Mason | Summarize FDA enforcement actions related to qui tam issues. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 4/14/2014 | Terman, Stephen D. | Review documents regarding disclosure statement; Discuss same with colleague | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 4/15/2014 | O'Flaherty, Neil | Edit sections for draft disclosure statement/U.S. Attorney presentation; file review and research for same; discussions with colleague regarding same; review and edit enforcement examples for same; discuss same with colleague; review Mary Bixler Wood's comments on sections; comment on same. | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 4/15/2014 | Feldman, Brian M. | Revise disclosure statement to include information and edits from client and OFW law. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 4/15/2014 | Bringewatt, John P. | Telephone conference with co-counsel to discuss strategy and plan; discuss same with B. Feldman. | | 1.0 | Senior Associate | $ 500 | $ 500 | x | | |
| 4/15/2014 | Heckman, Carol E. | Review and edit 3 sections of disclosure statement; participate in team conference call. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/15/2014 | Archer, David T. | Conduct research on amounts paid by Medicare and Medicaid for various procedures; conduct research on average cost of medical procedures in U.S.; review and analyze emails to identify information to assist in preparing damages calculations. | | 4.7 | Associate | $ 400 | $ 1,880 | x | | |
| 4/15/2014 | Weeda, J. Mason | Review and revise draft sections of disclosure statement. | | 1.4 | Partner | $ 800 | $ 1,120 | x | | |
| 4/15/2014 | Terman, Stephen D. | Discussion with colleague regarding disclosure statement and enforcement actions; review Mary Bixler Wood's E-mail. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 4/16/2014 | Bringewatt, John P. | Conduct research in support of disclosure statement. | | 0.2 | Senior Associate | $ 500 | $ 100 | x | | |
| 4/16/2014 | Heckman, Carol E. | Review and edit disclosure statement. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 4/16/2014 | Archer, David T. | Conduct research on average cost of surgical procedures in U.S.; conduct research on Medicare and Medicaid reimbursement rates; review emails for information re damages. | | 3.9 | Associate | $ 400 | $ 1,560 | x | | |
| 4/16/2014 | O'Flaherty, Neil | Review and comment on Mary Bixler Wood's comments [REDACTED] draft disclosure statement sections; prepare edits to same; prepare additional comments on same; discuss same and related issues with colleague. | Reveals attorney-client communication re legal advice. | 4.5 | Partner | $ 800 | $ 3,600 | x | | |
| 4/16/2014 | Terman, Stephen D. | Discussions with colleague regarding various issues. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/17/2014 | Feldman, Brian M. | Incorporate co-counsel and client edits into disclosure statement; complete drafting Relator background section. | | 4.2 | Partner | $ 800 | $ 3,360 | x | | |
| 4/17/2014 | Archer, David T. | Research average costs of surgical procedures in U.S. in preparation for drafting section of disclosure statement re damages projections; review and analyze emails and other documents re same; draft email to B. Feldman with analysis and recommendation for damages projection. | | 4.6 | Associate | $ 400 | $ 1,840 | x | | |
| 4/18/2014 | Feldman, Brian M. | Develop damages theory, including further research on Medicaid laws and reimbursements. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 4/18/2014 | Feldman, Brian M. | Telephone conference with co-counsel re presentation to U.S. Attorney's Office; revise disclosure statement. | | 1.6 | Partner | $ 800 | $ 1,280 | x | | |
| 4/18/2014 | Feldman, Brian M. | Revise disclosure statement; prepare briefing materials for U.S. Attorney's Office. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/18/2014 | Bringewatt, John P. | Conferences with co-counsel re damages, Medicaid claims, and FDA issues; conduct research re State Medicaid claims. | | 2.3 | Senior Associate | $ 500 | $ 1,150 | x | | |
| 4/18/2014 | Heckman, Carol E. | Create outline for U.S. Attorney meeting. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 4/18/2014 | Laraby, Adrienne K. | Obtain information from B. Feldman and J. Bringewatt re False Claims Are medical device manufacturing FDA violations, the theory of the case and research needed to allege violations of state Medicaid requirements. | | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 4/18/2014 | Archer, David T. | Review and analyze documents re damages calculations; conference with B. Feldman and J. Bringewatt re same; draft section of disclosure statement re damages. | | 5.3 | Associate | $ 400 | $ 2,120 | x | | |
| 4/18/2014 | O'Flaherty, Neil | Prepare for and participate in conference call with co-counsel regarding issues related to April 23 meeting with U.S. Attorney; post-call discussions with colleagues; review FDA database for Instrumed MDRs; review MDR summaries; prepare notes regarding same; discuss same with colleagues; prepare for April 23 meeting. | | 6.0 | Partner | $ 800 | $ 4,800 | x | | |
| 4/18/2014 | Weeda, J. Mason | Telephone call with Brian Feldman regarding presentation materials; telephone call with Mary Bixler Wood regarding [REDACTED]. | Reveals attorney-client communication re legal advice. | 1.2 | Partner | $ 800 | $ 960 | | | x |
| 4/18/2014 | Terman, Stephen D. | Conference call with client regarding meeting with U.S. Attorney office; discussion with colleague regarding same and MDRs. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 4/19/2014 | Bringewatt, John P. | Revise Disclosure Statement and conduct research in support of same. | | 0.7 | Senior Associate | $ 500 | $ 350 | x | | |
| 4/19/2014 | Archer, David T. | Draft, revise and edit section of disclosure statement re damages; telephone conference with B. Feldman re same. | | 2.6 | Associate | $ 400 | $ 1,040 | x | | |
| 4/19/2014 | O'Flaherty, Neil | Review list of briefing materials and proposed agenda for April 23 meeting with U.S. Attorney; prepare suggested edits to same; review draft disclosure statement sections; prepare for April 23 meeting. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 4/19/2014 | Weeda, J. Mason | Gather exhibits for disclosure statement sections. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 4/20/2014 | Feldman, Brian M. | Draft preliminary statement; revise outline of presentation to U.S. Attorney's office; draft talking points for presentation to U.S. Attorney's Office; telephone conversation with client about [REDACTED]. | Reveals attorney-client communication re legal advice. | 7.0 | Partner | $ 800 | $ 5,600 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 4/20/2014 | O'Flaherty, Neil | Review draft disclosure statements for adjustments to U.S. Attorney meeting talking points. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 4/20/2014 | Weeda, J. Mason | Revise outline talking points for April 23 presentation and send to Neil O'Flaherty for review; review exhibits. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 4/21/2014 | Bringewatt, John P. | Review and revise talking points for presentation to U.S. Attorney's Office; review and revise Preliminary Statement section of Disclosure Statement. | | 1.2 | Senior Associate | $ 500 | $ 600 | x | | |
| 4/21/2014 | Feldman, Brian M. | Analyze damages theories. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/21/2014 | Feldman, Brian M. | Coordinate presentation with co-counsel. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/21/2014 | Feldman, Brian M. | Prepare presentation to U.S. Attorney's office. | | 5.1 | Partner | $ 800 | $ 4,080 | x | | |
| 4/21/2014 | Feldman, Brian M. | Correspondence with U.S. Attorney's office re presentation of case. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/21/2014 | Heckman, Carol E. | Telephone conference with B. Feldman; print out U.S. Attorney presentation; review U.S. Attorney presentation; conference call with MW and OFW. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 4/21/2014 | Archer, David T. | Conduct additional research on costs reimbursed by Medicare and Medicaid in preparation for providing reasonable damages calculation; conference with B. Feldman re same; revise and edit talking points to reflect changes in damages projections; review and analyze emails provided by M. Wood re [REDACTED]. | Reveals attorney-client communication re legal advice. | 6.1 | Associate | $ 400 | $ 2,440 | x | | |
| 4/21/2014 | O'Flaherty, Neil | Review U.S. Attorney meeting talking points, agenda and exhibit list; Prepare suggested edits and comments to same; discuss same with colleagues; prepare notes regarding exhibits; Conference call with HSE attorneys and Mary Bixler Wood regarding [REDACTED]; post-conference call discussions with colleagues; prepare E-mail to Mary Bixler Wood regarding [REDACTED]. | Reveals attorney-client communication re legal advice. | 9.0 | Partner | $ 800 | $ 7,200 | x | | |
| 4/21/2014 | Weeda, J. Mason | Revise outlines for April 23 presentation; Review exhibits, copy [REDACTED], and send to Brian Feldman for review; Relephone call with HSE; conference with David Durkin. | Reveals common interest communication with Government; reveals law enforcement techniques. | 2.7 | Partner | $ 800 | $ 2,160 | x | | |
| 4/21/2014 | Terman, Stephen D. | Review document regarding talking points for AUSA and discuss same with colleague; conference call with client and Mary Bixler Wood. | | 5.0 | Partner | $ 800 | $ 4,000 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/22/2014 | Bringewatt, John P. | Review materials for presentation to U.S. Attorney's office; discuss same with B. Feldman. | | 0.5 | Senior Associate | $ 500 | $ 250 | x | | |
| 4/22/2014 | Feldman, Brian M. | Prepare presentation materials for presentation to U.S. Attorney's office; edit materials with input from client and co-counsel; review talking points with input from co-counsel and client. | | 1.1 | Partner | $ 800 | $ 880 | x | | |
| 4/22/2014 | Feldman, Brian M. | Meeting with co-counsel in NYC in advance of U.S. Attorney's Office presentation. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 4/22/2014 | Feldman, Brian M. | Coordinate participation of FDA counsel in conference. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/22/2014 | Feldman, Brian M. | Finalize presentation for U.S. Attorney's office. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/22/2014 | Archer, David T. | Review and analyze emails re violations by brand names in preparation for drafting section of disclosure statement re same; conference with B. Feldman re same. | | 3.6 | Associate | $ 400 | $ 1,440 | x | | |
| 4/22/2014 | O'Flaherty, Neil | Review revised talking points for U.S. Attorney meeting; comment on same; discuss same with colleagues and travel to NYC for meeting; meeting with co-counsel in preparation of April 23 U.S. Attorney meeting; review preliminary disclosure statement; edit and comment on same. | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 4/22/2014 | Terman, Stephen D. | Review talking points and disclosure statement; discussions with colleague regarding meeting with AUSA; travel to NYC; meeting with client in NYC. | | 6.5 | Partner | $ 800 | $ 5,200 | x | | |
| 4/22/2014 | Weeda, J. Mason | Revise/send revisions to talking points to Brian Feldman. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/23/2014 | Bringewatt, John P. | Revise Disclosure Statement; conduct research in support of same; conduct research re state Medicaid claims. | | 4.3 | Senior Associate | $ 500 | $ 2,150 | x | | |
| 4/23/2014 | Feldman, Brian M. | Prepare for meeting with U.S. Attorney's Office; review FCA case law. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/23/2014 | Feldman, Brian M. | Presentation to U.S. Attorney's office; follow up with AUSAs. | | 4.4 | Partner | $ 800 | $ 3,520 | x | | |
| 4/23/2014 | Heckman, Carol E. | Prepare for meeting; attend meeting; travel home; follow-up telephone conference call with B. Feldman. | | 10.0 | Partner | $ 800 | $ 8,000 | x | | |
| 4/23/2014 | Laraby, Adrienne K. | Research state Medicaid laws and program rules to determine whether there is a prohibition on State reimbursement for medical devices which do not meet FDA requirements and related procedures. | | 1.5 | Associate | $ 400 | $ 600 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/23/2014 | Archer, David T. | Review and analyze emails re violations by brand names in preparation for draft section of disclosure statement re same. | | 3.7 | Associate | $ 400 | $ 1,480 | x | | |
| 4/23/2014 | O'Flaherty, Neil | Prepare for and participate in meeting with U.S. Attorney regarding case; travel from NYC. | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 4/23/2014 | Terman, Stephen D. | Meeting with AUSA; travel to office. | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 4/24/2014 | Bringewatt, John P. | Conduct research re State Medicaid claims. | | 0.9 | Senior Associate | $ 500 | $ 450 | x | | |
| 4/24/2014 | Archer, David T. | Conduct searches in M. Wood emails for information re brand name customers of Avalign. | | 3.1 | Associate | $ 400 | $ 1,240 | x | | |
| 4/25/2014 | Bringewatt, John P. | Draft Complaint. | | 2.2 | Senior Associate | $ 500 | $ 1,100 | x | | |
| 4/25/2014 | Feldman, Brian M. | Update client on presentation to U.S. Attorney's office; outline next steps. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/25/2014 | Archer, David T. | Conduct searches in M. Wood emails for information re FDA violations of brand name customers of Avalign; draft portions of disclosure statement re same; conference with B. Feldman re same. | | 3.7 | Associate | $ 400 | $ 1,480 | x | | |
| 4/25/2014 | Laraby, Adrienne K. | Research state Medicaid laws and program rules to determine whether there is a prohibition on State reimbursement for medical devices which do not meet FDA requirements and related procedures. | | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 4/25/2014 | Weeda, J. Mason | Telephone call with Brian Feldman and Mary Bixler Wood regarding AUSA meeting. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/27/2014 | Laraby, Adrienne K. | Research state Medicaid laws and program rules to determine whether there is a prohibition on State reimbursement for medical devices which do not meet FDA requirements and related procedures. | | 1.4 | Associate | $ 400 | $ 560 | x | | |
| 4/28/2014 | Bringewatt, John P. | Telephone conference with co-counsel to discuss case strategy; draft Complaint. | | 3.1 | Senior Associate | $ 500 | $ 1,550 | x | | |
| 4/28/2014 | Africano, Kenneth W. | Reviewed numerous emails re speaking presentation and results of presentation to the U.S. Attorney's office; attended telephone cofnerence re same; further emails re same. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 4/28/2014 | Archer, David T. | Conduct additional searches of documents re brand name FDA violations in M. Wood emails; draft portion of disclosure statement re same. | | 6.3 | Associate | $ 400 | $ 2,520 | x | | |
| 4/28/2014 | Feldman, Brian M. | Prepare for conference call re next steps with co-counsel; conference call. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 4/28/2014 | Feldman, Brian M. | Prepare draft complaint. | | 0.4 | Partner | $ 800 | $ 320 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 4/28/2014 | O'Flaherty, Neil | Conference call with HSE regarding next steps and related matters following April 23 meeting with SDNY U.S. Attorney office; discuss same with colleague; review e-mail from HSE regarding follow-up tasks from U.S. Attorney meeting; review Mary Bixler Wood response to same; discuss same with colleague. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 4/28/2014 | Weeda, J. Mason | Review HSE draft complaint section regarding "branded" companies; response E-mail to HSE regarding same. | | 0.5 | Partner | $ 800 | $ 400 | | x | |
| 4/28/2014 | Terman, Stephen D. | Conference call with client; discussion with colleagues regarding same; review documents from client and discussions with colleague regarding same. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 4/29/2014 | Bringewatt, John P. | Draft Complaint. | | 4.0 | Senior Associate | $ 500 | $ 2,000 | x | | |
| 4/29/2014 | Africano, Kenneth W. | Numerous emails re status of matter and preparation of complaint; conferences re same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/29/2014 | Heckman, Carol E. | Telephone conference and follow-up with B. Feldman. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 4/29/2014 | Archer, David T. | Draft, revise and edit portions of disclosure statement re violations of brand name customers of Avalign; conference with B. Feldman re same; conduct additional searches in emails provided by M. Wood in support of same; review, analyze, revise and edit draft complaint. | | 6.9 | Associate | $ 400 | $ 2,760 | | x | |
| 4/29/2014 | Feldman, Brian M. | Draft complaint. | | 3.6 | Partner | $ 800 | $ 2,880 | x | | |
| 4/29/2014 | O'Flaherty, Neil | Prepare comments to questions/issues for follow-up posed by U.S. Attorney; file review for same; review colleague comments regarding same; edit same; review draft brand name company section for disclosure statement; edit same; telephone call and correspond with colleague regarding same; document review for same. | | 6.0 | Partner | $ 800 | $ 4,800 | x | | |
| 4/29/2014 | Weeda, J. Mason | Telephone call with Brian Feldman regarding draft complaint; review draft complaint section regarding "branded" companies; revise and send to Neil O'Flaherty; e-mails with Mary Bixler Wood regarding same. | | 1.7 | Partner | $ 800 | $ 1,360 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/29/2014 | Terman, Stephen D. | Review follow-up issues documents and comments; telephone call with colleague regarding same. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 4/30/2014 | Feldman, Brian M. | Telephone conference with U.S. Attorney's Office [REDACTED]; draft complaint and draft disclosure statement; inform co-counsel of developments. | Reveals common interest communication with Government. | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 4/30/2014 | Bringewatt, John P. | Discuss case status and strategy with co-counsel. | | 0.3 | Senior Associate | $ 500 | $ 150 | x | | |
| 4/30/2014 | Heckman, Carol E. | Review emails. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/30/2014 | Archer, David T. | Draft portion of complaint re brand names; draft, revise and edit remainder of complaint; conference with J. Bringewatt and B. Feldman re same; research state Medicaid statutes in preparation for drafting portions of complaint. | | 7.8 | Associate | $ 400 | $ 3,120 | x | | |
| 4/30/2014 | Feldman, Brian M. | Revise draft complaint. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/30/2014 | O'Flaherty, Neil | Prepare comments on draft brand name company section and accompanying cover e-mail; discuss same with colleague; document review for same. | | 5.0 | Partner | $ 800 | $ 4,000 | | x | |
| 5/1/2014 | Feldman, Brian M. | Review co-counsel comments to draft disclosure section statement re CareFusion. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 5/1/2014 | Feldman, Brian M. | Update co-counsel on discussions with U.S. Attorney's Office. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 5/1/2014 | Feldman, Brian M. | Revise draft complaint. | | 1.2 | Partner | $ 800 | $ 960 | x | | |
| 5/1/2014 | Feldman, Brian M. | Further revise draft complaint. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 5/1/2014 | Archer, David T. | Draft, revise and edit portions of complaint; review and analyze emails re brand names; draft portion of disclosure statement re same; research medicaid statutes for various states. | | 4.4 | Associate | $ 400 | $ 1,760 | x | | |
| 5/1/2014 | Heckman, Carol E. | Review numerous emails and comment re brand name section of disclosure statement. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 5/1/2014 | Bringewatt, John P. | Draft Complaint; conduct research in support of Disclosure Statement. | | 1.2 | Senior Associate | $ 500 | $ 600 | x | | |
| 5/1/2014 | O'Flaherty, Neil | Prepare responses to Mary Bixler Wood comments on [REDACTED]; correspond with Brian Feldman regarding same; discussions with colleague regarding same; document review for same. | Reveals attorney-client communication re legal advice. | 3.0 | Partner | $ 800 | $ 2,400 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|------------------|
| 5/1/2014 | Terman, Stephen D. | Discussions with colleague regarding Mary Bixler Wood e-mail and disclosure statement; telephone call with client regarding call with AUSA; review E-mail regarding same; discuss same with colleagues. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/2/2014 | Archer, David T. | Draft, revise and edit portions of complaint re brand names; review and analyze emails re same. | | 2.7 | Associate | $ 400 | $ 1,080 | | x | |
| 5/2/2014 | Heckman, Carol E. | Review and respond to numerous emails. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 5/3/2014 | Feldman, Brian M. | Revise draft complaint. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 5/4/2014 | Heckman, Carol E. | Review of email re complaint revisions and discuss same. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 5/4/2014 | O'Flaherty, Neil | Review draft Realtor complaint; prepare suggested edits and comments on same; correspond with colleagues regarding same. | | 5.0 | Partner | $ 800 | $ 4,000 | x | | |
| 5/4/2014 | Terman, Stephen D. | Review draft complaint. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 5/4/2014 | Weeda, J. Mason | Review and edit draft complaint. | | 6.0 | Partner | $ 800 | $ 4,800 | x | | |
| 5/5/2014 | Feldman, Brian M. | Telephone conference with co-counsel re revisions to draft complaint. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 5/5/2014 | Feldman, Brian M. | Telephone conference with co-counsel re draft disclosure statement. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 5/5/2014 | Feldman, Brian M. | Complete drafting complaint. | | 3.9 | Partner | $ 800 | $ 3,120 | x | | |
| 5/5/2014 | Heckman, Carol E. | Review complaint; telephone conference with B. Feldman re same. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 5/5/2014 | Archer, David T. | Draft sections of disclosure statement and complaint re brand names; revise and edit section of complaint re Carefusion instructions for use; review and analyze emails in electronic file re brand names; draft emails to B. Feldman re same. | | 6.5 | Associate | $ 400 | $ 2,600 | | x | |
| 5/5/2014 | Laraby, Adrienne K. | Research state Medicaid laws and program rules to determine whether there is a prohibition on State reimbursement for medical devices which do not meet FDA requirements and related procedures. | | 1.3 | Associate | $ 400 | $ 520 | x | | |
| 5/5/2014 | Bringewatt, John P. | Discuss case strategy with B. Feldman. | | 0.2 | Senior Associate | $ 500 | $ 100 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/5/2014 | O'Flaherty, Neil | Meeting with colleagues regarding draft qui tam complaint issues; telephone call with HSE regarding same; research regarding FAR provisions; prepare E-mail to attorney and Brian Feldman regarding same; discuss surgical instrument labeling requirement issues with colleagues; review E-mail from colleague regarding same; review additional sections from OFW Law FDA violations outlined for inclusion in draft qui tam complaint. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 5/5/2014 | Terman, Stephen D. | Discussion with colleague regarding draft complaint; review comments on draft complaint; review e-mail documents sent to client. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 5/5/2014 | Weeda, J. Mason | Highlight relevant portions in "issues outline" for complaint and send to Brian Feldman; telephone call with Brian Feldman regarding DePuy; correspondence to colleagues regarding same. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 5/5/2014 | Phelps, Evan P. | Contact former FDA compliance official regarding scope of surgical device labeling exemption; draft summary for colleague. | | 0.8 | Partner | $ 800 | $ 640 | | | x |
| 5/6/2014 | Feldman, Brian M. | Continue work on draft complaint and disclosure statement. | | 2.6 | Partner | $ 800 | $ 2,080 | x | | |
| 5/6/2014 | Heckman, Carol E. | Review revised draft complaint; review OFW's revisions to same. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 5/6/2014 | Bringewatt, John P. | Review and revise draft Complaint. | | 2.1 | Senior Associate | $ 500 | $ 1,050 | x | | |
| 5/6/2014 | O'Flaherty, Neil | Review revised draft of qui tam complaint; prepare edits and comments regarding same; revise complaint excerpts; prepare edits and comments on same; telephone calls with HSE regarding complaint drafting issues; document review in furtherance of providing edits and comments; discuss complaint drafting issues with colleagues. | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 5/6/2014 | Terman, Stephen D. | Review revised versions of complaint; review E-mail regarding labeling issues; review E-mail from Mary Bixler Wood. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 5/7/2014 | Heckman, Carol E. | Email review. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 5/7/2014 | O'Flaherty, Neil | Review Instrumed Majesty spreadsheet regarding product marketing bases; prepare notes regarding same; prepare E-mail to colleagues regarding same; discussions with colleagues regarding same; surgical instrument labeling research. | | 4.5 | Partner | $ 800 | $ 3,600 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 5/7/2014 | Terman, Stephen D. | Review e-mail from colleague; discuss same with colleague. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 5/8/2014 | Feldman, Brian M. | Revise disclosure statement. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 5/8/2014 | Heckman, Carol E. | Review Wood redrafted complaint and edit same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/8/2014 | Heckman, Carol E. | Update on status of U.S. Attorney review. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/8/2014 | Archer, David T. | Conduct searches for documents relating to preamendment status of devices; review and analyze emails provided by client re same; conference with B. Feldman re same; draft emails to B. Feldman re same. | | 5.2 | Associate | $ 400 | $ 2,080 | x | | |
| 5/8/2014 | Bringewatt, John P. | Conduct research re State Medicaid reimbursement rules. | | 0.5 | Senior Associate | $ 500 | $ 250 | x | | |
| 5/8/2014 | O'Flaherty, Neil | Telephone call with HSE regarding Majesty spreadsheet issues related to FDA legal marketing status (or lack thereof) of Instrumed devices; review E-mails and attachments related to same; prepare for and participate in conference call with Mary Bixler Wood regarding [REDACTED]; prepare E-mail to colleagues regarding same. | Reveals attorney-client communication re legal advice. | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 5/8/2014 | Terman, Stephen D. | Review documents; conference call with client; discussions with colleagues. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 5/8/2014 | Weeda, J. Mason | Telephone call with HSE regarding complaint; telephone call with Mary Bixler Wood to discuss [REDACTED]. | Reveals attorney-client communication re legal advice. | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 5/9/2014 | Archer, David T. | Draft, revise and edit portions of disclosure statement and complaint re brand names. | | 2.3 | Associate | $ 400 | $ 920 | x | | |
| 5/9/2014 | Weeda, J. Mason | Review Majesty spreadsheet. | | 1.8 | Partner | $ 800 | $ 1,440 | x | | |
| 5/9/2014 | Terman, Stephen D. | Review e-mails and attachments to and from client; discuss same with colleague. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 5/12/2014 | Feldman, Brian M. | Telephone conference with co-counsel re IFU and 510(k) issues. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/12/2014 | Heckman, Carol E. | Discuss status of Department of Justice negotiations. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 5/12/2014 | Archer, David T. | Conduct research on brand names for background section; conduct research on medicaid statutes. | | 4.2 | Associate | $ 400 | $ 1,680 | x | | |
| 5/12/2014 | O'Flaherty, Neil | Discussions with colleagues regarding IFU and pre-amendment 510(k) issues; conference call with Brian Feldman regarding same. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 5/12/2014 | Terman, Stephen D. | Discussions with colleagues regarding manual surgical devices, 510(k) issue and general strategy issues; conference call with client regarding [REDACTED]; review documents regarding same. | Reveals attorney-client communication re legal advice. | 3.5 | Partner | $ 800 | $ 2,800 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/12/2014 | Weeda, J. Mason | Telephone call with Brian Feldman. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/13/2014 | Archer, David T. | Research on background of Depuy and other brand names; draft section of disclosure statement re same. | | 4.8 | Associate | $ 400 | $ 1,920 | | x | |
| 5/13/2014 | Weeda, J. Mason | Research 510(k) summaries for Instrumed; Review, analyze, and summarize Majesty spreadsheet | | 5.0 | Partner | $ 800 | $ 4,000 | x | | |
| 5/14/2014 | Feldman, Brian M. | Continue work on disclosure statement and complaint. | | 2.6 | Partner | $ 800 | $ 2,080 | x | | |
| 5/14/2014 | Weeda, J. Mason | Research 510(k) summaries for Instrumed; review, analyze, and summarize Majesty spreadsheet. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 5/14/2014 | Terman, Stephen D. | Review documents. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 5/15/2014 | Heckman, Carol E. | Review responses to U.S. Attorney questions and evaluate additions. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 5/15/2014 | Feldman, Brian M. | Discuss draft disclosure with AUSA Yu. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 5/15/2014 | Bringewatt, John P. | Conduct research in support of Disclosure Statement. | | 0.2 | Senior Associate | $ 500 | $ 100 | x | | |
| 5/15/2014 | Weeda, J. Mason | Telephone call with Mary Bixler Wood regarding [REDACTED]; review spreadsheet and update notes. | Reveals attorney-client communication re legal advice. | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/16/2014 | Heckman, Carol E. | Continue editing of disclosure statement. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 5/16/2014 | Archer, David T. | Draft sections of disclosure statement re examples of FDCA enforcement efforts by government agencies; draft email to C. Heckman enclosing same. | | 2.3 | Associate | $ 400 | $ 920 | x | | |
| 5/16/2014 | O'Flaherty, Neil | Review analysis of Majesty spreadsheet; prepare notes regarding same; discuss same with colleague; file review for same. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 5/16/2014 | Weeda, J. Mason | Review spreadsheet and update notes; send to Neil O'Flaherty for review. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 5/18/2014 | Laraby, Adrienne K. | Research state Medicaid laws and program rules to determine whether there is a prohibition on State reimbursement for medical devices which do not meet FDA requirements and related procedures. | | 2.5 | Associate | $ 400 | $ 1,000 | x | | |
| 5/19/2014 | Weeda, J. Mason | Review spreadsheet and redraft marketing section of the disclosure statement. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 5/19/2014 | O'Flaherty, Neil | Discuss issues related to Majesty spreadsheet with colleague. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/20/2014 | Townsend, Edward H. | Attorney conference with A. Laraby discussing Medicaid research. | | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 5/20/2014 | Weeda, J. Mason | Review spreadsheet and redraft marketing section of the disclosure statement | | 5.5 | Partner | $ 800 | $ 4,400 | x | | |
| 5/20/2014 | O'Flaherty, Neil | Discussion with colleague regarding Majesty spreadsheet issues; file review related to same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 5/21/2014 | Feldman, Brian M. | Contact U.S. Attorney's Office. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 5/21/2014 | O'Flaherty, Neil | Review draft of revised preamendment/510(k) section for disclosure statement; edit and comment on same; document review for same; discussions with colleague regarding same. | | 6.0 | Partner | $ 800 | $ 4,800 | x | | |
| 5/21/2014 | Weeda, J. Mason | Review spreadsheet and redraft marketing section of the disclosure statement. | | 1.9 | Partner | $ 800 | $ 1,520 | x | | |
| 5/22/2014 | Archer, David T. | Conduct research on state Medicaid statutes. | | 2.3 | Associate | $ 400 | $ 920 | x | | |
| 5/22/2014 | Weeda, J. Mason | Review spreadsheet and redraft marketing section of the disclosure statement. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 5/23/2014 | Archer, David T. | Conduct additional research on State Medicaid Statutes; draft portions of Medicaid chart with results of research; conference with J. Bringewatt re same. | | 3.6 | Associate | $ 400 | $ 1,440 | x | | |
| 5/23/2014 | Bringewatt, John P. | Conduct research re state Medicaid reimbursement rules. | | 2.0 | Senior Associate | $ 500 | $ 1,000 | x | | |
| 5/23/2014 | O'Flaherty, Neil | Review revised draft of 510(k)/preamendment section for Mary Bixler Wood disclosure statement; edit and comment on same; discuss same with colleague; document review for same. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 5/23/2014 | Weeda, J. Mason | Review spreadsheet and redraft marketing section of the disclosure statement. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 5/25/2014 | Bringewatt, John P. | Conduct research re state Medicaid reimbursement rules. | | 1.3 | Senior Associate | $ 500 | $ 650 | x | | |
| 5/27/2014 | Feldman, Brian M. | Correspondence with U.S. Attorney's Office re legal theory. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 5/27/2014 | Laraby, Adrienne K. | Research state Medicaid laws and program rules to determine whether there is a prohibition on State reimbursement for medical devices which do not meet FDA requirements and related procedures. | | 1.9 | Associate | $ 400 | $ 760 | x | | |
| 5/27/2014 | Feldman, Brian M. | Expand 510(k) clearance section of disclosure statement. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 5/27/2014 | Archer, David T. | Conduct research on State Medicaid and False Claims Act statutes; revise and edit complaint and disclosure statement re same. | | 4.7 | Associate | $ 400 | $ 1,880 | x | | |
| 5/27/2014 | Bringewatt, John P. | Conduct research re state Medicaid reimbursement rules. | | 0.9 | Senior Associate | $ 500 | $ 450 | x | | |
| 5/27/2014 | O'Flaherty, Neil | Review revised marketing section for draft disclosure statement; draft language for same; file review for same; correspond with colleague regarding same. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|---------------|---------------------|-------------------|
| 5/27/2014 | Weeda, J. Mason | Revise marketing section of disclosure statement; send to HSE; edit Brian Feldman's draft. | | 3.1 | Partner | $ 800 | $ 2,480 | x | | |
| 5/28/2014 | Laraby, Adrienne K. | Research state Medicaid laws and program rules to determine whether there is a prohibition on State reimbursement for medical devices which do not meet FDA requirements and related procedures. | | 0.9 | Associate | $ 400 | $ 360 | x | | |
| 5/28/2014 | Archer, David T. | Revise and edit complaint re State False Claims Act statutes; conduct additional research re same. | | 3.2 | Associate | $ 400 | $ 1,280 | x | | |
| 5/28/2014 | Terman, Stephen D. | Review E-mail from Mary Bixler Wood regarding [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/28/2014 | O'Flaherty, Neil | Discussion with colleague regarding further revisions to marketing section of draft disclosure statement; review Mary Bixler Wood's comments on [REDACTED]. | Reveals attorney-client communication re legal advice. | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 5/29/2014 | Heckman, Carol E. | Receive update from B. Feldman. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 5/29/2014 | Archer, David T. | Conduct additional research re State False Claims Act statutes; revise and edit complaint re same. | | 3.2 | Associate | $ 400 | $ 1,280 | x | | |
| 5/29/2014 | Bringewatt, John P. | Conduct research re FCA liability. | | 0.2 | Senior Associate | $ 500 | $ 100 | x | | |
| 5/30/2014 | Archer, David T. | Research state false claims act statutes; revise and edit complaint to include state causes of action. | | 3.5 | Associate | $ 400 | $ 1,400 | x | | |
| 6/2/2014 | Archer, David T. | Revise and edit disclosure statement; conference with B. Feldman re same. | | 3.5 | Associate | $ 400 | $ 1,400 | x | | |
| 6/2/2014 | Heckman, Carol E. | Coordinate with B. Feldman on update on disclosure statement. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 6/3/2014 | Feldman, Brian M. | Review edits by co-counsel to disclosure statement. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 6/3/2014 | Archer, David T. | Draft Medicaid background section of disclosure statement; revise and edit disclosure statement and complaint; conference with B. Feldman re same. | | 4.8 | Associate | $ 400 | $ 1,920 | x | | |
| 6/4/2014 | Feldman, Brian M. | Finish rough draft of disclosure statement. | | 2.4 | Partner | $ 800 | $ 1,920 | x | | |
| 6/4/2014 | Archer, David T. | Review and analyze draft disclosure statement; review emails and other documents to locate exhibits referenced in disclosure statement. | | 2.8 | Associate | $ 400 | $ 1,120 | x | | |
| 6/4/2014 | O'Flaherty, Neil | Discussion with colleague regarding project status. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 6/5/2014 | Bringewatt, John P. | Review and revise Disclosure Statement. | | 2.3 | Senior Associate | $ 500 | $ 1,150 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/2014 | Feldman, Brian M. | Coordinate revisions to disclosure statement with co-counsel. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/5/2014 | Archer, David T. | Review and analyze draft of disclosure statement; conduct searches for exhibits contained in same. | | 3.4 | Associate | $ 400 | $ 1,360 | x | | |
| 6/5/2014 | O'Flaherty, Neil | Review draft of full disclosure statement; discuss same with colleague. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 6/6/2014 | Feldman, Brian M. | Telephone conference with OFW Law re disclosure statement; telephone conference with client to obtain and confirm [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.9 | Partner | $ 800 | $ 720 | x | | |
| 6/6/2014 | Feldman, Brian M. | Telephone conference with AUSA M. Trager re government review of disclosure statement and draft complaint. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/6/2014 | Archer, David T. | Review and analyze disclosure statement. | | 0.8 | Associate | $ 400 | $ 320 | x | | |
| 6/6/2014 | O'Flaherty, Neil | Review full draft of disclosure statement; edit and comment on same; conference call with colleague and HSE regarding same and other project matters. | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 6/6/2014 | Weeda, J. Mason | Status conference call with HSE; work on disclosure statement. | | 5.0 | Partner | $ 800 | $ 4,000 | x | | |
| 6/7/2014 | O'Flaherty, Neil | Review draft disclosure statement for Mary Bixler Wood case; edit and comment on same. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 6/8/2014 | O'Flaherty, Neil | Review draft disclosure statement for Mary Bixler Wood case; edit and comment on same. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 6/9/2014 | Feldman, Brian M. | Update client and co-counsel re conversation with U.S. Attorney's Office. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/9/2014 | Heckman, Carol E. | Review numerous emails re status of disclosure statement. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 6/9/2014 | O'Flaherty, Neil | Review draft disclosure statement for Mary Bixler Wood case; edit and comment on same. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 6/9/2014 | Weeda, J. Mason | E-mail correspondence with Brian Feldman; revise disclosure statement. | | 1.8 | Partner | $ 800 | $ 1,440 | x | | |
| 6/10/2014 | Archer, David T. | Conduct search in emails for additional exhibits identified by B. Feldman to attach to disclosure statement. | | 1.5 | Associate | $ 400 | $ 600 | x | | |
| 6/11/2014 | Feldman, Brian M. | Prepare disclosure statement with D. Archer. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/11/2014 | Archer, David T. | Conduct searches for additional exhibits to be added to disclosure statement. | | 1.4 | Associate | $ 400 | $ 560 | x | | |
| 6/11/2014 | Weeda, J. Mason | Discussion with Colby Prout regarding disclosure statement cite check; review disclosure statements. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 6/12/2014 | Archer, David T. | Prepare exhibits to disclosure statement; conduct searches of emails for additional exhibits. | | 2.3 | Associate | $ 400 | $ 920 | x | | |
| 6/12/2014 | Weeda, J. Mason | Review Warning Letter; revise disclosure statement. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 6/12/2014 | Terman, Stephen D. | Review e-mails and drafts of documents; discussions with colleague. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 6/13/2014 | Archer, David T. | Review and analyze disclosure statement and exhibits in preparation for finalizing same for service to USAO. | | 2.5 | Associate | $ 400 | $ 1,000 | x | | |
| 6/13/2014 | Feldman, Brian M. | Telephone conferences with co-counsel and client re warning letter; review and analyze warning letter. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 6/13/2014 | Bringewatt, John P. | Discuss case status and strategy with B. Feldman. | | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 6/13/2014 | Weeda, J. Mason | Conference call regarding Instrumed Warning Letter. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 6/14/2014 | Feldman, Brian M. | Email client re [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 6/14/2014 | Archer, David T. | Review and analyze warning letter from FDA; review and analyze correspondence re same. | | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 6/16/2014 | Feldman, Brian M. | Telephone conference with co-counsel and client re disclosure statement. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 6/16/2014 | Feldman, Brian M. | Finish draft disclosure statement; circulate internally for review; draft cover letter to USAO. | | 2.2 | Partner | $ 800 | $ 1,760 | x | | |
| 6/16/2014 | Archer, David T. | Revise and edit disclosure statement; revise and edit exhibits in preparation for sending draft of disclosure statement to USAO. | | 2.8 | Associate | $ 400 | $ 1,120 | x | | |
| 6/16/2014 | O'Flaherty, Neil | Conference call with HSE regarding edits to/issues on draft Mary Bixler Wood disclosure statement; telephone call with HSE and Mary Bixler Wood regarding [**REDACTED**]; discuss same with colleagues. | Reveals attorney-client communication re legal advice. | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 6/16/2014 | Weeda, J. Mason | Review Neil O'Flaherty's edits to disclosure statement; telephone call with HSE to review disclosure statement. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 6/17/2014 | Feldman, Brian M. | Edit disclosure and prepare for circulation to U.S. Attorney's Office. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 6/17/2014 | Feldman, Brian M. | Telephone conference with co-counsel re draft disclosure; additional revisions to same. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 6/17/2014 | Feldman, Brian M. | Advise client re conversation with AUSAs. | | 0.2 | Partner | $ 800 | $ 160 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/17/2014 | Archer, David T. | Revise and edit exhibits to disclosure statement; prepare disclosure statement for submission to USAO for review; conference with B. Feldman re same. | | 12.1 | Associate | $ 400 | $ 4,840 | x | | |
| 6/17/2014 | Bringewatt, John P. | Prepare exhibit to Disclosure Statement. | | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 6/17/2014 | O'Flaherty, Neil | Review latest draft of disclosure statement of Mary Bixler Wood; prepare edits to same; discuss same with colleague; review colleague e-mails related to same; conference call with HSE regarding same. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 6/17/2014 | Weeda, J. Mason | Review disclosure statement and further edits. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 6/18/2014 | Archer, David T. | Follow up with USAO re receipt of disclosure statement; review and analyze disclosure statement sent to USAO; upload draft of disclosure statement to dataroom; draft emails to USAO to confirm receipt. | | 1.6 | Associate | $ 400 | $ 640 | x | | |
| 6/18/2014 | Heckman, Carol E. | Telephone conference with B. Feldman re issues in case. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 6/19/2014 | Archer, David T. | Draft email to USAO re documents attached to disclosure statement. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 6/20/2014 | Feldman, Brian M. | Telephone conference with U.S. Attorney's Office re disclosure statement; update client re same. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 6/20/2014 | Feldman, Brian M. | Review draft disclosure statement; circulate same. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/20/2014 | Feldman, Brian M. | Plan next steps for finalizing disclosure statement. | | 1.4 | Partner | $ 800 | $ 1,120 | x | | |
| 6/20/2014 | Weeda, J. Mason | Correspondence with Brian Feldman. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 6/23/2014 | Weeda, J. Mason | Review draft complaint. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 6/24/2014 | Feldman, Brian M. | Email client re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/24/2014 | Feldman, Brian M. | Prepare proposed Part 1 sealing application; edit draft complaint. | | 2.7 | Partner | $ 800 | $ 2,160 | x | | |
| 6/24/2014 | Bringewatt, John P. | Discuss case status & strategy with B. Feldman. | | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 6/24/2014 | O'Flaherty, Neil | Correspond with HSE regarding latest draft complaint; discuss same with colleague; review same. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 6/24/2014 | Weeda, J. Mason | Revise draft complaint. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 6/24/2014 | Terman, Stephen D. | Review E-mails and draft complaint. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 6/25/2014 | Feldman, Brian M. | Telephone conference with Part 1 Judge's chambers re sealing application. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 6/25/2014 | Feldman, Brian M. | Correspondence; circulate draft complaint for comment. | | 0.1 | Partner | $ 800 | $ 80 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/25/2014 | Bringewatt, John P. | Review sealing order & accompanying cover letter. | | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 6/25/2014 | O'Flaherty, Neil | Review Mary Bixler Wood's comments on [**REDACTED**]; prepare notes regarding same; review related E-mails from Mary Bixler Wood and HSE; discuss same with colleague; discuss edits to draft complaint with colleague; review draft complaint. | Reveals attorney-client communication re legal advice. | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 6/25/2014 | Weeda, J. Mason | Revise draft complaint and send to Neil O'Flaherty for review. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 6/25/2014 | Terman, Stephen D. | Review draft complaint; discussion with colleague. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 6/26/2014 | Feldman, Brian M. | Discuss status of matter with AUSA Trager; answer questions from AUSA Trager. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 6/26/2014 | O'Flaherty, Neil | Review draft complaint towards finalization; edit and comment on same; discuss same with colleague; file review for possible exhibit for complaint. | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 6/26/2014 | Weeda, J. Mason | Revise draft complaint and send to HSE for review; meetings with colleague regarding same. | | 1.9 | Partner | $ 800 | $ 1,520 | x | | |
| 6/27/2014 | Feldman, Brian M. | Telephone call to Judge Hellerstein's chambers re sealing order. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/28/2014 | Feldman, Brian M. | Edit draft complaint incorporating comments of co-counsel and making further revisions; consider possible exhibits; correspondence with client and co-counsel re draft complaints. | | 2.4 | Partner | $ 800 | $ 1,920 | x | | |
| 6/28/2014 | Archer, David T. | Review and analyze edits to complaint; draft emails to B. Feldman re various issues in complaint. | | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 6/29/2014 | Feldman, Brian M. | Correspondence with client about [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/29/2014 | Bringewatt, John P. | Review email correspondence re Complaint. | | 0.2 | Senior Associate | $ 500 | $ 100 | x | | |
| 6/29/2014 | O'Flaherty, Neil | Review and respond to various HSE and Mary Bixler Wood E-mails re finalizing qui tam complaint and related final issues and questions; review latest draft complaint provisions for same. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 6/30/2014 | Heckman, Carol E. | Review proposed exhibit to complaint and provide input re same. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 6/30/2014 | Feldman, Brian M. | Revise complaint. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 6/30/2014 | O'Flaherty, Neil | Review additional edits to latest draft complaint and Mary Bixler Wood's comments on [REDACTED]; discuss same with colleague. | Reveals attorney-client communication re legal advice. | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 7/1/2014 | Feldman, Brian M. | Telephone call to Part 1 Judge re sealing order. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 7/1/2014 | Feldman, Brian M. | Telephone conference with local counsel in SDNY. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 7/1/2014 | Feldman, Brian M. | Prepare filing; draft letter to local counsel with filing instructions; prepare civil cover sheets. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 7/1/2014 | Feldman, Brian M. | Work with co-counsel on revising complaint. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 7/1/2014 | Feldman, Brian M. | Telephone conference with co-counsel re complaint. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 7/1/2014 | Feldman, Brian M. | Finalize complaint for filing. | | 1.7 | Partner | $ 800 | $ 1,360 | x | | |
| 7/1/2014 | Bringewatt, John P. | Prepare to file Complaint. | | 0.4 | Senior Associate | $ 500 | $ 200 | x | | |
| 7/1/2014 | O'Flaherty, Neil | Review latest revised draft complaint; Prepare notes regarding same; Conference call with HSE regarding same; Review and respond to E-mails regarding same. | | 3.2 | Partner | $ 800 | $ 2,560 | x | | |
| 7/1/2014 | Weeda, J. Mason | Review and revise complaint; telephone call with Brian Feldman. | | 6.0 | Partner | $ 800 | $ 4,800 | x | | |
| 7/1/2014 | Terman, Stephen D. | Review drafts of complaint. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 7/2/2014 | Bringewatt, John P. | Manage filing and service of Complaint; correspondence with co-counsel re same. | | 0.6 | Senior Associate | $ 500 | $ 300 | x | | |
| 7/2/2014 | Archer, David T. | Review and analyze documents sent by B. Feldman to add to disclosure statement; revise and edit disclosure statement to include new information and exhibits. | | 2.7 | Associate | $ 400 | $ 1,080 | x | | |
| 7/3/2014 | Archer, David T. | Draft letter serving filed complaint on US Attorney's Office and US Attorney General's office; research individual to serve at US Attorney General's office; revise and edit disclosure statement to include additional exhibits. | | 3.2 | Associate | $ 400 | $ 1,280 | x | | |
| 7/7/2014 | Archer, David T. | Draft email to US Attorney's Office enclosing complaint; conference with M. Sadler re research on personal jurisdiction; revise and edit disclosure statement in preparation for service; review and analyze disclosure statement in preparation for service on the States. | | 3.4 | Associate | $ 400 | $ 1,360 | x | | |
| 7/8/2014 | Archer, David T. | Revise and edit disclosure statement. | | 1.6 | Associate | $ 400 | $ 640 | x | | |
| 7/9/2014 | Archer, David T. | Draft email to M. Wood re interview dates; revise and edit disclosure statement. | | 0.4 | Associate | $ 400 | $ 160 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/11/2014 | Archer, David T. | Review and analyze additional exhibits to add to disclosure statement; revise and edit disclosure statement. | | 1.3 | Associate | $ 400 | $   520 | x | | |
| 7/14/2014 | Archer, David T. | Revise and edit disclosure statement; review and analyze telephone recordings. | | 2.3 | Associate | $ 400 | $   920 | x | | |
| 7/15/2014 | Archer, David T. | Revise and edit disclosure statement; research state laws re service; conference with B. Feldman re same. | | 2.9 | Associate | $ 400 | $ 1,160 | x | | |
| 7/15/2014 | Feldman, Brian M. | Arrange Relator interview; prepare to serve states. | | 0.5 | Partner | $ 800 | $   400 | x | | |
| 7/16/2014 | Archer, David T. | Conference with B. Feldman re open items for disclosure statement and complaint; conference with M. McGuire re communication with state attorneys general re service; revise and edit disclosure statement; review and analyze recorded conversations. | | 4.4 | Associate | $ 400 | $ 1,760 | x | | |
| 7/16/2014 | Feldman, Brian M. | Prepare disclosure statements for states; discuss additional evidence for disclosures; update To Do list. | | 0.5 | Partner | $ 800 | $   400 | x | | |
| 7/16/2014 | Feldman, Brian M. | Prepare for service on States. | | 0.2 | Partner | $ 800 | $   160 | x | | |
| 7/17/2014 | McGuire, Maura C. | Research service rules for each state named in complaint. | | 2.2 | Associate | $ 400 | $   880 | x | | |
| 7/18/2014 | Archer, David T. | Revise and edit disclosure statement. | | 1.5 | Associate | $ 400 | $   600 | x | | |
| 7/18/2014 | McGuire, Maura C. | Research service of process on individual states attorney general. | | 0.8 | Associate | $ 400 | $   320 | x | | |
| 7/21/2014 | Archer, David T. | Revise and edit disclosure statement; draft email to B. Feldman enclosing same; conference with B. Feldman re same; prepare disclosure statement for service on USAO; draft state disclosure statement; conference with M. McGuire re service of complaint on states. | | 8.3 | Associate | $ 400 | $ 3,320 | x | | |
| 7/21/2014 | McGuire, Maura C. | Research proper service of complaint on each named state. | | 3.5 | Associate | $ 400 | $ 1,400 | x | | |
| 7/21/2014 | Feldman, Brian M. | Review revised draft federal disclosure statement. | | 0.5 | Partner | $ 800 | $   400 | x | | |
| 7/21/2014 | Feldman, Brian M. | Prepare service on State AGs. | | 0.6 | Partner | $ 800 | $   480 | x | | |
| 7/22/2014 | Archer, David T. | Finalize federal disclosure statement; draft state disclosure statement. | | 2.4 | Associate | $ 400 | $   960 | x | | |
| 7/22/2014 | McGuire, Maura C. | Research proper service of complaint on each named state. | | 2.8 | Associate | $ 400 | $ 1,120 | x | | |
| 7/23/2014 | Archer, David T. | Conference with B. Feldman and M. McGuire re service on states; revise and edit disclosure statement; revise and edit state disclosure statement. | | 3.4 | Associate | $ 400 | $ 1,360 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/23/2014 | McGuire, Maura C. | Compile service statutes and addresses for service of plaintiff states. | | 3.8 | Associate | $ 400 | $ 1,520 | x | | |
| 7/23/2014 | Feldman, Brian M. | Prepare service on states. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 7/24/2014 | Archer, David T. | Draft state disclosure statement; revise and edit federal disclosure statement; conference with M. McGuire and B. Feldman re service on states and finalizing disclosure statements. | | 8.9 | Associate | $ 400 | $ 3,560 | x | | |
| 7/24/2014 | Feldman, Brian M. | Prepare letter to States. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 7/24/2014 | Feldman, Brian M. | Communicate with client and co-counsel re status and Warning Letter. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 7/24/2014 | Feldman, Brian M. | Prepare State disclosure statement. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 7/24/2014 | Feldman, Brian M. | Sign service letters to States. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 7/24/2014 | Feldman, Brian M. | Review final federal disclosure statement. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 7/24/2014 | McGuire, Maura C. | Draft cover letters for service; meeting with B. Feldman re revisions to cover letters and revise accordingly; organize mailing and prepare each mailing for service. | | 2.7 | Associate | $ 400 | $ 1,080 | x | | |
| 7/24/2014 | Terman, Stephen D. | Review e-mails. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 7/25/2014 | Archer, David T. | Revise and edit state and federal disclosure statements; prepare same for service on the USAO and the states; draft letter to USAO enclosing disclosure statement; conference with B. Feldman re same. | | 3.8 | Associate | $ 400 | $ 1,520 | x | | |
| 7/25/2014 | Feldman, Brian M. | Telephone conference with co-counsel re disclosures; review disclosures; send disclosures to States. | | 1.6 | Partner | $ 800 | $ 1,280 | x | | |
| 7/25/2014 | O'Flaherty, Neil | Review disclosure statement and exhibits; discuss same with colleagues; conference calls with HSE. | | 5.5 | Partner | $ 800 | $ 4,400 | x | | |
| 7/25/2014 | Terman, Stephen D. | Review documents; discussion with colleagues; conference call with client. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 7/25/2014 | Weeda, J. Mason | Telephone call with Brian Feldman. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 7/28/2014 | Feldman, Brian M. | Update Feds re service on states. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 7/28/2014 | Feldman, Brian M. | Research new FCA case law. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 7/28/2014 | McGuire, Maura C. | Update from B. Feldman re status of Federal disclosure and service upon State Attorneys Generals offices. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 7/28/2014 | Archer, David T. | Review and analyze transcripts of recorded conversations; conduct research on how to handle states without a qui tam provision; revise and edit disclosure statement. | | 3.5 | Associate | $ 400 | $ 1,400 | x | | |
| 7/29/2014 | Feldman, Brian M. | Review FEHBP case law. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 7/29/2014 | Feldman, Brian M. | Arrange relator interview with U.S. Attorney's Office and NAMFCU. | | 0.1 | Partner | $ 800 | $ 80 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/29/2014 | Feldman, Brian M. | Update client on [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 7/29/2014 | Bringewatt, John P. | Conduct research re potential claims based on federal employee health care plans; review and analyze settlement of similar litigation. | | 1.6 | Senior Associate | $ 500 | $ 800 | x | | |
| 7/29/2014 | Archer, David T. | Conduct additional research re states without qui tam provisions; draft letter to M. Wood enclosing disc with disclosure statement; draft email to M. Wood attaching State disclosure statement. | | 2.4 | Associate | $ 400 | $ 960 | x | | |
| 7/30/2014 | Bringewatt, John P. | Discuss potential claims based on federal employee health care plans with B. Feldman. | | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 7/30/2014 | Archer, David T. | Conduct additional research re states without qui tam provisions. | | 1.3 | Associate | $ 400 | $ 520 | x | | |
| 7/30/2014 | Feldman, Brian M. | Research FEHBP claims. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 7/30/2014 | Feldman, Brian M. | Correspondence with AUSA Trager; answer questions from government; serve New York. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 7/30/2014 | Feldman, Brian M. | Telephone conference with NY MFC; arrange for delivery of NY pleadings. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 7/31/2014 | McGuire, Maura C. | Serve New York with complaint and disclosure; organize system for receipt of response to service; research New York State rules and regulations re Qui Tam service. | | 0.9 | Associate | $ 400 | $ 360 | x | | |
| 8/1/2014 | Feldman, Brian M. | Correspondence with States and U.S. Attorney's Office. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/4/2014 | Archer, David T. | Outline brand names disclosure statement; review and analyze notes re same; research Utah and New Hampshire qui tam rules. | | 3.5 | Associate | $ 400 | $ 1,400 | x | | |
| 8/4/2014 | Weeda, J. Mason | Review and revise disclosure statement and send to Neil O'Flaherty for review. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 8/5/2014 | McGuire, Maura C. | Meeting with J. Lamb re responses from States served with qui tam complaint. | | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 8/5/2014 | O'Flaherty, Neil | Review draft disclosure statement; edit same. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 8/5/2014 | Terman, Stephen D. | Review draft disclosure statement. | | 1.4 | Partner | $ 800 | $ 1,120 | x | | |
| 8/6/2014 | Feldman, Brian M. | Edit federal disclosure statement; review additional information from Relator. | | 1.4 | Partner | $ 800 | $ 1,120 | x | | |
| 8/6/2014 | O'Flaherty, Neil | Review draft disclosure statement; edit same. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 8/6/2014 | Terman, Stephen D. | Review e-mails from client; discuss same with colleague. | | 0.3 | Partner | $ 800 | $ 240 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|---------------|---------------------|-------------------|
| 8/7/2014 | Feldman, Brian M. | Review and revise transcripts; correspondence with client about additional review and discussion. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 8/7/2014 | Feldman, Brian M. | Review co-counsel edits to federal disclosure statement. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/7/2014 | Feldman, Brian M. | Correspondence with Florida MFCU. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/7/2014 | Feldman, Brian M. | Revise final federal disclosure statement to include edits by co-counsel. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 8/7/2014 | Feldman, Brian M. | Review proposed additional exhibits from client; additional correspondence with client for background on exhibits. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 8/7/2014 | Archer, David T. | Revise and edit federal disclosure statement; conference with B. Feldman re same. | | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 8/7/2014 | O'Flaherty, Neil | Review draft disclosure statement; edit same; review colleague's comments on disclosure statement; comment on same. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 8/7/2014 | Weeda, J. Mason | Edits to disclosure statement. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 8/8/2014 | McGuire, Maura C. | Draft reply e-mail to Florida MCFU Office re service of complaint. | | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 8/8/2014 | Feldman, Brian M. | Correspondence with Florida AG's office. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/8/2014 | Feldman, Brian M. | Further revise federal disclosure statement. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 8/8/2014 | Archer, David T. | Revise and edit disclosure statement; draft email to B. Feldman re same. | | 1.3 | Associate | $ 400 | $ 520 | x | | |
| 8/8/2014 | Weeda, J. Mason | Combine Neil O'Flaherty's edits to disclosure statement and send to Brian Feldman for further review. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 8/9/2014 | Terman, Stephen D. | Review draft disclosure agreement and comments. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 8/11/2014 | Bringewatt, John P. | Discuss case status with B. Feldman. | | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 8/11/2014 | Feldman, Brian M. | Distribute final federal disclosure; review additional evidence from client. | | 1.4 | Partner | $ 800 | $ 1,120 | x | | |
| 8/12/2014 | Feldman, Brian M. | Correspondence with Virginia MFCU. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/12/2014 | McGuire, Maura C. | E-mail from Indiana contact at Indiana Office of the Attorney General. | | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 8/12/2014 | O'Flaherty, Neil | Review materials from HSE regarding Avalign promotional activities; prepare for government interview of Mary Bixler Wood; file review for same. | | 2.5 | Partner | $ 800 | $ 2,000 | | | x |
| 8/12/2014 | Terman, Stephen D. | Review documents regarding promotional matters; prepare for government interview of Mary Bixler Wood. | | 2.0 | Partner | $ 800 | $ 1,600 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/13/2014 | O'Flaherty, Neil | Review materials from HSE regarding Avalign promotional activities; prepare for government interview of Mary Bixler Wood; file review for same. | | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 8/14/2014 | McGuire, Maura C. | Review responses from all states to ascertain if all have been served and who has responded. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 8/14/2014 | Feldman, Brian M. | Correspondence with SDNY and NAMFCU re relator's interview. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/14/2014 | Feldman, Brian M. | Research related case and sealed filing procedures. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 8/14/2014 | Feldman, Brian M. | Correspondence with client re interview. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 8/14/2014 | Feldman, Brian M. | Correspondence with AUSA Trager re legal research. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/14/2014 | Feldman, Brian M. | Correspondence with Illinois MFCU. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/14/2014 | O'Flaherty, Neil | Review materials from HSE regarding Avalign promotional activities; prepare for government interview of Mary Bixler Wood; file review for same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 8/18/2014 | McGuire, Maura C. | Draft reply e-mail to Washington Assistant Attorney General. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 8/18/2014 | Feldman, Brian M. | Prepare for interview; email with Assistant U.S. Attorneys re same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 8/18/2014 | Feldman, Brian M. | Prepare for interview; prepare additional disclosure statement; review additional evidence. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 8/19/2014 | Feldman, Brian M. | Correspondence with WA MFCU. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 8/19/2014 | Feldman, Brian M. | Correspondence with AUSA Trager re partial unsealing and disclosure to additional states. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 8/19/2014 | Feldman, Brian M. | Prepare for relator interview. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 8/19/2014 | Heckman, Carol E. | Telephone conference with B. Feldman re interview and strategy. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/20/2014 | McGuire, Maura C. | Telephone conference initiated by California Attorney General; e-mail to California Attorney General re AUSA's assigned to the case. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 8/20/2014 | O'Flaherty, Neil | Discuss Mary Bixler Wood government interview issues with HSE; discuss same with colleague; prepare E-mail to colleague regarding same. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 8/25/2014 | Feldman, Brian M. | Correspondence with Tenn. MFCU. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/25/2014 | Feldman, Brian M. | Prepare for relator interview. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/25/2014 | Feldman, Brian M. | Research answer to question from U.S. Attorney's office. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/25/2014 | Feldman, Brian M. | Update notes re notice to non-qui tam states. | | 0.1 | Partner | $ 800 | $ 80 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/25/2014 | Ayers, Emily Caruana | Call from D. Archer re admissibility of client's evidence. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 8/25/2014 | Ayers, Emily Caruana | Begin research re admissibility of client's evidence. | | 1.3 | Associate | $ 400 | $ 520 | x | | |
| 8/25/2014 | Bringewatt, John P. | Review documents and conduct research re brand name defendants. | | 4.8 | Senior Associate | $ 500 | $ 2,400 | | x | |
| 8/25/2014 | Terman, Stephen D. | Review and respond to e-mails; review documents regarding government witness preparation and interview. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 8/26/2014 | Feldman, Brian M. | Telephone conference call with co-counsel re preparing for relator interview. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/26/2014 | Ayers, Emily Caruana | Research re admissibility of client's evidence. | | 6.7 | Associate | $ 400 | $ 2,680 | x | | |
| 8/26/2014 | Ayers, Emily Caruana | Call from D. Archer; emails to and from D. Archer re admissibility of client's evidence. | | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 8/26/2014 | Bringewatt, John P. | Review documents and conduct research re brand name defendants. | | 3.3 | Senior Associate | $ 500 | $ 1,650 | | x | |
| 8/26/2014 | Weeda, J. Mason | Telephone call with Brian Feldman regarding Mary Bixler Wood interview. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 8/26/2014 | Terman, Stephen D. | Review e-mails from colleagues; eeview documents. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 8/27/2014 | Feldman, Brian M. | Review research re admissibility of client evidence. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 8/27/2014 | Ayers, Emily Caruana | Call from B. Feldman re admissibility of client's evidence. | | 0.3 | Associate | $ 400 | $ 120 | x | | |
| 8/27/2014 | Ayers, Emily Caruana | Research re admissibility of client's evidence. | | 4.8 | Associate | $ 400 | $ 1,920 | x | | |
| 8/27/2014 | Ayers, Emily Caruana | Call to B. Feldman re admissibility of client's evidence; emails to and from B. Feldman re same. | | 0.4 | Associate | $ 400 | $ 160 | x | | |
| 8/27/2014 | Bringewatt, John P. | Review documents and conduct research re brand name defendants. | | 3.4 | Senior Associate | $ 500 | $ 1,700 | | x | |
| 8/27/2014 | Terman, Stephen D. | Review e-mails from Mary Bixler Wood, client, and colleague. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 8/28/2014 | Feldman, Brian M. | Research legal question presented by U.S. Attorney's Office. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 8/28/2014 | Feldman, Brian M. | Email requested legal research to AUSAs. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 8/28/2014 | Feldman, Brian M. | Draft email to U.S. Attorney's Office re [REDACTED]. | Reveals common interest communication with Government. | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/28/2014 | Archer, David T. | Review emails for brand name infractions. | | 1.4 | Associate | $ 400 | $ 560 | | x | |
| 8/28/2014 | Terman, Stephen D. | Review E-mails from client and colleague. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 8/29/2014 | Bringewatt, John P. | Review documents and conduct research re brand name defendants. | | 3.6 | Senior Associate | $ 500 | $ 1,800 | | x | |
| 8/29/2014 | Archer, David T. | Review and analyze documents provided by client for information re brand names. | | 1.7 | Associate | $ 400 | $ 680 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/2/2014 | Feldman, Brian M. | Additional correspondence with AUSAs re [REDACTED]; seek requested information from client. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $    80 | x | | |
| 9/2/2014 | Feldman, Brian M. | Telephone conference with co-counsel; email client re AUSA question; correspondence with AUSA re question. | | 0.3 | Partner | $ 800 | $   240 | x | | |
| 9/2/2014 | Archer, David T. | Review and analyze emails provided by M. Wood for issues related to brand name companies. | | 1.4 | Associate | $ 400 | $   560 | | x | |
| 9/3/2014 | Archer, David T. | Review and analyze emails for issues related to brand name companies. | | 2.7 | Associate | $ 400 | $ 1,080 | | x | |
| 9/3/2014 | Feldman, Brian M. | Correspondence with U.S. Attorney's Office. | | 0.1 | Partner | $ 800 | $    80 | x | | |
| 9/3/2014 | Feldman, Brian M. | Prepare for preparation of relator. | | 0.1 | Partner | $ 800 | $    80 | x | | |
| 9/3/2014 | McGuire, Maura C. | Telephone conference with B. Feldman re attending witness prep and government interview of M. Wood; make arrangements to attend same. | | 0.5 | Associate | $ 400 | $   200 | x | | |
| 9/4/2014 | Bringewatt, John P. | Conduct research re causation element of False Claim Act; draft email to USAO re [REDACTED]. | Reveals common interest communication with Government. | 3.3 | Senior Associate | $ 500 | $ 1,650 | x | | |
| 9/4/2014 | Archer, David T. | Review and analyze emails provided by client for information re brand name companies. | | 0.6 | Associate | $ 400 | $   240 | | x | |
| 9/4/2014 | Feldman, Brian M. | Research legal question from AUSA Trager. | | 0.4 | Partner | $ 800 | $   320 | x | | |
| 9/4/2014 | Feldman, Brian M. | Review correspondence from MI Attorney General. | | 0.1 | Partner | $ 800 | $    80 | x | | |
| 9/4/2014 | Feldman, Brian M. | Review case law re FCA question from AUSA Trager. | | 0.9 | Partner | $ 800 | $   720 | x | | |
| 9/4/2014 | Feldman, Brian M. | Advise client re prep session, relator interview and logistics. | | 0.5 | Partner | $ 800 | $   400 | x | | |
| 9/4/2014 | McGuire, Maura C. | Correspondence from Michigan attorney general re acceptance of service. | | 0.1 | Associate | $ 400 | $    40 | x | | |
| 9/5/2014 | Bringewatt, John P. | Review documents and notes re brand-name defendants; conference with B. Feldman & D. Archer to discuss same. | | 1.4 | Senior Associate | $ 500 | $   700 | | x | |
| 9/5/2014 | Archer, David T. | Review and analyze emails in preparation for draft related complaint and disclosure statement; conference with B. Feldman and J. Bringewatt re same. | | 3.5 | Associate | $ 400 | $ 1,400 | x | | |
| 9/5/2014 | Feldman, Brian M. | Telephone conference with AUSA Trager; prepare materials for prep and relator interview; prepare materials requested by AUSA Trager; email correspondence with AUSA Trager. | | 4.5 | Partner | $ 800 | $ 3,600 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|---------------|---------------------|-------------------|
| 9/5/2014 | McGuire, Maura C. | Correspondence from B. Feldman re witness preparation session; review e-mail memo from B. Feldman to M. Trager re FCA research questions; meeting with B. Feldman re "to do list" before Monday's preparation session with Mary; execute same. | | 2.0 | Associate | $ 400 | $ 800 | x | | |
| 9/5/2014 | McGuire, Maura C. | Review disclosure statement. | | 0.6 | Associate | $ 400 | $ 240 | x | | |
| 9/5/2014 | McGuire, Maura C. | Creating attorney general contact list. | | 0.4 | Associate | $ 400 | $ 160 | x | | |
| 9/5/2014 | Weeda, J. Mason | Prepare for Monday AUSA interview | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 9/5/2014 | O'Flaherty, Neil | Review E-mails related to FDA certification issues; Respond to same; Review summary sheet for September 9 Wood government interview. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 9/5/2014 | Terman, Stephen D. | Review E-mails; Review document regarding meeting with government. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 9/6/2014 | Feldman, Brian M. | Outline notes for preparation of relator for government interview. | | 1.7 | Partner | $ 800 | $ 1,360 | x | | |
| 9/6/2014 | McGuire, Maura C. | Review disclosure statement to prepare for interview at U.S. Attorney's office in NYC. | | 2.0 | Associate | $ 400 | $ 800 | x | | |
| 9/7/2014 | McGuire, Maura C. | Travel to NYC for relator's interview of M. Wood at U.S. Attorney's office; review disclosure statement. | | 4.0 | Associate | $ 400 | $ 1,600 | x | | |
| 9/7/2014 | Terman, Stephen D. | Review documents regarding preparation of witness for government interview; travel to New York. | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 9/8/2014 | Feldman, Brian M. | Organize materials for relator preparation; relator prep; follow up in advance of meeting. | | 9.0 | Partner | $ 800 | $ 7,200 | x | | |
| 9/8/2014 | McGuire, Maura C. | Review disclosure statement to prepare for Relator interview at U.S. Attorney's office. | | 1.5 | Associate | $ 400 | $ 600 | x | | |
| 9/8/2014 | McGuire, Maura C. | Meeting with M. Wood to prepare her for interview at U.S. Attorney's office. | | 8.7 | Associate | $ 400 | $ 3,480 | x | | |
| 9/8/2014 | Bringewatt, John P. | Assist with preparation for government interview of M. Wood. | | 0.6 | Senior Associate | $ 500 | $ 300 | x | | |
| 9/8/2014 | Weeda, J. Mason | Attend AUSA interview. | | 10.0 | Partner | $ 800 | $ 8,000 | x | | |
| 9/8/2014 | Terman, Stephen D. | Meeting with Mary Bixler Wood and client; review documents regarding same. | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 9/9/2014 | Feldman, Brian M. | Prepare for relator interview. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 9/9/2014 | Feldman, Brian M. | Relator interview. | | 7.5 | Partner | $ 800 | $ 6,000 | x | | |
| 9/9/2014 | Bringewatt, John P. | Review documents re brand name defendants. | | 1.7 | Senior Associate | $ 500 | $ 850 | | x | |
| 9/9/2014 | Terman, Stephen D. | Meeting with government regarding Qui Tam; travel to office. | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 9/10/2014 | Feldman, Brian M. | Correspondence with U.S. Attorney's Office. | | 0.6 | Partner | $ 800 | $ 480 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/10/2014 | McGuire, Maura C. | Correspondence re follow up conference call with OFW law firm; review notes from interview and create list of follow up items for Mary to think about; correspondence re same. | | 1.0 | Associate | $ 400 | $    400 | x | | |
| 9/10/2014 | Bringewatt, John P. | Discuss case status with B. Feldman. | | 0.2 | Senior Associate | $ 500 | $    100 | x | | |
| 9/10/2014 | Terman, Stephen D. | Discussion with colleague regarding Import Alert; review E-mail to Mary Bixler Wood regarding [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.5 | Partner | $ 800 | $    400 | x | | |
| 9/11/2014 | Feldman, Brian M. | Compile additional follow-up items for M. Wood and co-counsel, following requests from AUSAs and State AAG. | | 0.3 | Partner | $ 800 | $    240 | x | | |
| 9/11/2014 | Feldman, Brian M. | Email with FDA OCI agent; correspondence with client re information request from FDA OCI agent. | | 0.2 | Partner | $ 800 | $    160 | x | | |
| 9/11/2014 | Feldman, Brian M. | Email correspondence with U.S. Attorney's Office. | | 0.1 | Partner | $ 800 | $     80 | x | | |
| 9/11/2014 | Bringewatt, John P. | Review email correspondence. | | 0.1 | Senior Associate | $ 500 | $     50 | x | | |
| 9/11/2014 | McGuire, Maura C. | Review and compile notes from interview at U.S. Attorney's office. | | 4.5 | Associate | $ 400 | $  1,800 | x | | |
| 9/11/2014 | Archer, David T. | Review list of follow up items from interview with M. Wood; search and review emails responsive to same; review [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 3.7 | Associate | $ 400 | $  1,480 | x | | |
| 9/11/2014 | O'Flaherty, Neil | Discuss Mary Bixler Wood government interview issues with colleagues; review list of follow-up issues from interview; review various HSE and colleague e-mail on case issues. | | 3.0 | Partner | $ 800 | $  2,400 | x | | |
| 9/11/2014 | Terman, Stephen D. | Discussion with colleague regarding government interview of Mary Bixler Wood; review documents. | | 1.0 | Partner | $ 800 | $    800 | x | | |
| 9/12/2014 | Feldman, Brian M. | Telephone conference with co-counsel re strategy following relator interview; follow up items requested by government. | | 0.5 | Partner | $ 800 | $    400 | x | | |
| 9/12/2014 | McGuire, Maura C. | Review interview notes. | | 0.2 | Associate | $ 400 | $     80 | x | | |
| 9/12/2014 | O'Flaherty, Neil | Review list of follow-up items from Mary Bixler Wood government interview; discuss same with colleague; prepare notes regarding same; conference call with HSE regarding post-interview issues. | | 2.5 | Partner | $ 800 | $  2,000 | x | | |
| 9/12/2014 | Terman, Stephen D. | Review documents regarding government interview and discuss same with colleague | | 0.5 | Partner | $ 800 | $    400 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/12/2014 | Weeda, J. Mason | Review follow-up items list and notes from meeting; correspondence with Brian Feldman regarding same. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 9/15/2014 | Feldman, Brian M. | Review additional client materials requested by Government and agents. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 9/15/2014 | Feldman, Brian M. | Review client documents, including PowerPoint; follow up questions for client. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 9/15/2014 | O'Flaherty, Neil | Review internal Avalign management slides; prepare notes regarding same; discuss same with colleague; prepare for September 16 conference call with HSE regarding same; review MBW resume. | | 3.0 | Partner | $ 800 | $ 2,400 | | | x |
| 9/15/2014 | Terman, Stephen D. | Conference call with client; discussions with colleague regarding same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 9/16/2014 | McGuire, Maura C. | Correspondence from New Jersey Attorney General. | | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 9/16/2014 | McGuire, Maura C. | Meeting with D. Archer re follow up document requests from interview. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 9/16/2014 | Archer, David T. | Conference with M. McGuire re questions from list of follow up items; search and review emails in file for follow up items. | | 2.3 | Associate | $ 400 | $ 920 | x | | |
| 9/16/2014 | Feldman, Brian M. | Telephone conference with co-counsel re client Powerpoint. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 9/16/2014 | Feldman, Brian M. | Revise draft notes of relator interview. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 9/16/2014 | O'Flaherty, Neil | Telephone call with HSE and colleague regarding follow-up items from Mary Bixler Wood government interview; discuss same with colleague pre-and post-call. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 9/16/2014 | Weeda, J. Mason | Telephone call with colleagues. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 9/17/2014 | Bringewatt, John P. | Review information sharing agreement with government. | | 0.2 | Senior Associate | $ 500 | $ 100 | x | | |
| 9/17/2014 | Feldman, Brian M. | Complete notes and impressions from relator interview. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 9/17/2014 | Feldman, Brian M. | Review USAO proposed sharing and common interest written agreement; communications with AUSA Trager and client re same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 9/17/2014 | Feldman, Brian M. | Prepare response to USAO and State AAGs. | | 1.9 | Partner | $ 800 | $ 1,520 | x | | |
| 9/17/2014 | Archer, David T. | Search for additional follow up items to send to government attorneys; draft email to B. Feldman enclosing documents and notes; review, revise and edit [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 4.6 | Associate | $ 400 | $ 1,840 | x | | |
| 9/17/2014 | O'Flaherty, Neil | Review draft Sharing Agreement and accompanying E-mail from HSE; discuss case issues with colleague. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 9/17/2014 | Terman, Stephen D. | Review E-mail and Sharing Agreement drafts. | | 0.5 | Partner | $ 800 | $ 400 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalgn SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|------------------|
| 9/18/2014 | Feldman, Brian M. | Compile information in response to request from Government. | | 2.2 | Partner | $ 800 | $ 1,760 | x | | |
| 9/18/2014 | Archer, David T. | Review email to USAO re follow up items; review and revise [REDACTED], based on [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 2.4 | Associate | $ 400 | $ 960 | x | | |
| 9/18/2014 | Bringewatt, John P. | Discuss case strategy with B. Feldman. | | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 9/18/2014 | O'Flaherty, Neil | Discuss issues related to Avalign management review presentation with colleague; Review HSE E-mail regarding same. | | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 9/18/2014 | Terman, Stephen D. | Review E-mails and discussion with colleague. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 9/19/2014 | O'Flaherty, Neil | Telephone call regarding various matters with HSE and colleagues; Review and edit language regarding offer of [REDACTED] to U.S. Attorney's office; discuss same with colleague. | Reveals common interest communication with Government. | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 9/19/2014 | Terman, Stephen D. | Discussion with colleague regarding FDA evaluation of government presentation; telephone call with client regarding same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 9/19/2014 | Weeda, J. Mason | Correspondence with Brian Feldman regarding offer to DOJ. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 9/19/2014 | McGuire, Maura C. | Correspondence from B. Feldman re follow up questions. | | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 9/19/2014 | Feldman, Brian M. | Contact FDA expert counsel re further disclosures. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 9/19/2014 | Feldman, Brian M. | Review client communications with FDA officials. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |
| 9/19/2014 | Archer, David T. | Review and analyze emails from B. Feldman re follow up. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 9/20/2014 | Feldman, Brian M. | Conduct False Claims Act research requested by USAO. | | 1.7 | Partner | $ 800 | $ 1,360 | x | | |
| 9/22/2014 | Feldman, Brian M. | Research FCA questions posed by AUSA Trager. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 9/22/2014 | Bringewatt, John P. | Discuss false claims theory with B. Feldman. | | 0.2 | Senior Associate | $ 500 | $ 100 | x | | |
| 9/22/2014 | Feldman, Brian M. | Telephone conference with client. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 9/22/2014 | Feldman, Brian M. | Correspondence with U.S. Attorney Office. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 9/26/2014 | Feldman, Brian M. | Solicit co-counsel and client input on [REDACTED], at request for U.S. Attorney's Office. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 9/26/2014 | O'Flaherty, Neil | Prepare list of documents for U.S. Attorney [REDACTED]; file and document review for same. | Reveals common interest communication with Government. | 3.0 | Partner | $ 800 | $ 2,400 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 9/26/2014 | Terman, Stephen D. | Review e-mail regarding AUSA subpoena; draft and research same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 9/26/2014 | Feldman, Brian M. | Draft disclosure re contact with FDA. | | 1.9 | Partner | $ 800 | $ 1,520 | x | | |
| 9/29/2014 | Feldman, Brian M. | Draft [REDACTED]. | Reveals common interest communication with Government. | 2.1 | Partner | $ 800 | $ 1,680 | x | | |
| 9/29/2014 | Feldman, Brian M. | Research FCA case law at request of U.S. Attorney's Office. | | 1.9 | Partner | $ 800 | $ 1,520 | x | | |
| 9/29/2014 | O'Flaherty, Neil | Prepare list of documents for U.S. Attorney [REDACTED] Avalign companies; file and document review for same. | Reveals common interest communication with Government. | 2.5 | Partner | $ 800 | $ 2,000 | | | x |
| 9/29/2014 | Heckman, Carol E. | Review emails. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 9/29/2014 | Bringewatt, John P. | Discuss case with B. Feldman; review correspondence. | | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 9/30/2014 | Feldman, Brian M. | Telephone conference with AUSA London; update client on AUSA staffing changes. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 9/30/2014 | Archer, David T. | Revise final [REDACTED]; upload [REDACTED] to dataroom; draft email to M. Wood re [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques; reveals attorney client communications re legal advice. | 1.6 | Associate | $ 400 | $ 640 | x | | |
| 9/30/2014 | Terman, Stephen D. | Review e-mail regarding subpoena request. | | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 9/30/2014 | Bringewatt, John P. | Review correspondence; discuss with B. Feldman. | | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 10/1/2014 | Archer, David T. | Revise and edit [REDACTED]; draft email to M. Wood re [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques; reveals attorney client communications re legal advice. | 1.6 | Associate | $ 400 | $ 640 | x | | |
| 10/3/2014 | Archer, David T. | Telephone conference with B. Feldman and FDA [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 2.9 | Associate | $ 400 | $ 1,160 | x | | |
| 10/3/2014 | O'Flaherty, Neil | Review E-mails from HSE and Mary Bixler Wood regarding [REDACTED]; respond to same; research related to same. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 10/3/2014 | Feldman, Brian M. | Telephone conference with AUSA London. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 10/3/2014 | Feldman, Brian M. | Correspondence with AUSAs, MFCU and FDA OCI. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 10/3/2014 | Heckman, Carol E. | Update from B. Feldman. | | 0.2 | Partner | $ 800 | $ 160 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/3/2014 | Heckman, Carol E. | Telephone conference with B. Feldman re update. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 10/3/2014 | Weeda, J. Mason | Research Instrumed recalls; e-mail to Brian Feldman regarding same. | | 1.1 | Partner | $ 800 | $ 880 | x | | |
| 10/3/2014 | Terman, Stephen D. | Review e-mails and discuss same with colleague. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 10/6/2014 | McGuire, Maura C. | E-mail from M. Wood re Instrumed. | | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 10/6/2014 | Heckman, Carol E. | Review numerous emails re recalls. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 10/6/2014 | O'Flaherty, Neil | Review various e-mails from Mary Bixler Wood; discussions related to same with colleague; file review for same. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 10/6/2014 | Weeda, J. Mason | Correspondence with Brian Feldman. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 10/7/2014 | Feldman, Brian M. | Review [REDACTED]; FDA OCI. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 10/7/2014 | Feldman, Brian M. | Correspondence with AUSAs, FDA and AAGs. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 10/7/2014 | Heckman, Carol E. | Review emails re recalls. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 10/7/2014 | Terman, Stephen D. | Review E-mails | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 10/8/2014 | Feldman, Brian M. | Research updates on FDA False Claims Act cases. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 10/8/2014 | Feldman, Brian M. | Review [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.9 | Partner | $ 800 | $ 720 | x | | |
| 10/8/2014 | Feldman, Brian M. | Correspondence with client re recall. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 10/8/2014 | Feldman, Brian M. | Telephone conference with client re recall. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 10/8/2014 | Feldman, Brian M. | Prepare notes for phone call with Government attorneys. | | 1.2 | Partner | $ 800 | $ 960 | x | | |
| 10/9/2014 | Feldman, Brian M. | Telephone conference with government investigators; telephone conference with AUSA London; update client. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 10/9/2014 | Heckman, Carol E. | Review email re FDA recall. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 10/10/2014 | Feldman, Brian M. | Prepare package for FDA. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 10/10/2014 | O'Flaherty, Neil | Discuss Warning Letter and recall issues with colleague; file review regarding same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 10/13/2014 | Feldman, Brian M. | Develop communication to Government re [REDACTED]; email client re same; email government re same. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.9 | Partner | $ 800 | $ 720 | x | | |
| 10/13/2014 | Heckman, Carol E. | Review and comment on email. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 10/14/2014 | Weeda, J. Mason | Draft recall analysis. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 10/15/2014 | Feldman, Brian M. | Arrange conference call with government. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 10/15/2014 | Feldman, Brian M. | Additional legal research re recent developments in related FDA cases. | | 0.2 | Partner | $ 800 | $ 160 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/2014 | O'Flaherty, Neil | Review draft analysis of connection between Instrumed Warning Letter and recall; prepare comments on same; discuss same with colleague; file review for same. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 10/15/2014 | Weeda, J. Mason | Revise recall analysis. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 10/15/2014 | Terman, Stephen D. | Review Warning Letter documents and discuss same with colleague. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 10/16/2014 | O'Flaherty, Neil | Review revised version of Instrumed recall and Warning Letter connection; prepare edits to same; discuss same with colleague; review final version. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 10/16/2014 | Weeda, J. Mason | Revise recall analysis. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 10/17/2014 | O'Flaherty, Neil | Review complaint for injunction against Pharmaceutical Innovations provided by HSE; prepare E-mail to HSE regarding same; review colleague's E-mail regarding same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 10/20/2014 | Feldman, Brian M. | Telephone conference with government investigators; follow-up with co-counsel. | | 1.2 | Partner | $ 800 | $ 960 | x | | |
| 10/20/2014 | Weeda, J. Mason | Telephone call with Brian Feldman. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 10/21/2014 | O'Flaherty, Neil | Review HSE and Mary Bixler Wood E-mails regarding [REDACTED]; discuss same with colleague. | Reveals attorney-client communication re legal advice. | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 10/24/2014 | Feldman, Brian M. | Telephone conference with client re [REDACTED] FDA. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 10/24/2014 | O'Flaherty, Neil | Telephone call with HSE and colleague regarding trade show issues. | | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 10/27/2014 | Feldman, Brian M. | Finish [REDACTED] Government. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 10/28/2014 | McGuire, Maura C. | Meeting with B. Feldman re [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 10/28/2014 | Feldman, Brian M. | Telephone conference with FDA [REDACTED]; email client re same. | Reveals common interest communication with Government; reveals law enforcement techniques. | 6.0 | Partner | $ 800 | $ 4,800 | x | | |
| 10/28/2014 | Bringewatt, John P. | Discuss case strategy with B. Feldman. | | 0.2 | Senior Associate | $ 500 | $ 100 | x | | |
| 10/28/2014 | Feldman, Brian M. | Telephone conference with Assistant United States Attorney Harwood; update clients re change in government team. | | 0.3 | Partner | $ 800 | $ 240 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/2014 | McGuire, Maura C. | Discuss potential meeting with agent and M. Wood [**REDACTED**] | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 10/29/2014 | Feldman, Brian M. | Correspondence with client re Avalign information; correspondence with Assistant United States Attorney re additional briefing by Relator. | | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 10/29/2014 | Heckman, Carol E. | Receive update from B. Feldman on investigation. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 10/30/2014 | Feldman, Brian M. | Coordinate with FDA [**REDACTED**] and client; arrange meeting with new Assistant United States Attorney. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 11/3/2014 | Feldman, Brian M. | Telephone conference with FDA [**REDACTED**]; email client re additional fact gathering. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 11/3/2014 | Feldman, Brian M. | Update co-counsel on developments with FDA [**REDACTED**] and USAO. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 11/3/2014 | Feldman, Brian M. | Prepare briefing for new AUSA on case; additional FCA research. | | 2.2 | Partner | $ 800 | $ 1,760 | x | | |
| 11/3/2014 | Weeda, J. Mason | Correspondence with Brian Feldman. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 11/4/2014 | Feldman, Brian M. | Prepare [**REDACTED**]; correspondence with client; correspondence with [**REDACTED**]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 11/4/2014 | Bringewatt, John P. | Discuss legal theory with B. Feldman. | | 0.3 | Senior Associate | $ 500 | $ 150 | x | | |
| 11/5/2014 | Bringewatt, John P. | Conduct legal research re false claims act theory. | | 0.7 | Senior Associate | $ 500 | $ 350 | x | | |
| 11/5/2014 | Heckman, Carol E. | Update from B. Feldman on research. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 11/5/2014 | Feldman, Brian M. | Continue draft presentation to new AUSA and further legal research on recent pertinent FCA decisions. | | 3.1 | Partner | $ 800 | $ 2,480 | x | | |
| 11/5/2014 | O'Flaherty, Neil | Discuss device annual report issues with colleague; review and edit draft e-mail to HSE regarding same. | | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 11/6/2014 | Archer, David T. | Conference with B. Feldman re update on status of case and related case. | | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 11/6/2014 | Bringewatt, John P. | Review draft presentation to U.S. Attorney's office; discuss same with B. Feldman. | | 1.4 | Senior Associate | $ 500 | $ 700 | x | | |
| 11/6/2014 | Feldman, Brian M. | Prepare for SDNY briefing. | | 1.1 | Partner | $ 800 | $ 880 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/2014 | Feldman, Brian M. | Telephone conference with co-counsel in advance of meeting with AUSAs. | | 0.5 | Partner | $ 800 | $   400 | x | | |
| 11/6/2014 | O'Flaherty, Neil | Conference call with HSE regarding Mary Bixler Wood case developments; discuss same with Mary Bixler Wood; discuss same with colleague. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 11/6/2014 | Terman, Stephen D. | Discussion with colleague regarding telephone calls with client. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 11/7/2014 | Feldman, Brian M. | Prepare outline for AUSA Harwood briefing; research recent FCA decisions on medical devices and related issues; arrange [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 7.0 | Partner | $ 800 | $ 5,600 | x | | |
| 11/10/2014 | Bringewatt, John P. | Discuss follow up from presentation to U.S. Attorney's office with B. Feldman. | | 0.2 | Senior Associate | $ 500 | $   100 | x | | |
| 11/10/2014 | Feldman, Brian M. | Conference call with client; conference call with government. | | 1.7 | Partner | $ 800 | $ 1,360 | x | | |
| 11/10/2014 | Feldman, Brian M. | Analyze relevant case law updates. | | 0.3 | Partner | $ 800 | $   240 | x | | |
| 11/11/2014 | Bringewatt, John P. | Telephone conference with [REDACTED] U.S. Attorney's office re [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.2 | Senior Associate | $ 500 | $   100 | x | | |
| 11/11/2014 | Weeda, J. Mason | Conference call with Steve Terman and Wood Team regarding [REDACTED] | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.8 | Partner | $ 800 | $   640 | x | | |
| 11/11/2014 | Feldman, Brian M. | Telephone conference with co-counsel re AUSA briefing. | | 0.3 | Partner | $ 800 | $   240 | x | | |
| 11/11/2014 | Feldman, Brian M. | Telephone conference with client; telephone conference with government. | | 1.0 | Partner | $ 800 | $   800 | x | | |
| 11/12/2014 | Feldman, Brian M. | Conference call; communication with [REDACTED]; communication with U.S. Attorney's Office. | Reveals common interest communication with Government; reveals law enforcement techniques. | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 11/12/2014 | Feldman, Brian M. | Telephone conference with [REDACTED]; telephone conference with USAO. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.5 | Partner | $ 800 | $   400 | x | | |
| 11/12/2014 | O'Flaherty, Neil | Conference call with HSE, [REDACTED], and AUSAs regarding [REDACTED]; follow-up to HSE regarding same; discussions with colleagues regarding same. | Reveals common interest communication with Government; reveals law enforcement techniques. | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 11/12/2014 | Terman, Stephen D. | Conference call with government officials and client regarding [REDACTED]; telephone call with client regarding same; discuss same with colleague. | Reveals common interest communication with Government; reveals law enforcement techniques. | 1.5 | Partner | $ 800 | $ 1,200 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/2014 | Weeda, J. Mason | Conference call with Brian Feldman and NY AUSA regarding [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 11/13/2014 | Feldman, Brian M. | Telephone conference with client and co-counsel re next steps. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 11/13/2014 | Terman, Stephen D. | Telephone call with Mary Bixler Wood; discussion with colleague. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 11/14/2014 | Feldman, Brian M. | Telephone conference with co-counsel re investigatory next steps; telephone conference with co-counsel re recent case law update and potential impact on case; review recent case. | | 1.1 | Partner | $ 800 | $ 880 | x | | |
| 11/14/2014 | McGuire, Maura C. | Meeting with B. Feldman to discuss [REDACTED] and next steps (ie. [REDACTED]). | Reveals common interest communication with Government; reveals law enforcement techniques. | 1.0 | Associate | $ 400 | $ 400 | x | | |
| 11/14/2014 | Weeda, J. Mason | Review DOJ press release; telephone call with Brian Feldman regarding same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 11/17/2014 | Feldman, Brian M. | Email communications with co-counsel re impact of recent case law. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 11/17/2014 | Feldman, Brian M. | Analyze clearance issues for OEMs. | | 2.0 | Partner | $ 800 | $ 1,600 | | x | |
| 11/17/2014 | Weeda, J. Mason | Telephone call with Brian Feldman regarding DOJ issue. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 11/18/2014 | Archer, David T. | Review and analyze documents and emails related to clearance in preparation for conference call with M. Wood; draft list of questions for M. Wood. | | 2.6 | Associate | $ 400 | $ 1,040 | x | | |
| 11/18/2014 | Weeda, J. Mason | Research Warning Letters; e-mail to Brian Feldman regarding same. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 11/19/2014 | Archer, David T. | Draft list of questions for M. Wood; review and analyze documents in preparation for drafting outline of questions. | | 1.6 | Associate | $ 400 | $ 640 | x | | |
| 11/20/2014 | Feldman, Brian M. | Revise list of questions for client re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 11/20/2014 | Archer, David T. | Draft, revise and edit list of [REDACTED] questions for M. Wood; draft email to B. Feldman enclosing same for comment; draft email to M. Wood enclosing revised list of questions. | Reveals attorney-client communication re legal advice. | 2.9 | Associate | $ 400 | $ 1,160 | x | | |
| 11/24/2014 | McGuire, Maura C. | Meeting with B. Feldman re meeting with Mary Wood to compile answers to [REDACTED] questions. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.2 | Associate | $ 400 | $ 80 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/24/2014 | Feldman, Brian M. | Correspondence with client re case theory; correspondence with [REDACTED]; review CareFusion warning letter and merger announcement. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 11/24/2014 | Feldman, Brian M. | Telephone conference with [REDACTED]; review note re [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 11/24/2014 | Feldman, Brian M. | Telephone conference with co-counsel re case law developments, CF Warning Letter. | | 0.6 | Partner | $ 800 | $ 480 | | x | |
| 11/24/2014 | Weeda, J. Mason | Telephone call with Brian Feldman regarding Warning Letter and DOJ press release. | | 0.5 | Partner | $ 800 | $ 400 | | x | |
| 11/24/2014 | O'Flaherty, Neil | Review CareFusion Warning Letter; prepare notes regarding same; prepare E-mail to colleague regarding same; discuss issues related to same with colleague. | | 2.0 | Partner | $ 800 | $ 1,600 | | x | |
| 11/24/2014 | Terman, Stephen D. | Review CareFusion Warning Letter; review articles; discuss same with colleague; review E-mail regarding same. | | 1.0 | Partner | $ 800 | $ 800 | | x | |
| 11/25/2014 | Weeda, J. Mason | E-mail to Mary Wood regarding [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.5 | Partner | $ 800 | $ 400 | | x | |
| 11/25/2014 | Terman, Stephen D. | Review E-mail to Mary Bixler Wood regarding [REDACTED], and review Mary Bixler Wood's reply regarding same. | Reveals attorney-client communication re legal advice. | 0.5 | Partner | $ 800 | $ 400 | | x | |
| 12/1/2014 | O'Flaherty, Neil | Review CareFusion Warning Letter materials and related correspondence; discuss same with colleague. | | 1.5 | Partner | $ 800 | $ 1,200 | | x | |
| 12/1/2014 | Weeda, J. Mason | E-mail correspondence with Mary Bixler Wood and Brian Feldman. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 12/2/2014 | O'Flaherty, Neil | Review materials related to CareFusion Warning Letter; prepare draft E-mail to HSE regarding same; prepare E-mail to Mary Bixler Wood regarding questions related to [REDACTED]. | Reveals attorney-client communication re legal advice. | 5.0 | Partner | $ 800 | $ 4,000 | | x | |
| 12/3/2014 | Feldman, Brian M. | Correspondence with [REDACTED] re investigation of Avalign. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.1 | Partner | $ 800 | $ 80 | | | x |
| 12/3/2014 | Feldman, Brian M. | Develop additional facts re OEMs; correspondence with client about case status. | | 1.0 | Partner | $ 800 | $ 800 | | x | |
| 12/3/2014 | Feldman, Brian M. | Answer client questions re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.2 | Partner | $ 800 | $ 160 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/2014 | O'Flaherty, Neil | Review Mary Bixler Wood responses to [**REDACTED**]; prepare e-mail memorandum to HSE regarding CareFusion Warning Letter and related issues. | Reveals attorney-client communication re legal advice. | 2.0 | Partner | $ 800 | $ 1,600 | | x | |
| 12/4/2014 | Feldman, Brian M. | Correspondence with client re case status and legal questions. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 12/8/2014 | McGuire, Maura C. | Correspondence to D.C. Assistant Attorney General with copy of complaint. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 12/8/2014 | Feldman, Brian M. | Telephone conference with DC Attorney General's office re participation in qui tam; respond to informational requests by same. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 12/9/2014 | Bringewatt, John P. | Conduct research re medical device false claims act settlement. | | 0.4 | Senior Associate | $ 500 | $ 200 | x | | |
| 12/11/2014 | Feldman, Brian M. | Correspondence with client and co-counsel; review recent DOJ settlement and supporting documentation; analyze similarities with client's case. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 12/11/2014 | Terman, Stephen D. | Review E-mails from client and colleague; discussion with colleague. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 12/14/2014 | Feldman, Brian M. | Email AUSAs re impact and significance of [**REDACTED**]. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 12/17/2014 | O'Flaherty, Neil | Conference call with Mary Bixler Wood and HSE regarding [**REDACTED**]; prepare notes of conference call; discuss notes and related matters with colleague. | Reveals attorney-client communication re legal advice. | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 12/23/2014 | Feldman, Brian M. | Receive question from [**REDACTED**]; seek answer from client; convey to [**REDACTED**]. | Reveals common interest communication with Government; reveals law enforcement techniques; reveals attorney client communications re legal advice. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 1/5/2015 | McGuire, Maura C. | Telephone conference with [**REDACTED**]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 1/8/2015 | O'Flaherty, Neil | Discuss issues related to updated Avalign registration and listing information and related matters; correspond with colleague regarding same. | | 0.8 | Partner | $ 800 | $ 640 | | | x |
| 1/8/2015 | Weeda, J. Mason | Review E-mails from Mary Bixler Wood; telephone call with Mary Bixler Wood regarding [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 1/15/2015 | O'Flaherty, Neil | Discuss Avalign and K2 registration and listing changes with colleague; file review regarding same. | | 1.0 | Partner | $ 800 | $ 800 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/16/2015 | Weeda, J. Mason | Telephone call with Mary Bixler Wood. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 1/20/2015 | Feldman, Brian M. | Prepare talking points for conversation with [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 1/21/2015 | O'Flaherty, Neil | Discuss qui tam issues with colleague; file review for same. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 1/22/2015 | O'Flaherty, Neil | Discussion with colleague. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 1/23/2015 | O'Flaherty, Neil | Discussion with colleagues regarding case issues. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/3/2015 | McGuire, Maura C. | Telephone conference with [REDACTED] re update; e-mail to B. Feldman re status update of [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 2/3/2015 | Feldman, Brian M. | Obtain update from FDA; organize call with client and co-counsel. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 2/4/2015 | Feldman, Brian M. | Contact U.S. Attorney's Office re updates. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 2/4/2015 | Feldman, Brian M. | Telephone conference with client. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 2/4/2015 | O'Flaherty, Neil | Conference call with HSE and Mary Bixler Wood regarding case status and related issues; discuss same with colleague; file review for same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 2/4/2015 | Weeda, J. Mason | Telephone call with Brian Feldman and Mary Bixler Wood; work on registration and listing write-up. | | 1.6 | Partner | $ 800 | $ 1,280 | | | x |
| 2/5/2015 | Feldman, Brian M. | Telephone conference with AUSA London. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 2/5/2015 | McGuire, Maura C. | Telephone conference with B. Feldman re conversation with USAO's office. | | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 2/5/2015 | Weeda, J. Mason | Work on draft registration and listing write-up. | | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 2/6/2015 | O'Flaherty, Neil | Review of colleague's draft memorandum regarding changes in Instrument and K2 registration and listing information; edit and comment on same; review second draft of same; edit and comment on same; discussion with colleague regarding drafts. | | 3.0 | Partner | $ 800 | $ 2,400 | | | x |
| 2/6/2015 | Terman, Stephen D. | Review E-mails from Mary Bixler Wood and colleague; discussion with colleagues. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/6/2015 | Weeda, J. Mason | Work on draft [REDACTED]; send to client. | Reveals attorney-client communication re legal advice. | 2.0 | Partner | $ 800 | $ 1,600 | | | x |
| 2/8/2015 | O'Flaherty, Neil | Review Mary Bixler Wood's comments on our [REDACTED]; review colleague's response to same; prepare e-mail following-up on colleague's response e-mail. | Reveals attorney-client communication re legal advice. | 0.5 | Partner | $ 800 | $ 400 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/9/2015 | O'Flaherty, Neil | Review additional e-mail from Mary Bixler Wood regarding [REDACTED]; prepare notes regarding same. | Reveals attorney-client communication re legal advice. | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 2/9/2015 | Weeda, J. Mason | Review E-mails from client. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/10/2015 | Feldman, Brian M. | Obtain update from [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 2/11/2015 | Feldman, Brian M. | Correspondence with State AAG (Wisconsin). | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 2/11/2015 | O'Flaherty, Neil | Prepare E-mail to HSE and Mary Bixler Wood regarding Mary Bixler Wood's February 9 e-mail; file review for same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/12/2015 | Feldman, Brian M. | Contact U.S. Attorney's Office about [REDACTED]; update client; respond to client questions. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 2/12/2015 | O'Flaherty, Neil | Prepare e-mail to HSE and Mary Bixler Wood regarding Mary Bixler Wood's February 9 E-mail; file review for same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/13/2015 | Feldman, Brian M. | Telephone conference with AUSA Harwood. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 2/16/2015 | Weeda, J. Mason | Revise registration and listing write-up; send to Neil O'Flaherty for review; edit Mary Bixler Wood's additional correspondence. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 2/17/2015 | Feldman, Brian M. | Contact AUSA Harwood. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 2/17/2015 | Weeda, J. Mason | Edit [REDACTED] and send to Brian Feldman and Mary Bixler Wood. | Reveals attorney-client communication re legal advice. | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 2/18/2015 | Weeda, J. Mason | [REDACTED] Mary Bixler Wood's comments. | Reveals attorney-client communication re legal advice. | 0.9 | Partner | $ 800 | $ 720 | | | x |
| 2/19/2015 | Feldman, Brian M. | Communications with client and U.S. Attorney's Office re [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 2/20/2015 | Feldman, Brian M. | Communications with client re [REDACTED] from [REDACTED] USAO. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 2/26/2015 | Feldman, Brian M. | Contact client re update from FDA and USAO. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 2/27/2015 | Feldman, Brian M. | Return AUSA London's call; update client. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 2/28/2015 | Feldman, Brian M. | Update co-counsel on [REDACTED] with USAO and FDA. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.1 | Partner | $ 800 | $ 80 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/2/2015 | Feldman, Brian M. | Communications with client and government re seal extension. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/2/2015 | O'Flaherty, Neil | File review related to additional Avalign product recalls; Research regarding same. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/3/2015 | O'Flaherty, Neil | File review related to additional Avalign product recalls; research regarding same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 3/11/2015 | Feldman, Brian M. | Correspondence with U.S. Attorney's Office re sealing extension. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/12/2015 | Feldman, Brian M. | Telephone conference with client. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 3/17/2015 | Feldman, Brian M. | Telephone conference with U.S. Attorney's Office re [REDACTED] | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/25/2015 | Feldman, Brian M. | Telephone conference with client re case update. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 3/31/2015 | Feldman, Brian M. | Contact with co-counsel. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 4/2/2015 | Feldman, Brian M. | Contact U.S. Attorney's Office and co-counsel. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/6/2015 | Feldman, Brian M. | Arrange telephone conference with client. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 4/7/2015 | Feldman, Brian M. | Telephone conference with AUSA London. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 4/9/2015 | Feldman, Brian M. | Telephone conference with client and co-counsel. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/9/2015 | Weeda, J. Mason | Telephone call with Mary Bixler Wood and Brian Feldman. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/13/2015 | Feldman, Brian M. | Telephone conference with [REDACTED]; follow up with client; email with AUSAs London and Harwood. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 4/13/2015 | O'Flaherty, Neil | Review e-mail from Mary Bixler Wood; discuss same with colleague; file review regarding same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/16/2015 | McGuire, Maura C. | E-mail scheduling [REDACTED]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 4/16/2015 | Feldman, Brian M. | Arrange call with [REDACTED]; telephone conference with co-counsel; communicate with client. | Reveals common interest communication with Government; reveals law enforcement techniques. | 1.4 | Partner | $ 800 | $ 1,120 | x | | |
| 4/17/2015 | Feldman, Brian M. | Telephone conference with [REDACTED]; telephone conference with client. | Reveals common interest communication with Government; reveals law enforcement techniques. | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 4/17/2015 | Feldman, Brian M. | Review client email; telephone conference with AUSAs. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.3 | Partner | $ 800 | $ 240 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|--------------------|-------------------|
| 4/22/2015 | Bringewatt, John P. | Correspondence re subpoena. | | 0.2 | Senior Associate | $ 500 | $ 100 | x | | |
| 4/22/2015 | Feldman, Brian M. | Telephone conference with AUSA London. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 4/23/2015 | Archer, David T. | Conference with B. Feldman re drafting [REDACTED] Avalign companies. | Reveals common interest communication with Government. | 0.3 | Associate | $ 400 | $ 120 | | | x |
| 4/23/2015 | Bringewatt, John P. | Discuss potential [REDACTED] with co-counsel. | Reveals common interest communication with Government. | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 4/23/2015 | Feldman, Brian M. | Telephone conference with AUSA London; update client. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 4/27/2015 | Archer, David T. | Review memos in preparation for drafting [REDACTED]. | Reveals common interest communication with Government. | 1.1 | Associate | $ 400 | $ 440 | | | x |
| 4/28/2015 | Archer, David T. | Review and analyze complaint, disclosure statement, and memos re import alerts, recalls and warning letter; draft [REDACTED]. | Reveals common interest communication with Government. | 5.1 | Associate | $ 400 | $ 2,040 | x | | |
| 4/28/2015 | Weeda, J. Mason | Telephone call with Neil O'Flaherty, Mary Bixler Wood, and Brian Feldman. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 4/29/2015 | Archer, David T. | Review complaint, disclosure statement, and memos re warning letter and import alerts in preparation [REDACTED]; [REDACTED] Avalign, Instrumed, Advantis, Nemcomed, NGI, Round Table, Carefusion, and DePuy; draft email to B. Feldman enclosing same. | Reveals common interest communication with Government. | 4.9 | Associate | $ 400 | $ 1,960 | x | | |
| 4/29/2015 | Bringewatt, John P. | Review memorandum re [REDCATED]. | Reveals common interest communication with Government. | 0.5 | Senior Associate | $ 500 | $ 250 | x | | |
| 4/29/2015 | Feldman, Brian M. | Email and telephone conference with client; review client documents. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 4/29/2015 | Weeda, J. Mason | Review information [REDACTED] sent by Mary Bixler Wood and draft summary of facts for Neil O'Flaherty; telephone call with Brian Feldman. | Reveals attorney-client communication re legal advice. | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 4/30/2015 | Archer, David T. | Conference with B. Feldman and J. Bringewatt re [REDACTED]; review notes to determine [REDACTED] | Reveals common interest communication with Government. | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 4/30/2015 | Bringewatt, John P. | Conference with B. Feldman and D. Archer to discuss [REDACTED]. | Reveals common interest communication with Government. | 0.8 | Senior Associate | $ 500 | $ 400 | x | | |
| 4/30/2015 | Feldman, Brian M. | Prepare [REDACTED]. | Reveals common interest communication with Government. | 1.8 | Partner | $ 800 | $ 1,440 | x | | |
| 5/5/2015 | Feldman, Brian M. | Meeting with AUSA London. | | 0.2 | Partner | $ 800 | $ 160 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/2015 | Archer, David T. | Revise and edit [**REDACTED**]. | Reveals common interest communication with Government. | 2.1 | Associate | $ 400 | $ 840 | x | | |
| 5/11/2015 | Bringewatt, John P. | Discuss draft [**REDACTED**] with D. Archer. | Reveals common interest communication with Government. | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 5/14/2015 | Archer, David T. | Revise and edit [**REDACTED**]; draft email to J. Bringewatt and B. Feldman enclosing same. | Reveals common interest communication with Government. | 5.1 | Associate | $ 400 | $ 2,040 | x | | |
| 5/14/2015 | Feldman, Brian M. | Answer client question. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 5/18/2015 | Archer, David T. | Review and revise [**REDACTED**]; conference with J. Bringewatt re scheduling time to discuss comments. | Reveals common interest communication with Government. | 0.6 | Associate | $ 400 | $ 240 | x | | |
| 5/18/2015 | Bringewatt, John P. | Review and revise draft [**REDACTED**]. | Reveals common interest communication with Government. | 3.1 | Senior Associate | $ 500 | $ 1,550 | x | | |
| 5/20/2015 | Archer, David T. | Draft email to J. Bringewatt re scheduling meeting to discuss [**REDACTED**]; review draft [**REDACTED**]. | Reveals common interest communication with Government. | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 5/21/2015 | Archer, David T. | Conference with J. Bringewatt re revisions to [**REDACTED**]; revise and edit [**REDACTED**]. | Reveals common interest communication with Government. | 1.3 | Associate | $ 400 | $ 520 | x | | |
| 5/21/2015 | Bringewatt, John P. | Conference with D. Archer re [**REDACTED**]. | Reveals common interest communication with Government. | 0.3 | Senior Associate | $ 500 | $ 150 | x | | |
| 5/21/2015 | Feldman, Brian M. | Correspondence with FDA, client and USAO. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 5/22/2015 | Archer, David T. | Revise and edit [**REDACTED**] per J. Bringewatt's comments. | Reveals common interest communication with Government. | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 5/22/2015 | Feldman, Brian M. | Communication re government request for meeting. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 5/24/2015 | Feldman, Brian M. | Email communications re [**REDACTED**]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 5/26/2015 | Archer, David T. | Revise and edit [**REDACTED**]; draft email to B. Feldman enclosing same. | Reveals common interest communication with Government. | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 5/27/2015 | Feldman, Brian M. | Contact [**REDACTED**]; convey [**REDACTED**] to client. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 5/29/2015 | Feldman, Brian M. | Draft email communication with client. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/1/2015 | Feldman, Brian M. | Correspondence with [**REDACTED**] and AUSA. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.1 | Partner | $ 800 | $ 80 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/4/2015 | Archer, David T. | Follow up with B. Feldman re [REDACTED]. | Reveals common interest communication with Government. | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 6/5/2015 | Archer, David T. | Conference with B. Feldman and J. Bringewatt re [REDACTED]; revise and edit [REDACTED]. | Reveals common interest communication with Government. | 0.6 | Associate | $ 400 | $ 240 | x | | |
| 6/5/2015 | Feldman, Brian M. | Draft [REDACTED]. | Reveals common interest communication with Government. | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 6/5/2015 | Bringewatt, John P. | Conference with B. Feldman & D. Archer re finalization of [REDACTED]. | Reveals common interest communication with Government. | 0.5 | Senior Associate | $ 500 | $ 250 | x | | |
| 6/8/2015 | Archer, David T. | Revise and edit [REDACTED]. | Reveals common interest communication with Government. | 2.1 | Associate | $ 400 | $ 840 | x | | |
| 6/9/2015 | Archer, David T. | Revise and edit [REDACTED]; draft emails to M. Wood and OFW Law enclosing same. | Reveals common interest communication with Government. | 1.9 | Associate | $ 400 | $ 760 | x | | |
| 6/9/2015 | Feldman, Brian M. | Telephone conference with co-counsel re [REDACTED]. | Reveals common interest communication with Government. | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 6/9/2015 | O'Flaherty, Neil | Conference call with Brian Feldman regarding case update; review draft [REDACTED] | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 6/9/2015 | Weeda, J. Mason | Telephone call with Brian Feldman. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 6/11/2015 | Feldman, Brian M. | Telephone conference with U.S. Attorney's office; review common interest agreement; communications with client re same. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 6/12/2015 | O'Flaherty, Neil | Review draft [REDACTED]; edit same. | Reveals common interest communication with Government. | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 6/12/2015 | Weeda, J. Mason | Review and revise [REDACTED]. | Reveals common interest communication with Government. | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 6/15/2015 | Archer, David T. | Review comments from M. Wood re [REDACTED]; revise and edit [REDACTED] comments and additions. | Reveals common interest communication with Government. | 2.2 | Associate | $ 400 | $ 880 | x | | |
| 6/16/2015 | Archer, David T. | Review comments and edits re [REDACTED]; revise and edit [REDACTED]. | Reveals common interest communication with Government. | 0.8 | Associate | $ 400 | $ 320 | x | | |
| 6/16/2015 | O'Flaherty, Neil | Review draft Instrumed and other [REDACTED]; edit and comment on same; discuss same with colleague. | Reveals common interest communication with Government. | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 6/16/2015 | Weeda, J. Mason | Revise [REDACTED] | Reveals common interest communication with Government. | 1.5 | Partner | $ 800 | $ 1,200 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|--------------------|-------------------|
| 6/17/2015 | Archer, David T. | Review comments from OFW on [REDACTED]; review notes re edits to [REDACTED]. | Reveals common interest communication with Government. | 1.0 | Associate | $ 400 | $ 400 | x | | |
| 6/17/2015 | Feldman, Brian M. | Review co-counsel [REDACTED] changes. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/17/2015 | O'Flaherty, Neil | Review draft [REDACTED]. | Reveals common interest communication with Government. | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 6/18/2015 | Archer, David T. | Conference with B. Feldman re edits to [REDACTED]; review and analyze OFW Law's comments on [REDACTED]; revise and edit [REDACTED]. | Reveals common interest communication with Government. | 1.5 | Associate | $ 400 | $ 600 | x | | |
| 6/18/2015 | O'Flaherty, Neil | Review and edit [REDACTED]; discuss same with colleague. | Reveals common interest communication with Government. | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 6/18/2015 | Weeda, J. Mason | E-mail to Brian Feldman. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 6/19/2015 | Archer, David T. | Review and analyze comments from OFW Law; review and analyze comments from M. Wood; revise and edit [REDACTED] Instrumed; review and analyze comments from OFW Law re Round Table; draft email to M. Weeda enclosing [REDACTED] for Instrumed. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 2.2 | Associate | $ 400 | $ 880 | | | x |
| 6/19/2015 | O'Flaherty, Neil | Review and edit draft [REDACTED]; discuss same with colleague. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 6/19/2015 | Weeda, J. Mason | Edit [REDACTED] and send to Dave Archer. | Reveals common interest communication with Government. | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 6/20/2015 | O'Flaherty, Neil | Review and edit [REDACTED]; discuss same with colleague. | Reveals common interest communication with Government. | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 6/22/2015 | Archer, David T. | Review [REDACTED] edits to Round Table [REDACTED] from M. Weeda; telephone conference with M. Weeda and N. Flaherty re [REDACTED]; conference with B. Feldman re same; revise and edit [REDACTED]. | Reveals common interest communication with Government. | 3.2 | Associate | $ 400 | $ 1,280 | x | | |
| 6/22/2015 | Feldman, Brian M. | Communications re [REDACTED]. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/22/2015 | O'Flaherty, Neil | Conference call with client regarding [REDACTED] issues; review draft [REDACTED]; rdit same. | Reveals common interest communication with Government. | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 6/22/2015 | Weeda, J. Mason | Telephone call with Dave Archer regarding [REDACTED]; edit [REDACTED]. | Reveals common interest communication with Government. | 2.0 | Partner | $ 800 | $ 1,600 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/23/2015 | Archer, David T. | Revise [**REDACTED**] per OFW Law comments. | Reveals common interest communication with Government. | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 6/23/2015 | Weeda, J. Mason | Revise remaining [**REDACTED**] and send to Dave Archer. | Reveals common interest communication with Government. | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 6/25/2015 | Archer, David T. | Revise and edit [**REDACTED**] Avalign Companies; draft email to B. Feldman re same. | Reveals common interest communication with Government. | 2.7 | Associate | $ 400 | $ 1,080 | | | x |
| 6/25/2015 | O'Flaherty, Neil | Discussion with colleague regarding questions for [**REDACTED**]; review draft E-mail to HSE regarding questions; edit same. | Reveals common interest communication with Government; reveals law enforcement techniques. | 1.2 | Partner | $ 800 | $ 960 | | | x |
| 6/25/2015 | Weeda, J. Mason | Draft questions for Brian Feldman regarding [**REDACTED**]; telephone calls with Maura McGuire regarding same. | Reveals common interest communication with Government; reveals law enforcement techniques. | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 6/26/2015 | Archer, David T. | Revise and edit [**REDACTED**], incorporating comments from OFW Law and M. Wood; draft email to B. Feldman enclosing final versions of [**REDACTED**]. | Reveals common interest communication with Government. | 4.3 | Associate | $ 400 | $ 1,720 | | | x |
| 6/26/2015 | Feldman, Brian M. | Send draft [**REDACTED**]; communication with USA; preparation; briefing with [**REDACTED**]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 1.3 | Partner | $ 800 | $ 1,040 | | | x |
| 6/30/2015 | Feldman, Brian M. | Arrange conference call with client; review memorandum from client. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 7/1/2015 | O'Flaherty, Neil | Review [**REDACTED**]; participate in conference call with HSE and Mary Bixler Wood regarding same; prepare notes regarding [**REDACTED**]. | Reveals common interest communication with Government; reveals law enforcement techniques; reveals attorney client communications re legal advice. | 3.0 | Partner | $ 800 | $ 2,400 | | | x |
| 7/1/2015 | Terman, Stephen D. | Review [**REDACTED**] | Reveals common interest communication with Government; reveals law enforcement techniques; reveals attorney client communications re legal advice. | 0.5 | Partner | $ 800 | $ 400 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2015 | Weeda, J. Mason | Telephone call regarding [**REDACTED**] | Reveals common interest communication with Government; reveals law enforcement techniques; reveals attorney client communications re legal advice. | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 7/1/2015 | Feldman, Brian M. | Telephone conference with client; email FDA; telephone call to AUSA London. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 7/2/2015 | O'Flaherty, Neil | Prepare E-mail memorandum [**REDACTED**]; review notes and research for same. | Reveals common interest communication with Government; reveals law enforcement techniques. | 4.0 | Partner | $ 800 | $ 3,200 | | | x |
| 7/3/2015 | O'Flaherty, Neil | Prepare e-mail memorandum of [**REDACTED**]; review notes and research for same. | Reveals common interest communication with Government; reveals law enforcement techniques. | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 7/15/2015 | Bringewatt, John P. | Review recent caselaw developments re medical device false claims. | | 0.6 | Senior Associate | $ 500 | $ 300 | x | | |
| 7/17/2015 | Feldman, Brian M. | Discuss next investigative steps. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 7/28/2015 | Feldman, Brian M. | Telephone conference with relator; arrange next steps [**REDACTED**]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.4 | Partner | $ 800 | $ 320 | | | x |
| 7/29/2015 | McGuire, Maura C. | E-mail from [**REDACTED**]: meeting with B. Feldman to discuss status of investigation; telephone conference with E. London and conference with B. Feldman re [**REDACTED**]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.5 | Associate | $ 400 | $ 200 | | | x |
| 7/29/2015 | Feldman, Brian M. | Telephone conference with SDNY. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 7/31/2015 | Feldman, Brian M. | Contact co-counsel re amended complaint and update on investigation. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/5/2015 | Feldman, Brian M. | Telephone conference with AUSA London; send AUSAs requested update on [**REDACTED**]; email suggestions to SDNY re appropriate [**REDACTED**] questions. | Reveals common interest communication with Government. | 1.3 | Partner | $ 800 | $ 1,040 | | | x |
| 8/5/2015 | Archer, David T. | Revise and edit amended complaint and related party complaint; review emails re same; conference with OFW Law re updates on status of case; draft emails to B. Feldman re additional issues. | | 3.1 | Associate | $ 400 | $ 1,240 | x | | |
| 8/5/2015 | Bringewatt, John P. | Review correspondence re recent developments. | | 0.1 | Senior Associate | $ 500 | $ 50 | x | | |
| 8/5/2015 | O'Flaherty, Neil | Conference call with HSE regarding case developments; post-conference call discussions with colleagues. | | 0.8 | Partner | $ 800 | $ 640 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/5/2015 | Terman, Stephen D. | Review E-mails; conference call with client and discussions with colleagues regarding same. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 8/19/2015 | Feldman, Brian M. | Discussion re amendment to complaint. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/20/2015 | Feldman, Brian M. | Review client document requested by FDA. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/28/2015 | McGuire, Maura C. | Telephone conference with B. Feldman to discuss deliverables to USAO. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 8/28/2015 | Feldman, Brian M. | Prepare agenda for call with SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 9/1/2015 | Feldman, Brian M. | Telephone conference with AUSA London; draft email as requested by AUSA London re [REDACTED]. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 9/1/2015 | Feldman, Brian M. | Email client re AUSA request for information. | | 0.1 | Partner | $ 800 | $ 80 | | | |
| 9/3/2015 | Feldman, Brian M. | Review government extension letter. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 9/8/2015 | Feldman, Brian M. | Prepare correspondence with USAO. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 9/15/2015 | Feldman, Brian M. | Arrange meeting to address government's questions. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 9/18/2015 | Feldman, Brian M. | Client correspondence. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 9/18/2015 | Weeda, J. Mason | Correspondence with HSE. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 9/22/2015 | Feldman, Brian M. | Telephone conference with client; email to U.S. Attorney's Office with information re witness. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 9/22/2015 | McGuire, Maura C. | Meeting with B. Feldman re e-mail update to USAO of the Southern District of New York. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 9/22/2015 | Weeda, J. Mason | Telephone call with Mary Wood and HSE team. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 9/22/2015 | Terman, Stephen D. | Review documents regarding call with client; conference call with client. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 10/14/2015 | Weeda, J. Mason | Review and revise answers to questions; e-mail to client regarding status of answers to questions. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 10/20/2015 | Feldman, Brian M. | Telephone conference with client; telephone conference with AUSA Harwood; follow-up email to client. | | 0.9 | Partner | $ 800 | $ 720 | x | | |
| 10/20/2015 | Weeda, J. Mason | Telephone call with Brian Feldman and Mary Wood. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 10/28/2015 | Feldman, Brian M. | Arrange meeting with U.S. Attorney's Office. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 10/30/2015 | Feldman, Brian M. | Arrange discussion in advance of SDNY meeting re [REDACTED]. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 11/2/2015 | Feldman, Brian M. | Arrange conference call in advance of meeting with SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 11/3/2015 | Feldman, Brian M. | Review client summary. | | 1.1 | Partner | $ 800 | $ 880 | x | | |
| 11/3/2015 | Feldman, Brian M. | Telephone conference call re discussion with SDNY. | | 0.2 | Partner | $ 800 | $ 160 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/3/2015 | Archer, David T. | Conference with B. Feldman re telephone conference with government attorneys on 11/4; revise and edit disclosure statement. | | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 11/3/2015 | Terman, Stephen D. | Discussion with colleague; review documents; telephone call with client and Mary Wood. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 11/4/2015 | Archer, David T. | Review [REDACTED] in preparation for conference call with US Attorneys' Office. | Reveals common interest communication with Government. | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 11/4/2015 | Feldman, Brian M. | Meeting with AUSAs re [REDACTED]. | Reveals common interest communication with Government. | 1.1 | Partner | $ 800 | $ 880 | x | | |
| 11/4/2015 | Weeda, J. Mason | Review [REDACTED]; meeting with Steve Terman to discuss [REDACTED]. | Reveals common interest communication with Government. | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 11/4/2015 | Terman, Stephen D. | Discussion with colleague and prepare for telephone call with DOJ; review documents in preparation for telephone call with DOJ. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 11/6/2015 | Feldman, Brian M. | Revise [REDACTED]. | Reveals common interest communication with Government. | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 11/9/2015 | McGuire, Maura C. | Revise [REDACTED] with comments from USAO. | Reveals common interest communication with Government. | 3.9 | Associate | $ 400 | $ 1,560 | x | | |
| 11/10/2015 | Feldman, Brian M. | Revise [REDACTED]. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 11/10/2015 | McGuire, Maura C. | Continue revising [REDACTED] with comments from US Attorney's Office. | Reveals common interest communication with Government. | 1.4 | Associate | $ 400 | $ 560 | x | | |
| 11/10/2015 | Schuber, Mark F. | Call with M. McGuire re list of [REDACTED] documents to [REDACTED] in connection with [REDACTED]. | Reveals common interest communication with Government. | 0.3 | Associate | $ 400 | $ 120 | x | | |
| 11/11/2015 | Archer, David T. | Review and analyze [REDACTED]. | Reveals common interest communication with Government. | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 11/12/2015 | Archer, David T. | Review and analyze [REDACTED]; draft email to B. Feldman enclosing same. | Reveals common interest communication with Government. | 0.6 | Associate | $ 400 | $ 240 | x | | |
| 12/4/2015 | Feldman, Brian M. | Correspondence re [REDACTED] with SDNY. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 12/7/2015 | Feldman, Brian M. | Seek update from SDNY; update client. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 12/17/2015 | Feldman, Brian M. | Email communications with Mary Wood; review case law developments; telephone conference with FDA experts re additional theories. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/2015 | Feldman, Brian M. | Telephone conference with AUSA London; update client. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 12/29/2015 | Feldman, Brian M. | Update client on [REDACTED] status. | Reveals common interest communication with Government. | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 1/12/2016 | Feldman, Brian M. | Respond to request for information re [REDACTED]; seek information re same from client. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 1/13/2016 | Feldman, Brian M. | Correspondence with client; obtain information requested from Government; provide response to Government re [REDACTED]. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 1/20/2016 | Feldman, Brian M. | Review client emails. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 1/20/2016 | Terman, Stephen D. | Review e-mails and e-mail colleague regarding Mary Wood's e-mail. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 1/25/2016 | Feldman, Brian M. | Telephone conference with U.S. Attorney's Office; telephone conference with client re USAO requests for [REDACTED] information; follow up email with client re same. | Reveals common interest communication with Government; reveals attorney communications re legal advice. | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 1/25/2016 | Feldman, Brian M. | Review case law update. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 1/25/2016 | Feldman, Brian M. | Email client re questions; telephone conference with client. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 1/26/2016 | Archer, David T. | Conference with B. Feldman re [REDACTED]; draft email to M. Weeda re same. | Reveals common interest communication with Government. | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 1/26/2016 | Feldman, Brian M. | Respond to requests from U.S. Attorney's Office re [REDACTED]; obtain relevant information from client. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 1/26/2016 | Scott, Lynn M. | Review proposed [REDACTED] and prepare [REDACTED]. | Reveals common interest communication with Government. | 0.6 | Paralegal | $ 150 | $ 90 | x | | |
| 1/26/2016 | Weeda, J. Mason | Research [REDACTED] for [REDACTED]; Draft [REDACTED] | Reveals common interest communication with Government. | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 1/26/2016 | Terman, Stephen D. | Telephone call with colleagues regarding FDA definitions; review E-mails regarding same; review and revise FDA response. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 1/27/2016 | Feldman, Brian M. | Respond to Government request for [REDACTED]. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 1/27/2016 | Weeda, J. Mason | Research definitions for [REDACTED]; draft [REDACTED] . | Reveals common interest communication with Government. | 3.5 | Partner | $ 800 | $ 2,800 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2016 | Archer, David T. | Review list of terms sent by L. Scott; revise and edit same; draft email to M. Weeda enclosing same. | | 0.6 | Associate | $ 400 | $ 240 | x | | |
| 1/27/2016 | Scott, Lynn M. | Finalize list of glossary terms requiring further definition and send same to B. Feldman for review. | | 0.3 | Paralegal | $ 150 | $ 45 | x | | |
| 1/27/2016 | Terman, Stephen D. | Review e-mails regarding FDA definition; review e-mails; e-mail client regarding [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 1/28/2016 | Terman, Stephen D. | Review and revise FDA [**REDACTED**] and discuss same with colleague. | Reveals common interest communication with Government. | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 1/29/2016 | Feldman, Brian M. | Respond to U.S. Attorney's Office re [**REDACTED**]. | Reveals common interest communication with Government. | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/2/2016 | Ghafary, Qais | Conferences with B. Feldman re case strategy and development. | | 1.4 | Associate | $ 400 | $ 560 | x | | |
| 2/2/2016 | Ghafary, Qais | Begin review and analysis of principal disclosure statement and exhibits. | | 1.8 | Associate | $ 400 | $ 720 | x | | |
| 2/3/2016 | Ghafary, Qais | Review and analyze FDCA statutory framework, principal disclosure statement and exhibits and relevant case law. | | 5.1 | Associate | $ 400 | $ 2,040 | x | | |
| 2/3/2016 | Weeda, J. Mason | Review certain PMA submissions; discussion with Mary Wood. | | 2.5 | Partner | $ 800 | $ 2,000 | | | x |
| 2/4/2016 | Ghafary, Qais | Review and analyze principal disclosure statement, exhibits, supporting case law and statutory scheme. | | 3.2 | Associate | $ 400 | $ 1,280 | x | | |
| 2/8/2016 | Feldman, Brian M. | Contact AUSA re [**REDACTED**]. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 2/16/2016 | Feldman, Brian M. | Contact AUSA re investigation; email communications with client re upcoming [**REDACTED**]. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 2/19/2016 | Feldman, Brian M. | Prepare for telephone conference with USAO; telephone conference with USAO; update client. | | 1.1 | Partner | $ 800 | $ 880 | x | | |
| 2/19/2016 | Weeda, J. Mason | Review e-mail from Brian Feldman regarding status of case; further correspondence regarding the same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 2/22/2016 | Feldman, Brian M. | Telephone conference with C. Harwood. | | 1.2 | Partner | $ 800 | $ 960 | x | | |
| 2/25/2016 | Feldman, Brian M. | Communications with Government; update client. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 2/26/2016 | Feldman, Brian M. | Advise client re seal extension; consent to seal extension. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/1/2016 | Ghafary, Qais | Conference with B. Feldman re case status. | | 0.4 | Associate | $ 400 | $ 160 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2016 | Weeda, J. Mason | Telephone call with Brian Feldman and Mary Wood; review client e-mails. | | 1.2 | Partner | $ 800 | $ 960 | x | | |
| 3/1/2016 | Terman, Stephen D. | Telephone call with client and Mary Wood; review e-mails regarding same; discussion with colleague. | | 7.5 | Partner | $ 800 | $ 6,000 | x | | |
| 3/2/2016 | Feldman, Brian M. | Setup telephone conference at request of AUSAs. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/2/2016 | Feldman, Brian M. | Telephone conference with U.S. Attorney; follow up with client. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 3/3/2016 | Feldman, Brian M. | Review government submission to Court; forward to client with update. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 3/3/2016 | Terman, Stephen D. | Review e-mails to and from client. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 3/4/2016 | Terman, Stephen D. | Review e-mails; telephone call with client. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 3/5/2016 | Feldman, Brian M. | Contact client re email; respond to client email. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 3/7/2016 | Feldman, Brian M. | Telephone conference with M. Wood. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 3/7/2016 | Terman, Stephen D. | Review e-mails. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 3/8/2016 | Terman, Stephen D. | Review e-mails; discussion with colleagues. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 3/9/2016 | Terman, Stephen D. | Review e-mails. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 3/10/2016 | Feldman, Brian M. | Email communications with client and OFW Law. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 3/10/2016 | Ghafary, Qais | Review principal disclosure statement, complaint. | | 2.9 | Associate | $ 400 | $ 1,160 | x | | |
| 3/10/2016 | Weeda, J. Mason | E-mail correspondence with Brian Feldman; draft email to Mary Wood; internal correspondence. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 3/10/2016 | Terman, Stephen D. | Review e-mails; discussion with colleague. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 3/15/2016 | Weeda, J. Mason | Telephone call with Mary Wood and Brian Feldman. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 3/22/2016 | Feldman, Brian M. | Review client email re corporate changes; email client re Steripak; contact U.S. Attorney's Office re status. | | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 3/22/2016 | Weeda, J. Mason | Review E-mail from Brian Feldman regarding changes to Advantis devices; draft response E-mail with analysis pursuant to FDA guidance on device changes. | | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 3/24/2016 | Feldman, Brian M. | Telephone conference with AUSA Harwood. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 3/24/2016 | Ghafary, Qais | Participate in call with USAO and discussion with B. Feldman re same. | | 0.4 | Associate | $ 400 | $ 160 | x | | |
| 3/25/2016 | Feldman, Brian M. | Evaluate benefits of document review platform for review of documents. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 3/25/2016 | Feldman, Brian M. | Update client re discussion with U.S. Attorney's Office. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 3/28/2016 | Feldman, Brian M. | Review client emails. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 3/31/2016 | Weeda, J. Mason | Correspondence with Mary Wood and Brian Feldman. | | 1.0 | Partner | $ 800 | $ 800 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2016 | Feldman, Brian M. | Telephone conference with client. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 4/1/2016 | Ghafary, Qais | Participate in conference call with B. Feldman, client and co-counsel. | | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 4/1/2016 | Terman, Stephen D. | Review numerous E-mails from Mary Wood, client, and colleague. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 4/5/2016 | Feldman, Brian M. | Review client email; seek input from OFW Law. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/6/2016 | Terman, Stephen D. | Review e-mails from client and colleague. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/12/2016 | Terman, Stephen D. | Review e-mail and research documents; discussion with colleagues regarding same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/13/2016 | Terman, Stephen D. | Review documents from Mary Wood; discussion with colleague regarding 510(k)and PMA issues; review e-mails. | | 3.8 | Partner | $ 800 | $ 3,040 | x | | |
| 4/14/2016 | Terman, Stephen D. | Review e-mail from client; review e-mails from colleague; discuss with colleague | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 4/16/2016 | Terman, Stephen D. | Review e-mails from Mary Wood. | | - | Partner | $ 800 | $ - | x | | |
| 4/25/2016 | Terman, Stephen D. | Review e-mail and documents from colleague; discuss same with colleague; review documents from client; telephone call with client; conference call with DOJ. | | 6.0 | Partner | $ 800 | $ 4,800 | x | | |
| 4/25/2016 | Terman, Stephen D. | Review emails and documents from client. | | 6.0 | Partner | $ 800 | $ 4,800 | x | | |
| 4/26/2016 | Terman, Stephen D. | Review various documents; discuss with colleague. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 5/9/2016 | Feldman, Brian M. | Correspondence with client re [REDACTED]. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 5/19/2016 | Weeda, J. Mason | Review [REDACTED] from DOJ | Reveals common interest communication with Government. | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 5/19/2016 | Terman, Stephen D. | Review e-mail; telephone call with colleague. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/26/2016 | Feldman, Brian M. | Review [REDACTED]. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 5/31/2016 | Feldman, Brian M. | Prepare for [REDACTED] briefing with SDNY; telephone conference with SDNY re [REDACTED]. | Reveals common interest communication with Government. | 1.8 | Partner | $ 800 | $ 1,440 | x | | |
| 5/31/2016 | McGuire, Maura C. | Exchange e-mails with M. Weeda, M. Wood and B. Feldman re [REDACTED]; telephone conference with B. Feldman to prepare for call with SDNY; call with SDNY to discuss [REDACTED] and e-mail to SDNY summarizing items discussed. | Reveals common interest communication with Government. | 2.6 | Associate | $ 400 | $ 1,040 | x | | |
| 5/31/2016 | Weeda, J. Mason | Correspondence with Maura Mcguire regarding [REDACTED] | Reveals common interest communication with Government. | 1.5 | Partner | $ 800 | $ 1,200 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2016 | Terman, Stephen D. | Review e-mails regarding action and meeting with government; telephone call with colleague regarding [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 6/3/2016 | Terman, Stephen D. | Review E-mails regarding [REDACTED] | Reveals common interest communication with Government. | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 6/8/2016 | Feldman, Brian M. | Meeting with SDNY. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 6/9/2016 | McGuire, Maura C. | Meeting with D. Archer re status of [REDACTED] and update from B. Feldman's meeting with C. Harwood. | Reveals common interest communication with Government. | 0.6 | Associate | $ 400 | $ 240 | x | | |
| 6/10/2016 | Feldman, Brian M. | Update client re SDNY discussion. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/13/2016 | Terman, Stephen D. | Discussion with colleague regarding work product for "going forward"; review documents regarding same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 6/16/2016 | Feldman, Brian M. | Review Supreme Court False Claims Act decision. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/16/2016 | McGuire, Maura C. | E-mail from J. Bringewatt to M. Wood re [REDACTED];discuss case with J. Bringewatt and B. Feldman. | Reveals attorney-client communication re legal advice. | 0.3 | Associate | $ 400 | $ 120 | x | | |
| 6/16/2016 | Bringewatt, John P. | Conduct research re False Claims Act caselaw developments; correspondence re same. | | 0.5 | Senior Associate | $ 500 | $ 250 | x | | |
| 6/16/2016 | Weeda, J. Mason | Review letter to AUSO and other materials; send to Stewart Fried for review. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 6/22/2016 | Feldman, Brian M. | Contact SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/30/2016 | Weeda, J. Mason | Draft [REDACTED] | Reveals common interest communication with Government. | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 6/30/2016 | Feldman, Brian M. | Telephone conference with SDNY re meeting; review notes in advance of meeting; discuss meeting and common interest terms with client. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 7/8/2016 | Feldman, Brian M. | Update client on SDNY meeting; pose questions to client from SDNY; provide SDNY with requested [REDACTED] from Instrumed. | Reveals common interest communication with Government. | 0.8 | Partner | $ 800 | $ 640 | | | x |
| 7/8/2016 | Feldman, Brian M. | Review common interest agreement; advise client re same. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 7/15/2016 | Weeda, J. Mason | Draft [REDACTED]; research regarding the same; send draft [REDACTED] to Brian Feldman. | Reveals common interest communication with Government. | 4.1 | Partner | $ 800 | $ 3,280 | x | | |
| 7/18/2016 | Feldman, Brian M. | Email SDNY common interest plan after reviewing and signing. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 7/19/2016 | Weeda, J. Mason | Review SDNY draft [REDACTED]; e-mail comments to Harter Secrest. | Reveals common interest communication with Government. | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 7/20/2016 | Feldman, Brian M. | Correspondence with SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/21/2016 | Weeda, J. Mason | Review and revise draft [REDACTED]; circulate to counsel. | Reveals common interest communication with Government. | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 7/25/2016 | Feldman, Brian M. | Review recent case law; email. | | 1.6 | Partner | $ 800 | $ 1,280 | x | | |
| 8/4/2016 | Feldman, Brian M. | Review email from SDNY; update client and co-counsel. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/4/2016 | Terman, Stephen D. | Review e-mail from client and discuss same with colleague. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/8/2016 | Weeda, J. Mason | Review e-mail from Mary Wood regarding [REDACTED] Avalign; draft and send reply e-mail. | Reveals attorney-client communication re legal advice. | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 8/9/2016 | Terman, Stephen D. | Review e-mail from Mary Wood. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/10/2016 | Feldman, Brian M. | Follow up with SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/11/2016 | Feldman, Brian M. | Correspondence with SDNY re review of [REDATED] and in-person meeting. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/11/2016 | Terman, Stephen D. | Review e-mails regarding document production. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/16/2016 | Feldman, Brian M. | Meeting with SDNY re document production. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 8/17/2016 | Feldman, Brian M. | Email exchange with SDNY about documents; update client re same. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 8/22/2016 | Archer, David T. | Conference with B. Feldman and M. McGuire re documents provided by US Attorneys' Office; review documents contained on disc. | | 1.9 | Associate | $ 400 | $ 760 | x | | |
| 8/22/2016 | Feldman, Brian M. | Review CID production from Avalign; correspondence with SDNY re same. | | 1.1 | Partner | $ 800 | $ 880 | x | | |
| 8/22/2016 | McGuire, Maura C. | Meeting with B. Feldman and D. Archer discussing production and next steps. | | 0.8 | Associate | $ 400 | $ 320 | x | | |
| 8/23/2016 | Archer, David T. | Draft letter to M. Wood enclosing CD of documents received from US Attorneys' Office; draft email to M. Wood re same; review documents on CD. | | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 8/23/2016 | Feldman, Brian M. | Provide SDNY correspondence to client and co-counsel; seek co-counsel consent to sharing agreement. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/23/2016 | Terman, Stephen D. | Review documents from USA office; discuss same with colleague. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 8/24/2016 | Archer, David T. | Review and analyze documents contained on CD from DOJ. | | 2.8 | Associate | $ 400 | $ 1,120 | x | | |
| 8/25/2016 | Archer, David T. | Review and analyze documents contained on CD from DOJ; draft inventory of documents; draft email to M. Wood enclosing same. | | 5.1 | Associate | $ 400 | $ 2,040 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/30/2016 | Archer, David T. | Review documents per email from B. Feldman; draft email to B. Feldman re meeting with M. Wood. | | 1.1 | Associate | $ 400 | $ 440 | x | | |
| 9/1/2016 | Archer, David T. | Draft emails to M. Wood and OFW Law re scheduling meeting to discuss documents. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 9/2/2016 | Archer, David T. | Review documents provided by USAO; telephone conference with M. Wood, B. Feldman, S. Terman and M. Weeda. | | 2.2 | Associate | $ 400 | $ 880 | x | | |
| 9/2/2016 | Feldman, Brian M. | Telephone conference with client re CID response. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 9/2/2016 | Weeda, J. Mason | Telephone call regarding document review | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 9/2/2016 | Terman, Stephen D. | Telephone call regarding document review; discuss same with colleague. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 9/5/2016 | Feldman, Brian M. | Review email from SDNY; send sharing agreement to co-counsel for execution at request of SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 9/6/2016 | Feldman, Brian M. | Send updated sharing agreement to SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 9/8/2016 | Archer, David T. | Draft letter to OFW Law enclosing CD; strategize re document review. | | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 9/11/2016 | Archer, David T. | Review emails from M. Wood re documents provided by USAO; draft emails to M. Wood re same; draft emails to B. Feldman re same. | | 0.3 | Associate | $ 400 | $ 120 | x | | |
| 9/11/2016 | Terman, Stephen D. | Review e-mail and documents. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 9/12/2016 | Feldman, Brian M. | Follow up on CID requests with client. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 9/13/2016 | Archer, David T. | Review documents and emails in preparation for call with M. Wood; telephone conference with M. Wood re documents. | | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 9/14/2016 | Archer, David T. | Draft email to M. Weeda re documents produced by USAO; draft email to USAO re additional [REDACTED]; review revised email; review documents re dates of FDA correspondence. | Reveals common interest communication with Government. | 1.6 | Associate | $ 400 | $ 640 | x | | |
| 9/14/2016 | Feldman, Brian M. | Finalize and send [REDACTED] list and suggestions to SDNY. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 9/14/2016 | Feldman, Brian M. | Draft communications with SDNY re [REDACTED] Instrumed. | Reveals common interest communication with Government. | 0.9 | Partner | $ 800 | $ 720 | | | x |
| 9/14/2016 | Weeda, J. Mason | Review Avalign production of documents in response to CID. | Reveals common interest communication with Government. | 3.5 | Partner | $ 800 | $ 2,800 | | | x |
| 9/15/2016 | Archer, David T. | Review documents provided by USAO, per email from B. Feldman. | | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 9/15/2016 | McGuire, Maura C. | Set up file share system with USAO. | | 0.1 | Associate | $ 400 | $ 40 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 9/16/2016 | Terman, Stephen D. | Review documents; telephone call with colleague; review e-mail to client; review various e-mails. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 9/19/2016 | Archer, David T. | Conference with B. Feldman re new documents received by USAO; review notes re question from M. Wood; review documents produced by USAO. | | 0.6 | Associate | $ 400 | $ 240 | x | | |
| 9/19/2016 | McGuire, Maura C. | Upload Avalign documents from US DOJ dataroom. | | 1.5 | Associate | $ 400 | $ 600 | x | | |
| 9/20/2016 | McGuire, Maura C. | Upload Avalign documents from DOJ dataroom and coordinate HSE data sharing of all Avalign documents; add [REDACTED] to HSE-SDNY dataroom. | Reveals common interest communication with Government; reveals law enforcement techniques. | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 9/20/2016 | Feldman, Brian M. | Meeting with SDNY. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 9/20/2016 | Archer, David T. | Conference with M. McGuire re new documents provided by USAO; review documents provided by USAO. | | 1.4 | Associate | $ 400 | $ 560 | x | | |
| 9/21/2016 | Feldman, Brian M. | Review request from [REDACTED] to share records with [REDACTED]; seek direction from SDNY. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 9/21/2016 | McGuire, Maura C. | Exchange e-mails with [REDACTED] re content of dataroom. | Reveals common interest communication with Government; reveals law enforcement techniques. | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 9/21/2016 | Archer, David T. | Review additional documents; draft index of same. | | 1.6 | Associate | $ 400 | $ 640 | x | | |
| 9/22/2016 | Feldman, Brian M. | Update client and co-counsel re SDNY meetings. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 9/22/2016 | Feldman, Brian M. | Review production. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 9/22/2016 | Terman, Stephen D. | Review documents re Avalign production. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 9/23/2016 | Archer, David T. | Review documents provided by USAO; conference with M. McGuire re same. | | 0.8 | Associate | $ 400 | $ 320 | x | | |
| 9/23/2016 | McGuire, Maura C. | Upload all documents to data room. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 9/23/2016 | Weeda, J. Mason | Execute and send "sharing agreement" to Brian Feldman. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 9/26/2016 | Archer, David T. | Review documents produced by USAO; draft index re same. | | 4.7 | Associate | $ 400 | $ 1,880 | x | | |
| 9/27/2016 | Archer, David T. | Review second production provided by USAO; create index re same. | | 5.1 | Associate | $ 400 | $ 2,040 | x | | |
| 9/27/2016 | Feldman, Brian M. | Discuss status of Avalign inventory. | | 0.1 | Partner | $ 800 | $ 80 | | | x |
| 9/28/2016 | Feldman, Brian M. | Email SDNY re meeting; correspondence re follow up [REDACTED] and document review. | Reveals common interest communication with Government. | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 9/28/2016 | Archer, David T. | Review and analyze documents provided by USAO; draft index of documents. | | 5.9 | Associate | $ 400 | $ 2,360 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/28/2016 | Terman, Stephen D. | Review documents index; Review documents | | 4.5 | Partner | $ 800 | $ 3,600 | x | | |
| 9/29/2016 | Feldman, Brian M. | Brief AUSA on [REDACTED] Avalign; assist in drafting same. | Reveals common interest communication with Government. | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 9/29/2016 | Archer, David T. | Review documents provided by USAO; draft index re same. | | 2.1 | Associate | $ 400 | $ 840 | x | | |
| 9/30/2016 | Archer, David T. | Review documents produced by USAO; draft index of documents. | | 1.0 | Associate | $ 400 | $ 400 | x | | |
| 10/3/2016 | Feldman, Brian M. | Telephone conference with client; review FDA correspondence timeline between Instrumed and FDA; complete draft email requested by SDNY. | | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 10/3/2016 | Archer, David T. | Draft index of documents provided by USAO. | | 0.9 | Associate | $ 400 | $ 360 | x | | |
| 10/4/2016 | Archer, David T. | Review and analyze documents provided by USAO; draft index of documents. | | 1.1 | Associate | $ 400 | $ 440 | x | | |
| 10/4/2016 | Feldman, Brian M. | Telephone conference with client. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 10/4/2016 | Terman, Stephen D. | Review documents. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 10/5/2016 | Archer, David T. | Review and analyze documents provided by USAO; draft index re same. | | 1.6 | Associate | $ 400 | $ 640 | x | | |
| 10/6/2016 | Archer, David T. | Review documents provided by USAO; draft index of documents. | | 1.3 | Associate | $ 400 | $ 520 | x | | |
| 10/7/2016 | McGuire, Maura C. | Conference call with legal team and M. Wood to discuss status of case and strategize re next steps in document review. | | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 10/7/2016 | Archer, David T. | Draft index of documents provided by USAO; conference with B. Feldman and M. McGuire re update on status of case. | | 1.8 | Associate | $ 400 | $ 720 | x | | |
| 10/7/2016 | Weeda, J. Mason | Telephone call with Stewart Fried, Mary Wood, and Brian Feldman regarding responses to CID requests. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 10/7/2016 | Terman, Stephen D. | Review documents; discussion with colleagues regarding telephone call with client. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 10/10/2016 | Archer, David T. | Draft index of documents provided by USAO. | | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 10/10/2016 | Terman, Stephen D. | Review documents. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 10/11/2016 | Feldman, Brian M. | Telephone conference with SDNY about Avalign; review [REDACTED]; email SDNY re same. | Reveals common interest communication with Government. | 0.4 | Partner | $ 800 | $ 320 | | | x |
| 10/11/2016 | Archer, David T. | Conference with B. Feldman re search terms research; draft index of documents provided by USAO. | | 0.9 | Associate | $ 400 | $ 360 | x | | |
| 10/11/2016 | Terman, Stephen D. | Review documents. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/2016 | Archer, David T. | Review and analyze emails provided by M. Wood to create list of search terms. | | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 10/13/2016 | Archer, David T. | Review and analyze emails from M. Wood to find [**REDACTED**] emails from Avalign document custodians; draft email to M. Wood re [**REDACTED**]. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 1.6 | Associate | $ 400 | $ 640 | x | | |
| 10/13/2016 | Feldman, Brian M. | Review email from SDNY; forward same to client and co-counsel. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 10/13/2016 | Weeda, J. Mason | Review production; correspondence with Dave Archer regarding index; work on index for Steve Terman. | | 1.1 | Partner | $ 800 | $ 880 | x | | |
| 10/13/2016 | Terman, Stephen D. | Review documents. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 10/14/2016 | Feldman, Brian M. | Review and revise [**REDACTED**] for SDNY [**REDACTED**] Avalign. | Reveals common interest communication with Government. | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 10/14/2016 | Archer, David T. | Review documents and emails to create [**REDACTED**]; conference with B. Feldman re same; revise and edit [**REDACTED**]; draft email to B. Feldman re revised [**REDACTED**]. | Reveals common interest communication with Government. | 2.6 | Associate | $ 400 | $ 1,040 | x | | |
| 10/14/2016 | Weeda, J. Mason | Revisions to Brian Feldman's e-mail to SDNY | | 0.9 | Partner | $ 800 | $ 720 | x | | |
| 10/14/2016 | Terman, Stephen D. | Review documents; review e-mails; discuss issues with colleague. | | 2.8 | Partner | $ 800 | $ 2,240 | | | |
| 10/17/2016 | Archer, David T. | Review documents produced by USAO; draft index re same. | | 0.9 | Associate | $ 400 | $ 360 | x | | |
| 10/17/2016 | Terman, Stephen D. | Review documents. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 10/18/2016 | Archer, David T. | Review and respond to emails from M. Wood re documents. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 10/25/2016 | Feldman, Brian M. | Review update email from SDNY; reach out to client re [**REDACTED**] Avalign counsel; telephone conference with SDNY re same. | Reveals common interest communication with Government. | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 10/25/2016 | Archer, David T. | Review and respond to email from M. Wood re [**REDACTED**]; review emails from B. Feldman re Avalign response to document demands. | Reveals attorney-client communication re legal advice. | 0.2 | Associate | $ 400 | $ 80 | | | x |
| 10/26/2016 | Feldman, Brian M. | Respond to SDNY request for information about [**REDACTED**]; review material re same with client. | Reveals common interest communication with Government. | 0.9 | Partner | $ 800 | $ 720 | | | x |
| 10/26/2016 | Weeda, J. Mason | Review e-mail from Brian Feldman on Majesty database; e-mail to Steve Terman regarding same. | | 0.9 | Partner | $ 800 | $ 720 | | | x |
| 10/27/2016 | Feldman, Brian M. | Draft email to SDNY re [**REDACTED**] request; review client emails and other files re same issue; seek input from client and co-counsel; search online re [**REDACTED**]. | Reveals common interest communication with Government. | 3.3 | Partner | $ 800 | $ 2,640 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/2016 | Archer, David T. | Review and respond to emails from M. Wood re [REDACTED] issues; create dataroom re same. | Reveals attorney-client communication re legal advice. | 0.3 | Associate | $ 400 | $ 120 | x | | |
| 10/27/2016 | McGuire, Maura C. | E-mails from working group re Avalign's ability to produce majesty documents. | | 0.2 | Associate | $ 400 | $ 80 | | | x |
| 10/27/2016 | Weeda, J. Mason | Review e-mail from Brian Feldman on Majesty database;  response regarding same. | | 1.1 | Partner | $ 800 | $ 880 | | | x |
| 10/27/2016 | Terman, Stephen D. | Review and research issues; review e-mails. | | 3.0 | Partner | $ 800 | $ 2,400 | | | x |
| 10/28/2016 | McGuire, Maura C. | Review e-mail from B. Feldman to SDNY re production of [REDACTED]. | Reveals common interest communication with Government. | 0.3 | Associate | $ 400 | $ 120 | | | x |
| 10/28/2016 | Feldman, Brian M. | Email communications with SDNY and client. | | 0.4 | Partner | $ 800 | $ 320 | | | x |
| 10/28/2016 | Terman, Stephen D. | Review documents; send and review e-mails. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 11/3/2016 | Terman, Stephen D. | Review e-mails from client. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 11/4/2016 | Terman, Stephen D. | Review e-mails from client; review documents. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 11/7/2016 | Archer, David T. | Review and respond to emails from B. Feldman re documents; review documents re dates for searches to provide to SDNY. | | 1.0 | Associate | $ 400 | $ 400 | x | | |
| 11/7/2016 | Feldman, Brian M. | Telephone conference with client and co-counsel re SDNY requests to Avalign; telephone conference with SDNY. | | 3.0 | Partner | $ 800 | $ 2,400 | | | x |
| 11/7/2016 | Weeda, J. Mason | Meeting with Steve Terman; telephone call with Mary Wood and HSE regarding telephone call with SDNY and [REDACTED]. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.9 | Partner | $ 800 | $ 720 | | | x |
| 11/7/2016 | Terman, Stephen D. | Telephone call with client; discuss same with colleague; review e-mails regarding same; review documents; review DOJ press release; review additional e-mails. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 11/8/2016 | Feldman, Brian M. | Review Wood emails re medical device import requirements. | | 0.4 | Partner | $ 800 | $ 320 | | | x |
| 11/9/2016 | Archer, David T. | Conference with B. Feldman re [REDACTED] Avalign; draft [REDACTED]. | Reveals common interest communication with Government. | 0.8 | Associate | $ 400 | $ 320 | | | x |
| 11/9/2016 | Feldman, Brian M. | Email communications with SDNY; update client re same. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 11/9/2016 | Terman, Stephen D. | Review E-mails from client; review documents. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 11/10/2016 | Archer, David T. | Review and analyze documents re products to [REDACTED] Avalign; draft [REDACTED]. | Reveals common interest communication with Government. | 3.3 | Associate | $ 400 | $ 1,320 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/2016 | Terman, Stephen D. | Review documents; review e-mails. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 11/11/2016 | Archer, David T. | Conference with B. Feldman re [REDACTED] in disclosure statement; review [REDACTED]; revise [REDACTED] Avalign. | Reveals common interest communication with Government. | 2.5 | Associate | $ 400 | $ 1,000 | | | x |
| 11/11/2016 | Feldman, Brian M. | Develop [REDACTED] for SDNY to [REDACTED]. | Reveals common interest communication with Government. | 0.4 | Partner | $ 800 | $ 320 | | | x |
| 11/14/2016 | Terman, Stephen D. | Review E-mails and attach documents. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 11/15/2016 | Feldman, Brian M. | Review SDNY email re Avalign [REDACTED] and request for [REDACTED]. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 11/15/2016 | McGuire, Maura C. | Confirm which states have not accepted service. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 11/16/2016 | Terman, Stephen D. | Review documents. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 11/17/2016 | Terman, Stephen D. | Review documents. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 11/18/2016 | Archer, David T. | Review, revise and edit list of [REDACTED] to send to SDNY; draft emails to B. Feldman re same. | Reveals common interest communication with Government. | 4.4 | Associate | $ 400 | $ 1,760 | | | x |
| 11/18/2016 | Feldman, Brian M. | Correspondence with SDNY; prepare materials for SDNY re [REDACTED]; email client and co-counsel re proposed [REDACTED]. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 11/19/2016 | Archer, David T. | Revise and edit [REDACTED] to send to SDNY; draft email to team enclosing same. | Reveals common interest communication with Government. | 1.1 | Associate | $ 400 | $ 440 | | | x |
| 11/19/2016 | Terman, Stephen D. | Review e-mails and documents; review e-mails. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 11/21/2016 | Archer, David T. | Revise and edit [REDACTED] to send to SDNY; conference with B. Feldman re same. | Reveals common interest communication with Government. | 1.7 | Associate | $ 400 | $ 680 | | | x |
| 11/21/2016 | Terman, Stephen D. | Review e-mails; review documents. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 11/22/2016 | Archer, David T. | Draft email to SDNY enclosing [REDACTED] Avalign. | Reveals common interest communication with Government. | 0.1 | Associate | $ 400 | $ 40 | | | x |
| 11/23/2016 | Terman, Stephen D. | Review memorandum from client; e-mails to and from colleague. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 11/25/2016 | Terman, Stephen D. | Review documents. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 12/1/2016 | Terman, Stephen D. | Review documents. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |
| 12/2/2016 | Archer, David T. | Telephone conference with C. Harwood re request for [REDACTED]; review documents re same. | Reveals common interest communication with Government. | 0.3 | Associate | $ 400 | $ 120 | | | x |
| 12/2/2016 | Terman, Stephen D. | Review documents; review e-mails. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 12/5/2016 | Terman, Stephen D. | Review documents. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 12/6/2016 | Archer, David T. | Review and analyze emails from SDNY re status; conference with B. Feldman re conversation with C. Harwood. | | 0.4 | Associate | $ 400 | $ 160 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/6/2016 | Terman, Stephen D. | Review documents; telephone call with client; send expert response. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 12/7/2016 | Archer, David T. | Draft email to M. Wood re update on status of [REDACTED] from SDNY; review spreadsheet provided by SDNY. | Reveals attorney-client communication re legal advice. | 0.4 | Associate | $ 400 | $ 160 | x | | |
| 12/7/2016 | Terman, Stephen D. | Review documents; review e-mails. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 12/8/2016 | Feldman, Brian M. | Review materials produced by Avalign. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 12/8/2016 | Terman, Stephen D. | Review E-mails; review documents | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 12/8/2016 | Terman, Stephen D. | Review documents. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 12/9/2016 | Feldman, Brian M. | Telephone conference with SDNY. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 12/9/2016 | Terman, Stephen D. | Review r-mails; review documents. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |
| 12/12/2016 | Terman, Stephen D. | Review documents | | 3.3 | Partner | $ 800 | $ 2,640 | x | | |
| 12/13/2016 | Feldman, Brian M. | Set up SDNY briefing; telephone conference with OFW Law. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 12/13/2016 | Feldman, Brian M. | Consult with client about Avalign production. | | 2.0 | Partner | $ 800 | $ 1,600 | | | x |
| 12/13/2016 | Phelps, Evan P. | Review and categorize product detention information for Steve Terman. | | 6.2 | Partner | $ 800 | $ 4,960 | | | x |
| 12/13/2016 | Terman, Stephen D. | Review documents; discussion with colleague; telephone call with client; review e-mails. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 12/14/2016 | Feldman, Brian M. | Telephone conference with SDNY. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 12/14/2016 | Terman, Stephen D. | Review documents and emails. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 12/15/2016 | Feldman, Brian M. | Correspondence with client and co-counsel re Avalign submissions re [REDACTED]; respond to SDNY email re [REDACTED]. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 12/15/2016 | Feldman, Brian M. | Telephone conference with co-counsel re follow up requests; draft requests; email correspondence with SDNY. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |
| 12/15/2016 | McGuire, Maura C. | Telephone conference with S. Tenman, M. Weeda, B. Feldman and M. Wood re update on production from Avalign. | | 0.3 | Associate | $ 400 | $ 120 | | | x |
| 12/15/2016 | Terman, Stephen D. | Conference call with client and colleague; discuss same with colleague; review documents. | | 3.3 | Partner | $ 800 | $ 2,640 | x | | |
| 12/15/2016 | Weeda, J. Mason | Telephone call with Brian Feldman and Steve Terman regarding next steps and review of various data. | | 3.2 | Partner | $ 800 | $ 2,560 | x | | |
| 12/16/2016 | McGuire, Maura C. | Review e-mails from B. Feldman and M. Wood re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.2 | Associate | $ 400 | $ 80 | | | x |
| 12/16/2016 | Terman, Stephen D. | Review documents; review e-mails. | | 4.3 | Partner | $ 800 | $ 3,440 | x | | |
| 12/19/2016 | Feldman, Brian M. | Prepare presentation for SDNY. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 12/19/2016 | Terman, Stephen D. | Review documents in preparation for meeting with AUSA; review e-mails. | | 4.3 | Partner | $ 800 | $ 3,440 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2016 | Weeda, J. Mason | Review 510k submissions for Rongeur and Electrosurgical devices; draft response to Brian Feldman's questions regarding same. | | 1.2 | Partner | $ 800 | $ 960 | | | x |
| 12/20/2016 | Feldman, Brian M. | Travel to SDNY; brief new AUSA on case; respond to SDNY questions. | | 7.0 | Partner | $ 800 | $ 5,600 | x | | |
| 12/20/2016 | Terman, Stephen D. | Travel to New York; attend meeting with AUSA. | | 9.0 | Partner | $ 800 | $ 7,200 | x | | |
| 12/21/2016 | Feldman, Brian M. | Draft email to SDNY with requested follow-up information. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 12/21/2016 | Terman, Stephen D. | Travel to office;, Review documents | | 8.0 | Partner | $ 800 | $ 6,400 | x | | |
| 1/12/2017 | McGuire, Maura C. | Review documents provided by Avalign; e-mail B. Feldman with brief summary of productions content. | | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 1/12/2017 | Feldman, Brian M. | Review production. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 1/16/2017 | McGuire, Maura C. | Review Avalign data file for custodians produced. | | 0.3 | Associate | $ 400 | $ 120 | | | x |
| 1/16/2017 | Terman, Stephen D. | Review documents; research Maude Data Box issue. | | 2.0 | Partner | $ 800 | $ 1,600 | | | x |
| 1/17/2017 | McGuire, Maura C. | Review production cover letter; coordinate upload of documents to system; review documents and e-mail M Wood with summary of custodian's produced requesting feedback. | | 1.1 | Associate | $ 400 | $ 440 | | | x |
| 1/17/2017 | Feldman, Brian M. | Analyze email production; correspondence with U.S. Attorney's Office. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 1/18/2017 | McGuire, Maura C. | Coordinate sending of production to client for review. | | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 1/19/2017 | Weeda, J. Mason | Review draft e-mail to SDNY; e-mail comments to Steve Terman. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 1/19/2017 | Terman, Stephen D. | Review e-mails; discuss with colleague; review documents. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |
| 1/20/2017 | Feldman, Brian M. | Review and respond to email from SDNY. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 1/20/2017 | Terman, Stephen D. | Review e-mails; review documents. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 1/26/2017 | Feldman, Brian M. | Arrange call with SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 1/27/2017 | Feldman, Brian M. | Review customs broker information provided by Avalign. | | 2.2 | Partner | $ 800 | $ 1,760 | | | x |
| 1/27/2017 | McGuire, Maura C. | Telephone conference with USAO re content and issues with recent document production. | | 1.0 | Associate | $ 400 | $ 400 | x | | |
| 1/27/2017 | Terman, Stephen D. | Conference call; review documents; review E-mails. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 1/30/2017 | Feldman, Brian M. | Correspondence with SDNY re tolling agreement. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 1/30/2017 | Feldman, Brian M. | Review FedEx from SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 2/1/2017 | Terman, Stephen D. | Review documents; discuss with colleagues. | | 3.4 | Partner | $ 800 | $ 2,720 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 2/8/2017 | Feldman, Brian M. | Review materials from Avalign presentation to SDNY; correspondence with client and co-counsel re same. | | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 2/8/2017 | Terman, Stephen D. | Review documents for presentations; review e-mails. | | 3.4 | Partner | $ 800 | $ 2,720 | x | | |
| 2/9/2017 | Feldman, Brian M. | Email exchange with SDNY re [REDACTED]. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | | | x |
| 2/9/2017 | Terman, Stephen D. | Review documents; research. | | 3.3 | Partner | $ 800 | $ 2,640 | x | | |
| 2/10/2017 | Terman, Stephen D. | Review documents. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 2/13/2017 | McGuire, Maura C. | Telephone conference with working group re Avalign presentation. | | 1.1 | Associate | $ 400 | $ 440 | | | x |
| 2/13/2017 | Feldman, Brian M. | Devise task list for [REDACTED] Avalign presentation. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 2/13/2017 | Feldman, Brian M. | Telephone conference with team re analysis of Instrumed [REDACTED]. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 2/13/2017 | Weeda, J. Mason | Telephone call with HSE team and Steve Terman; research preamendment devices. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 2/13/2017 | Terman, Stephen D. | Telephone call with client; review document research . | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 2/14/2017 | McGuire, Maura C. | Telephone conference with OFW law to discuss law re ownership of preamendment status. | | 1.0 | Associate | $ 400 | $ 400 | x | | |
| 2/14/2017 | Feldman, Brian M. | Conversation re preamendment rules and regulations. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 2/14/2017 | Weeda, J. Mason | Research preamendment devices. | | 0.9 | Partner | $ 800 | $ 720 | x | | |
| 2/14/2017 | Terman, Stephen D. | Research, review and send e-mails to colleagues; review documents. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 2/15/2017 | Feldman, Brian M. | Prepare for conversation with SDNY; telephone conference with SDNY. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 2/17/2017 | McGuire, Maura C. | Coordinate organization of inventory of documents produced by Avalign with L. Scott. | | 0.7 | Associate | $ 400 | $ 280 | | | x |
| 2/21/2017 | McGuire, Maura C. | Telephone conference with B. Feldman re documents, Avalign's production and follow up questions for Avalign. | | 0.6 | Associate | $ 400 | $ 240 | | | x |
| 2/21/2017 | Scott, Lynn M. | Review and download documents from secure data room to shared discovery folder. | | 0.4 | Paralegal | $ 150 | $ 60 | x | | |
| 2/21/2017 | Feldman, Brian M. | Prepare [REDACTED] presentation. | Reveals common interest communication with Government. | 5.0 | Partner | $ 800 | $ 4,000 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2017 | McGuire, Maura C. | Review Avalign's presentation re pre-amendment devices and B. Feldman's e-mail to the USAO with [REDACTED] Avalign; review Avalign document productions. | Reveals common interest communication with Government. | 1.2 | Associate | $ 400 | $ 480 | | | x |
| 2/22/2017 | Scott, Lynn M. | Work with IT re upload of two new document productions; review all productions and create spreadsheet indexing same; review documents in and save documents to shared discovery 1 folder; locate device history files. | | 3.5 | Paralegal | $ 150 | $ 525 | x | | |
| 2/22/2017 | Feldman, Brian M. | Correspondence with SDNY. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 2/23/2017 | Feldman, Brian M. | Meeting with SDNY to review [REDACTED] Avalign. | Reveals common interest communication with Government. | 2.3 | Partner | $ 800 | $ 1,840 | | | x |
| 2/23/2017 | McGuire, Maura C. | Complete pre-amendment device direct evidence/affidavit spreadsheet; upload device history files to Data Room. | | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 2/23/2017 | Scott, Lynn M. | Discuss pre-amendment device determination requests with M. McGuire and prepare spreadsheet logging same. | | 0.3 | Paralegal | $ 150 | $ 45 | x | | |
| 2/23/2017 | Scott, Lynn M. | Work on review of document production and indexing of same. | | 3.5 | Paralegal | $ 150 | $ 525 | x | | |
| 2/24/2017 | McGuire, Maura C. | Discuss outcome of February 23 meeting at USAO with B. Feldman; email [REDACTED] to S. Mohan; exchange emails with H. Thompson re documents missing from production; index all Avalign productions. | Reveals common interest communication with Government. | 3.5 | Associate | $ 400 | $ 1,400 | | | x |
| 2/26/2017 | Feldman, Brian M. | Begin drafting [REDACTED] Avalign presentation. | Reveals common interest communication with Government. | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 2/26/2017 | McGuire, Maura C. | Meeting with B. Feldman to discuss status of presentation for SDNY. | | 0.3 | Associate | $ 400 | $ 120 | x | | |
| 2/27/2017 | Scott, Lynn M. | Review correspondence from IT re Avalign document conversion. | | 0.1 | Paralegal | $ 150 | $ 15 | x | | |
| 2/28/2017 | McGuire, Maura C. | Prepare presentation slide deck and exhibits; meet and exchange emails with B. Feldman re same. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 2/28/2017 | Feldman, Brian M. | Complete slide deck; circulate to client and co-counsel. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 3/1/2017 | McGuire, Maura C. | Finalize and upload [REDACTED] for USAO's [REDACTED]; exchange e-mails with M. Wood re comments [REDACTED]. | Reveals common interest communication with Government. | 0.8 | Associate | $ 400 | $ 320 | | | x |
| 3/3/2017 | McGuire, Maura C. | Review productions for completeness and review e-mails for password to 1/26/17 production. | | 0.2 | Associate | $ 400 | $ 80 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/6/2017 | McGuire, Maura C. | Meeting with B. Feldman to discuss status of presentation; e-mail to M. Wood re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.4 | Associate | $ 400 | $ 160 | x | | |
| 3/6/2017 | Feldman, Brian M. | Update slide deck and exhibits. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 3/8/2017 | McGuire, Maura C. | Email to M. Wood re [REDACTED]; prepare exhibits for presentation at USAO. | Reveals attorney-client communication re legal advice. | 1.5 | Associate | $ 400 | $ 600 | x | | |
| 3/9/2017 | Feldman, Brian M. | Review new materials provided by SDNY. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 3/9/2017 | McGuire, Maura C. | Review documents provided by S. Mohan; e-mail to S. Mohan re duplicative bates numbers used by Avalign; review binder index for 3/13 presentation. | | 0.8 | Associate | $ 400 | $ 320 | x | | |
| 3/10/2017 | Feldman, Brian M. | Prepare [REDACTED] Avalign. | Reveals common interest communication with Government. | 2.0 | Partner | $ 800 | $ 1,600 | | | x |
| 3/10/2017 | Weeda, J. Mason | Review and revise Avalign [REDACTED] SDNY | Reveals common interest communication with Government. | 1.8 | Partner | $ 800 | $ 1,440 | | | x |
| 3/10/2017 | McGuire, Maura C. | Prepare for presentation at USAO; make travel arrangements for presentation. | | 2.6 | Associate | $ 400 | $ 1,040 | x | | |
| 3/13/2017 | McGuire, Maura C. | Prepare for and participate in presentation to USAO [REDACTED]. | Reveals common interest communication with Government. | 5.3 | Associate | $ 400 | $ 2,120 | | | x |
| 3/13/2017 | Weeda, J. Mason | Telephone call with HSE, SDNY, and Steve Terman; prepare for same; review Avalign CID responses; send comments to Steve Terman and Brian Feldman; review presentation materials. | | 4.0 | Partner | $ 800 | $ 3,200 | | | x |
| 3/13/2017 | Feldman, Brian M. | Prepare for presentation; presentation to government; brief relator; prepare follow-up items requested by SDNY. | | 5.4 | Partner | $ 800 | $ 4,320 | x | | |
| 3/13/2017 | Terman, Stephen D. | Review e-mail from colleague regarding review of documents from client; review documents prepare for conference call with DOJ; conference call with DOJ. | | 3.7 | Partner | $ 800 | $ 2,960 | x | | |
| 3/14/2017 | Feldman, Brian M. | Respond to client questions re SDNY meeting. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/14/2017 | Terman, Stephen D. | Review documents. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/15/2017 | McGuire, Maura C. | Compile questions asked during 3/13 presentation and draft e-mail with documents and information responding to questions; telephone conference with B. Feldman reviewing requests and responses from USAO and drafting [REDACTED]. | Reveals common interest communication with Government. | 5.7 | Associate | $ 400 | $ 2,280 | | | x |
| 3/15/2017 | Feldman, Brian M. | Prepare for presentation to SDNY. | | 2.7 | Partner | $ 800 | $ 2,160 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 3/15/2017 | Weeda, J. Mason | E-mail correspondence with Maura McGurire regarding preamendment documentation. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 3/15/2017 | Terman, Stephen D. | Review E-mail and documents; review documents. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 3/16/2017 | Terman, Stephen D. | Review 510(k) and older documents | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 3/17/2017 | McGuire, Maura C. | Prepare for phone conference with B. Feldman and USAO re USAO's [**REDACTED**] Avalign and Instrumed; participate in phone conference with USAO re same; gather follow-up items for USAO's [**REDACTED**]; exchange e-mails with USAO paralegal re set up for call; create data room with 3/13/17 presentation materials. | Reveals common interest communication with Government. | 5.0 | Associate | $ 400 | $ 2,000 | | | x |
| 3/17/2017 | Feldman, Brian M. | Prep for call with SDNY; telephone conference with SDNY; gather information requested by SDNY. | | 2.6 | Partner | $ 800 | $ 2,080 | x | | |
| 3/17/2017 | Terman, Stephen D. | Review documents | | 2.4 | Partner | $ 800 | $ 1,920 | x | | |
| 3/20/2017 | Terman, Stephen D. | Telephone call with client; review documents. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 3/21/2017 | Feldman, Brian M. | Meeting with SDNY re [**REDACTED**] Avalign counsel. | Reveals common interest communication with Government. | 0.6 | Partner | $ 800 | $ 480 | | | x |
| 3/21/2017 | McGuire, Maura C. | E-mail to B. Feldman outlining difference between 6/2/14 FDA response and response to 3752's. | | 0.3 | Associate | $ 400 | $ 120 | x | | |
| 3/22/2017 | Feldman, Brian M. | Respond to Harwood questions re [**REDACTED**]. | Reveals common interest communication with Government. | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 3/22/2017 | Terman, Stephen D. | Review documents | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 3/24/2017 | Feldman, Brian M. | Meeting with SDNY re SDNY presentation to Avalign; travel. | | 3.5 | Partner | $ 800 | $ 2,800 | x | | |
| 3/27/2017 | Feldman, Brian M. | Update client. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/27/2017 | Weeda, J. Mason | Review and respond to Mary Wood's question on [**REDACTED**]; conference with Steve Terman regarding same. | Reveals attorney-client communication re legal advice. | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 3/27/2017 | Terman, Stephen D. | Review e-mails; review documents; discussion with colleague. | | 2.7 | Partner | $ 800 | $ 2,160 | x | | |
| 3/29/2017 | McGuire, Maura C. | Meeting with B. Feldman re meeting between USAO and counsel for Avalign. | | 0.6 | Associate | $ 400 | $ 240 | x | | |
| 3/29/2017 | Feldman, Brian M. | Review notes from SDNY meeting; generate follow-up questions for client and co-counsel. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 3/30/2017 | Feldman, Brian M. | Review [**REDACTED**] information and transmit to SDNY; correspondence with client. | Reveals common interest communication with Government. | 0.4 | Partner | $ 800 | $ 320 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 3/30/2017 | McGuire, Maura C. | Research contact information for Sunnae Lawster. | | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 4/4/2017 | McGuire, Maura C. | Call with working group re update on USAO conversation with Avalign counsel. | | 0.8 | Associate | $ 400 | $ 320 | x | | |
| 4/4/2017 | Weeda, J. Mason | Telephone call with HSE Team regarding SDNY meeting with Avalign. | | 1.1 | Partner | $ 800 | $ 880 | x | | |
| 4/4/2017 | Terman, Stephen D. | Discussion with colleagues; conference call regarding meeting with AUSA; review documents. | | 2.7 | Partner | $ 800 | $ 2,160 | x | | |
| 4/5/2017 | Feldman, Brian M. | Contact SDNY re Avalign [**REDACTED**]. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | | | x |
| 4/6/2017 | Feldman, Brian M. | Telephone conference with SDNY; update client re same. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/10/2017 | Weeda, J. Mason | E-mails and telephone call with colleagues and Brian Feldman regarding reimbursement. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 4/12/2017 | Feldman, Brian M. | Design damages approach; outreach to SDNY re [**REDACTED**]. | Reveals common interest communication with Government. | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 4/12/2017 | McGuire, Maura C. | Meeting with B. Feldman re damage projection. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 4/12/2017 | Macdonald, Chloe J. | Discuss FCA re consent of relator to extend seal. | | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 4/12/2017 | Feldman, Brian M. | Telephone conference with co-counsel re approach to identifying damages. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 4/12/2017 | Feldman, Brian M. | Edit damages projections upon receiving client input and information. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 4/12/2017 | Feldman, Brian M. | Coordinate meeting with SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 4/13/2017 | Feldman, Brian M. | Emails with SDNY and [**REDACTED**]. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 4/13/2017 | Macdonald, Chloe J. | FCA research re consent of relator to extend seal. | | 2.1 | Associate | $ 400 | $ 840 | x | | |
| 4/13/2017 | Weeda, J. Mason | E-mails with Ed Teitel regarding procedures | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 4/14/2017 | Feldman, Brian M. | Outline [**REDACTED**] for SDNY; organize slide deck re same. | Reveals common interest communication with Government. | 1.7 | Partner | $ 800 | $ 1,360 | x | | |
| 4/16/2017 | Macdonald, Chloe J. | FCA research re consent of relator to extend seal. | | 1.3 | Associate | $ 400 | $ 520 | x | | |
| 4/17/2017 | Feldman, Brian M. | Send slide deck re [**REDACTED**], and [**REDACTED**], to SDNY. | Reveals common interest communication with Government. | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/17/2017 | Feldman, Brian M. | Telephone conference with SDNY and FDA OCI, including preparation. | | 1.1 | Partner | $ 800 | $ 880 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2017 | Macdonald, Chloe J. | FCA research re consent of relator to extend seal; draft email to B. Feldman re same. | | 3.2 | Associate | $ 400 | $ 1,280 | x | | |
| 4/18/2017 | Feldman, Brian M. | Review and edit proposed tolling agreement. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 4/18/2017 | Weeda, J. Mason | E-mails with Ed Teitel regarding procedures. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/19/2017 | Feldman, Brian M. | Telephone conference with SDNY re recall device [**REDACTED**]; email follow-up re missing recall item number. | Reveals common interest communication with Government. | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 4/19/2017 | Feldman, Brian M. | Client update. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 4/20/2017 | Feldman, Brian M. | Review SDNY proposed email to Avalign counsel; email SDNY with suggestions. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/21/2017 | McGuire, Maura C. | E-mails from B. Feldman re updates from USAO. | | 0.3 | Associate | $ 400 | $ 120 | x | | |
| 4/22/2017 | Weeda, J. Mason | Review E-mail from Ed Teitel and e-mail to Brian Feldman with comments. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/24/2017 | Feldman, Brian M. | Telephone conference with SDNY re Avalign meeting. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 4/25/2017 | Feldman, Brian M. | Correspondence with SDNY re Avalign meeting; update client. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 5/4/2017 | Feldman, Brian M. | Telephone conference with SDNY; analyze Avalign recall production. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 5/4/2017 | Terman, Stephen D. | Review e-mails and spreadsheets from client; discuss with colleague; review other documents. | | 5.3 | Partner | $ 800 | $ 4,240 | x | | |
| 5/5/2017 | Feldman, Brian M. | Update client; review Avalign production for potential end user [**REDACTED**]. | Reveals common interest communication with Government. | 0.9 | Partner | $ 800 | $ 720 | x | | |
| 5/5/2017 | Feldman, Brian M. | Contact SDNY re communications with Avalign. | | 0.4 | Partner | $ 800 | $ 320 | | | x |
| 5/5/2017 | McCarthy, Anna S.M. | Call with B. Feldman to discuss case background and analysis of medical device data; analyze medical device data for number of sales; call with B. Feldman to discuss anomalies in medical device data. | | 2.7 | Associate | $ 400 | $ 1,080 | x | | |
| 5/5/2017 | Terman, Stephen D. | Review e-mails and review documents. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |
| 5/6/2017 | McCarthy, Anna S.M. | Analyze medical device data for number of sales; draft chart containing total number of sales for recalled medical devices. | | 4.5 | Associate | $ 400 | $ 1,800 | | | x |
| 5/7/2017 | McCarthy, Anna S.M. | Analyze medical device data for number of sales; draft chart containing total number of sales for recalled medical devices; draft email to B. Feldman with summary of analyzed medical device purchase data. | | 4.0 | Associate | $ 400 | $ 1,600 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalgin SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/8/2017 | McGuire, Maura C. | Review emails from C. Harwood and S. Mohan re Avalign's [**REDACTED**]. | Reveals common interest communication with Government. | 0.2 | Associate | $ 400 | $ 80 | | | x |
| 5/8/2017 | McCarthy, Anna S.M. | Edit chart containing total number of sales for recalled medical devices; send email to B. Feldman re chart. | | 0.2 | Associate | $ 400 | $ 80 | | | x |
| 5/10/2017 | Feldman, Brian M. | Meeting with SDNY; telephone conference with client with SDNY questions and update; travel. | | 5.5 | Partner | $ 800 | $ 4,400 | x | | |
| 5/16/2017 | Feldman, Brian M. | Respond to questions from SDNY; provide [**REDACTED**]; analyze potential [**REDACTED**]. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 5/16/2017 | McGuire, Maura C. | Download and review documents produced by Avalign: exchange e-mails with H. Thompson re cover letter. | | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 5/16/2017 | Terman, Stephen D. | Review e-mail from client; research regarding same; discuss same with colleague; review documents. | | 2.9 | Partner | $ 800 | $ 2,320 | x | | |
| 5/17/2017 | Feldman, Brian M. | Develop [**REDACTED**] for SDNY; respond to SDNY email for such [**REDACTED**]. | Reveals common interest communication with Government. | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/17/2017 | McGuire, Maura C. | E-mail from B. Feldman re Avalign damages calculation and follow up document requests. | | 0.2 | Associate | $ 400 | $ 80 | | | x |
| 5/17/2017 | Terman, Stephen D. | E-mail client; review additional documents; e-mail colleague. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 5/19/2017 | Weeda, J. Mason | Correspondence with Steve Terman regarding definitions of DHR, DMR, etc.; review e-mail from Mary Wood regarding [**REDACTED**]; draft response and send to Steve Terman for review. | Reveals attorney-client communication re legal advice. | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 5/21/2017 | Terman, Stephen D. | Review e-mail and documents. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 5/22/2017 | Terman, Stephen D. | Review documents, registration, classification, etc.; review e-mail from client; discussion with colleague regarding telephone call with Mary Wood. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 5/22/2017 | Weeda, J. Mason | Meeting with Steve Terman regarding document requests and spreadsheet. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/23/2017 | Feldman, Brian M. | Respond to SDNY email with additional [**REDACTED**] Avalign. | Reveals common interest communication with Government. | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 5/24/2017 | Terman, Stephen D. | Discussion with colleague; review documents; review e-mails and documents regarding same. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 5/24/2017 | Weeda, J. Mason | Telephone call with Mary Wood regarding [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 1.0 | Partner | $ 800 | $ 800 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalgin SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/25/2017 | Feldman, Brian M. | Email correspondence and telephone conference with AUSAs. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 5/25/2017 | Terman, Stephen D. | Review e-mail; review documents; conference call. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 5/25/2017 | Weeda, J. Mason | Review and respond to e-mail from Mary Wood. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 5/26/2017 | Terman, Stephen D. | Review documents; conference call with client; review e-mails. | | 3.8 | Partner | $ 800 | $ 3,040 | x | | |
| 5/26/2017 | Weeda, J. Mason | Conference call with HSE and Mary Wood. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/30/2017 | Feldman, Brian M. | Draft materiality presentation and compile materials. | | 4.8 | Partner | $ 800 | $ 3,840 | x | | |
| 5/30/2017 | Weeda, J. Mason | Draft response to Mary Wood regarding her concerns over [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 5/31/2017 | McGuire, Maura C. | Telephone conference with B. Feldman to discuss Avalgin's new theory of the case. | | 0.3 | Associate | $ 400 | $ 120 | | | x |
| 6/5/2017 | Feldman, Brian M. | Telephone conference with SDNY. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 6/5/2017 | Feldman, Brian M. | Advise client on consent to unsealing; obtain consent; advise SDNY re same. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/5/2017 | Feldman, Brian M. | Update client and co-counsel on SDNY meeting. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/5/2017 | Weeda, J. Mason | Review E-mail from Brian Feldman regarding status of case and unsealing case. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 6/8/2017 | Feldman, Brian M. | Answer client questions re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 6/8/2017 | Terman, Stephen D. | Review documents; review NY presentation; discuss same with colleague. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 6/13/2017 | McGuire, Maura C. | Review unsealing order. | | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 6/13/2017 | Weeda, J. Mason | Review e-mail from Brian Feldman regarding time; review time entries; e-mail correspondence with Steve Terman and Brian Feldman regarding same; meeting with Steve Terman regarding same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 6/13/2017 | Terman, Stephen D. | Review court order; review documents; discuss with colleague. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 6/14/2017 | Feldman, Brian M. | Respond to client questions re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/14/2017 | Feldman, Brian M. | Correspondence with SDNY re unsealing decisions. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/14/2017 | Terman, Stephen D. | Review e-mails. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 6/16/2017 | Feldman, Brian M. | Telephone conference with SDNY re unsealing; update client re same. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/19/2017 | Feldman, Brian M. | Email correspondence with SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/21/2017 | Feldman, Brian M. | Gather timeline of contact with SDNY as requested by SDNY re tolling agreements. | | 0.5 | Partner | $ 800 | $ 400 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalgin SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|------------------|
| 6/21/2017 | Terman, Stephen D. | Review e-mail and attachments. | | 2.8 | Partner | $ 800 | $ 2,240 | x | | |
| 6/22/2017 | Feldman, Brian M. | Review Avalign [AVALGIN]; correspondence with SDNY; update client. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 6/22/2017 | McGuire, Maura C. | Oversee research assignment re total Medicaid dollars spent on inpatient v. outpatient procedures; review Avalign [REDACTED]. | Reveals common interest communication with Government. | 0.5 | Associate | $ 400 | $ 200 | | | x |
| 6/23/2017 | Feldman, Brian M. | Prepare [REDACTED] Avalign [REDACTED]; telephone conference with client. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 6/23/2017 | McGuire, Maura C. | Telephone conference with team re update. | | 0.8 | Associate | $ 400 | $ 320 | x | | |
| 6/23/2017 | Weeda, J. Mason | Telephone call with HSE team and Mary Wood regarding status of case; review E-mails regarding same. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 6/26/2017 | McGuire, Maura C. | Review e-mails for evidence of M. Wood requesting recall of products without proper clearance. | | 2.0 | Associate | $ 400 | $ 800 | x | | |
| 6/26/2017 | Feldman, Brian M. | Telephone call re tolling agreements with SDNY. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/29/2017 | Feldman, Brian M. | Draft slide deck and binder of exhibits [REDACTED] Avalign [REDACTED]; prepare for meeting with SDNY. | Reveals common interest communication with Government. | 9.4 | Partner | $ 800 | $ 7,520 | | | x |
| 6/29/2017 | McGuire, Maura C. | Review power point presentation re pre-amendment devices. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 6/29/2017 | Terman, Stephen D. | Review documents; review e-mails. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 6/30/2017 | Feldman, Brian M. | Preparation for meeting with SDNY; brief SDNY on [REDACTED]. | Reveals common interest communication with Government. | 2.3 | Partner | $ 800 | $ 1,840 | | | x |
| 7/3/2017 | Terman, Stephen D. | Review E-mail and documents; research same (HPM letter). | | 4.5 | Partner | $ 800 | $ 3,600 | x | | |
| 7/5/2017 | Weeda, J. Mason | Review letter from HPM to SDNY; internal conference; review documents referenced in letter. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 7/5/2017 | Terman, Stephen D. | E-mails to colleagues; review 510(k) and letters to file; review documents from colleagues; e-mail to colleagues; review E-mails. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 7/6/2017 | Weeda, J. Mason | Review letter from HPM to SDNY; review documents referenced in letter; review Avalign's WL response. | | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 7/7/2017 | Terman, Stephen D. | Review documents; W.L. response; review E-mail. | | 4.8 | Partner | $ 800 | $ 3,840 | | | x |
| 7/10/2017 | Feldman, Brian M. | Prepare notes for conference with SDNY. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalgin SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/10/2017 | Weeda, J. Mason | Review follow-up E-mails/correspondence on letter from HPM to SDNY; research and analysis regarding same; conference with Steve Terman regarding same. | | 3.0 | Partner | $ 800 | $ 2,400 | x | | |
| 7/11/2017 | Feldman, Brian M. | Correspondence and telephone conference with SDNY re Avalign [REDACTED]. | Reveals common interest communication with Government. | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 7/11/2017 | Terman, Stephen D. | Review E-mails; review draft response to Avalign [REDACTED]. | Reveals common interest communication with Government. | 3.8 | Partner | $ 800 | $ 3,040 | | | x |
| 7/11/2017 | McGuire, Maura C. | Review e-mails from B. Feldman to SDNY re documents missing from Avalign's productions and in response to white paper. | | 0.5 | Associate | $ 400 | $ 200 | | | x |
| 7/11/2017 | Weeda, J. Mason | Review e-mail from Brian Feldman on new 510(k) determinations; draft response and send to Steve Terman for review; finalize and send response to Brian Feldman. | | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 7/12/2017 | McGuire, Maura C. | Telephone conference with M. Wood to discuss [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.9 | Associate | $ 400 | $ 360 | | | x |
| 7/12/2017 | Weeda, J. Mason | Review e-mail from Brian Feldman regarding description of 510(k) process and Steve Terman response. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 7/12/2017 | Terman, Stephen D. | Edit E-mail to client; review E-mail to client; review E-mails. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 7/14/2017 | McGuire, Maura C. | Meeting with B. Feldman to discuss response to Avalgin's [REDACTED]. | Reveals common interest communication with Government. | 1.0 | Associate | $ 400 | $ 400 | | | x |
| 7/17/2017 | Feldman, Brian M. | Revise [REDACTED]; correspondence with SDNY. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 7/17/2017 | McGuire, Maura C. | Review documents re Avalign falsification of import documents. | | 2.2 | Associate | $ 400 | $ 880 | | | x |
| 7/18/2017 | Weeda, J. Mason | Review E-mail from Maura McGuire regarding 510(k) question; internal correspondence and research regarding same. | | 0.9 | Partner | $ 800 | $ 720 | x | | |
| 7/19/2017 | McGuire, Maura C. | Review pages from S. Mohan from [REDACTED] and compare [REDACTED] labels; e-mails to B. Feldman and S. Mohan re same. | Reveals common interest communication with Government. | 1.2 | Associate | $ 400 | $ 480 | | | x |
| 7/20/2017 | McGuire, Maura C. | Exchange e-mails with B. Feldman re production of [REDACTED]; e-mail to SDNY re same. | Reveals common interest communication with Government. | 0.9 | Associate | $ 400 | $ 360 | | | x |
| 7/21/2017 | Terman, Stephen D. | Telephone call with colleagues and client; review documents regarding same. | | 1.8 | Partner | $ 800 | $ 1,440 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/24/2017 | Feldman, Brian M. | Revise SDNY [REDACTED]; telephone conference with client re [REDACTED]s; review [REDACTED]; review [REDACTED] documents; prepare notes for call with SDNY. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 7/24/2017 | Feldman, Brian M. | Telephone conference with SDNY; [REDACTED] as requested by SDNY. | Reveals common interest communication with Government. | 1.7 | Partner | $ 800 | $ 1,360 | | | x |
| 7/25/2017 | McGuire, Maura C. | Review production letter to begin updating production index. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 7/25/2017 | Feldman, Brian M. | Telephone conference with client re status. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 7/31/2017 | Feldman, Brian M. | Correspondence with SDNY re proposed letter. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 8/9/2017 | Feldman, Brian M. | Email exchange with SDNY; review Avalign letter; update client. | | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 8/9/2017 | McGuire, Maura C. | Review letter from Avalign's counsel: e-mail to B. Feldman with 510(k)/PMA priority list. | | 0.2 | Associate | $ 400 | $ 80 | | | x |
| 8/9/2017 | Terman, Stephen D. | Review e-mail from client; review letter from HPM; review documents; discuss with colleagues. | | 2.5 | Partner | $ 800 | $ 2,000 | | | x |
| 8/10/2017 | Feldman, Brian M. | Emails with client. | | 0.1 | Partner | $ 800 | 80 | | | x |
| 8/11/2017 | Feldman, Brian M. | Email exchange with client; answer client questions re Avalign correspondence. | | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 8/11/2017 | McGuire, Maura C. | Review letter from Avalign counsel and M. Wood's comments; e-mail to B. Feldman re same. | | 0.2 | Associate | $ 400 | $ 80 | | | x |
| 8/14/2017 | Terman, Stephen D. | Review e-mail and other documents. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 8/16/2017 | Feldman, Brian M. | Correspondence re targeted devices. | | 0.1 | Partner | $ 800 | $ 80 | | | x |
| 8/17/2017 | McGuire, Maura C. | Telephone conference with C. Harwood and S. Mohan with update re Avalign's [REDACTED] and [REDACTED] from CareFusion and SteriPack. | Reveals common interest communication with Government. | 1.1 | Associate | $ 400 | $ 440 | x | | |
| 8/17/2017 | Feldman, Brian M. | Telephone conference with SDNY; send [REDACTED] update to SDNY, as requested. | Reveals common interest communication with Government. | 1.9 | Partner | $ 800 | $ 1,520 | x | | |
| 8/17/2017 | Terman, Stephen D. | Review E-mails; discuss with colleague. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 8/18/2017 | Feldman, Brian M. | Prepare email to SDNY re [REDACTED]; telephone conference with C. Harwood. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/18/2017 | Feldman, Brian M. | Telephone conference with client and co-counsel; update team re SDNY updates; email to SDNY with answers re [REDACTED] and other questions asked by SDNY after telephone conference with Avalign. | Reveals common interest communication with Government. | 2.2 | Partner | $ 800 | $ 1,760 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/18/2017 | McGuire, Maura C. | Download/upload Carefusion production and circulate to team; review Carefusion production; telephone conference with team re update from SDNY re upcoming productions and status of settlement; create representation chart. | | 2.3 | Associate | $ 400 | $ 920 | x | | |
| 8/18/2017 | Weeda, J. Mason | Telephone call with HSE team regarding SDNY update. | | 1.1 | Partner | $ 800 | $ 880 | | | x |
| 8/18/2017 | Terman, Stephen D. | Conference call; review documents and e-mails; discussion with colleague. | | 3.8 | Partner | $ 800 | $ 3,040 | | | x |
| 8/21/2017 | McGuire, Maura C. | E-mail to B. Feldman with thoughts and revisions to Avalign's [REDACTED]; e-mail from M. Wood re [REDACTED]. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.5 | Associate | $ 400 | $ 200 | | | x |
| 8/21/2017 | Terman, Stephen D. | Review e-mails. | | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 8/23/2017 | Feldman, Brian M. | Respond to SDNY questions re chart. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 8/23/2017 | Feldman, Brian M. | Review CareFusion records. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 8/23/2017 | Feldman, Brian M. | Telephone conference with client. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 8/23/2017 | McGuire, Maura C. | Download and begin reviewing Avalign production 14. | | 2.3 | Associate | $ 400 | $ 920 | x | | |
| 8/23/2017 | Weeda, J. Mason | Review E-mail from Mary Wood on Carefusion [REDACTED]; research products on FDA website; draft and send e-mail response to Mary Wood and HSE. | Reveals attorney-client communication re legal advice. | 1.4 | Partner | $ 800 | $ 1,120 | x | | |
| 8/23/2017 | Terman, Stephen D. | Review e-mail and other documents with colleague; review edits; draft disclosure statement; discuss with colleague regarding "Price List" agreements and CareFusion records. | | 3.3 | Partner | $ 800 | $ 2,640 | x | | |
| 8/24/2017 | McGuire, Maura C. | E-mail from M. Wood re [REDACTED] Carefusion price list; review e-mails produced by Avalign. | Reveals attorney-client communication re legal advice. | 3.3 | Associate | $ 400 | $ 1,320 | x | | |
| 8/24/2017 | Weeda, J. Mason | Review e-mail correspondence from Brian Feldman regarding Carefusion leads; review documents and draft and e-mail response to Brian Feldman. | | 1.6 | Partner | $ 800 | $ 1,280 | x | | |
| 8/24/2017 | Terman, Stephen D. | Discussion with colleague regarding supplier agreements; review e-mail regarding same; review e-mails and documents, white paper, and response. | | 1.4 | Partner | $ 800 | $ 1,120 | x | | |
| 8/25/2017 | Feldman, Brian M. | Prepare materials in response to SDNY request; review recent production; email [REDACTED] to SDNY re [REDACTED]. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 8/25/2017 | McGuire, Maura C. | Meeting with b. Feldman to discuss review of Avalign's production and e-mail to team with review assignments. | | 0.5 | Associate | $ 400 | $ 200 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/25/2017 | Terman, Stephen D. | Review emails and documents including supplier agreements; discuss with colleague. | | 1.3 | Partner | $ 800 | $ 1,040 | | | x |
| 8/28/2017 | Terman, Stephen D. | Review e-mails and documents; discuss with colleague. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 8/29/2017 | Terman, Stephen D. | Discussion with colleague regarding response to document issues; review E-mails. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 8/30/2017 | Feldman, Brian M. | Telephone conference with SDNY; email exchange with client. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 8/31/2017 | Feldman, Brian M. | Review email production. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 9/1/2017 | Feldman, Brian M. | Obtain information from client re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 9/5/2017 | McGuire, Maura C. | Review e-mails between OFW and M. Wood re Production 14; review Avalign e-mails produced in Production 14 and mark for hot docs. | | 5.7 | Associate | $ 400 | $ 2,280 | x | | |
| 9/5/2017 | Feldman, Brian M. | Correspondence with client and SDNY re upcoming briefing. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 9/6/2017 | Feldman, Brian M. | Telephone conference with client and co-counsel to review and prepare briefing materials for SDNY meeting. | | 0.9 | Partner | $ 800 | $ 720 | x | | |
| 9/6/2017 | Terman, Stephen D. | Conference call with client; review documents. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 9/7/2017 | Redfern, Patricia A. | Review and analyze recall notices and list instrumed item numbers; tally sales for each item number for years 2011 thru 2015; enter results in Excel spreadsheet for B. Feldman review. | | 2.2 | Paralegal | $ 150 | $ 330 | x | | |
| 9/7/2017 | McGuire, Maura C. | Meeting with B. Feldman re documents and information for meeting with SDNY. | | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 9/7/2017 | Feldman, Brian M. | Prepare for meeting with SDNY; complete briefing materials for same. | | 7.4 | Partner | $ 800 | $ 5,920 | x | | |
| 9/8/2017 | Feldman, Brian M. | Meeting with SDNY, including preparation; follow-up email with SDNY re CareFusion [REDACTED]. | Reveals common interest communication with Government. | 5.7 | Partner | $ 800 | $ 4,560 | | x | |
| 9/10/2017 | Feldman, Brian M. | Correspondence with client re meeting. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 9/10/2017 | Feldman, Brian M. | Review notes from SDNY meeting; review CareFusion items for follow-up. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 9/11/2017 | Feldman, Brian M. | Update co-counsel re SDNY meeting. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 9/11/2017 | Feldman, Brian M. | Email SDNY re IFU production; telephone conference with SDNY re CareFusion. | | 1.6 | Partner | $ 800 | $ 1,280 | x | | |
| 9/11/2017 | Terman, Stephen D. | Review e-mails. | | 0.4 | Partner | $ 800 | $ 320 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/12/2017 | Redfern, Patricia A. | Review and analyze September and December recall notices and identify manufacturers and product numbers for all of the recall items; update charts for B. Feldman review. | | 3.5 | Paralegal | $ 150 | $ 525 | x | | |
| 9/12/2017 | Feldman, Brian M. | Analyze recall information; prepare CareFusion [**REDACTED**] for SNDY. | Reveals common interest communication with Government. | 0.4 | Partner | $ 800 | $ 320 | | x | |
| 9/13/2017 | Feldman, Brian M. | Review case law developments. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 9/13/2017 | Feldman, Brian M. | Generate list requested by SDNY of CareFusion [**REDACTED**]. | Reveals common interest communication with Government. | 0.6 | Partner | $ 800 | $ 480 | | x | |
| 9/14/2017 | Terman, Stephen D. | Review e-mails; discuss with colleague. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 9/22/2017 | McGuire, Maura C. | E-mail to M. Wood re update on case. | | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 9/25/2017 | McGuire, Maura C. | Review list of [**REDACTED**] from client and email to SDNY. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 1.0 | Associate | $ 400 | $ 400 | x | | |
| 9/26/2017 | McGuire, Maura C. | Telephone call from C. Harwood re Carefusion [**REDACTED**]. | Reveals common interest communication with Government. | 0.1 | Associate | $ 400 | $ 40 | | x | |
| 9/27/2017 | McGuire, Maura C. | Exchange e-mails with M. Wood re [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 0.2 | Associate | $ 400 | $ 80 | | | x |
| 9/29/2017 | Feldman, Brian M. | Telephone conference and emails with SDNY re requests to CareFusion and Avalign. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 10/2/2017 | Feldman, Brian M. | Update team on SDNY investigation; respond to client inquiries. | | 1.1 | Partner | $ 800 | $ 880 | x | | |
| 10/2/2017 | Feldman, Brian M. | Review client email re Avalign and CareFusion [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 10/2/2017 | McGuire, Maura C. | Meeting with B. Feldman to discuss updates in case; draft e-mail to team with update; e-mail to [**REDACTED**] re [**REDACTED**]. | Reveals common interest communication with Government; reveals law enforcement techniques. | 2.0 | Associate | $ 400 | $ 800 | x | | |
| 10/9/2017 | Feldman, Brian M. | Correspondence with client re Avalign [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 0.1 | Partner | $ 800 | $ 80 | | | x |
| 10/10/2017 | McGuire, Maura C. | E-mail to C. Harwood and S. Mohan re new Avalign [**REDACTED**]. | Reveals common interest communication with Government. | 0.4 | Associate | $ 400 | $ 160 | | | x |
| 10/13/2017 | McGuire, Maura C. | Compile information re Carefusion [**REDACTED**] and e-mail same to SDNY; e-mail to M. Wood re update. | Reveals common interest communication with Government. | 0.9 | Associate | $ 400 | $ 360 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalgn SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/13/2017 | Redfern, Patricia A. | Review and analyze FDA recall database for Instrumed item number, add to the chart the corresponding Carefusion item number and link to FDA recall database. | | 1.8 | Paralegal | $ 150 | $ 270 | | x | |
| 10/18/2017 | Feldman, Brian M. | Email SDNY; update client. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 10/18/2017 | McGuire, Maura C. | Meeting with B. Feldman to discuss status of case; e-mail to M. Wood with update from SDNY. | | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 10/25/2017 | McGuire, Maura C. | Download Carefusion productions and meeting with B. Feldman to discuss sorting of same. | | 1.2 | Associate | $ 400 | $ 480 | | x | |
| 10/25/2017 | Feldman, Brian M. | Review CareFusion records; correspondence re same with SDNY. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 10/27/2017 | McGuire, Maura C. | Meeting with B. Feldman to discuss conversation with M. Wood. | | 0.6 | Associate | $ 400 | $ 240 | x | | |
| 10/29/2017 | Feldman, Brian M. | Analyze CareFusion [REDACTED]; suggest [REDACTED]; email [REDACTED] recommendations to SDNY. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | | x | |
| 11/1/2017 | McGuire, Maura C. | Meeting with B. Feldman to discuss documents produced, outstanding requests and draft e-mail to government with agenda for call. | | 1.7 | Associate | $ 400 | $ 680 | x | | |
| 11/1/2017 | Feldman, Brian M. | Prepare for SDNY conference call re CareFusion. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 11/1/2017 | Feldman, Brian M. | Prepare for SDNY conference call re Avalign; send agenda to SDNY. | | 0.7 | Partner | $ 800 | $ 560 | | | x |
| 11/2/2017 | McGuire, Maura C. | Review [REDACTED] Avalign/Instrumed for laproscopic devices; telephone call with USAO re CareFusion, additional [REDACTED]; address relativity issues. | Reveals common interest communication with Government. | 2.2 | Associate | $ 400 | $ 880 | x | | |
| 11/2/2017 | Redfern, Patricia A. | Add a device description from the Instrumed recall notices match with CareFusion identifier by facility. | | 1.1 | Paralegal | $ 150 | $ 165 | | x | |
| 11/2/2017 | Feldman, Brian M. | Prepare for telephone conference with SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 11/2/2017 | Feldman, Brian M. | Telephone conference with SDNY; prepare Carefusion [REDACTED], including [REDACTED]. | Reveals common interest communication with Government. | 1.2 | Partner | $ 800 | $ 960 | | x | |
| 11/2/2017 | Feldman, Brian M. | Update client re SDNY call. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 11/7/2017 | McGuire, Maura C. | Review production 15 and e-mail B. Feldman re same. | | 1.3 | Associate | $ 400 | $ 520 | x | | |
| 11/7/2017 | Feldman, Brian M. | Prepare damages analysis. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 11/9/2017 | Feldman, Brian M. | Damages analysis. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 11/9/2017 | Terman, Stephen D. | Conference call with client regarding [REDACTED]. | Reveals attorney-client communication re legal advice. | 1.5 | Partner | $ 800 | $ 1,200 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 11/10/2017 | McGuire, Maura C. | Conference with B. Feldman re document review; exchange e-ails with M. Weeda re access to data room exchange e-mails with M. Wood re substance of chart produced by Avalign. | | 1.2 | Associate | $ 400 | $   480 | x | | |
| 11/10/2017 | Feldman, Brian M. | Consolidate damages spreadsheet. | | 0.5 | Partner | $ 800 | $   400 | x | | |
| 11/10/2017 | Terman, Stephen D. | Review e-mails and documents. | | 0.3 | Partner | $ 800 | $   240 | x | | |
| 11/11/2017 | McGuire, Maura C. | Update data room and users for review of email production. | | 0.7 | Associate | $ 400 | $   280 | x | | |
| 11/11/2017 | Weeda, J. Mason | Review November 3, 2017 production; correspondence with Steve Terman and OFW Law regarding same. | | 3.0 | Partner | $ 800 | $ 2,400 | | | x |
| 11/12/2017 | Weeda, J. Mason | Review November 3, 2017 production. | | 3.0 | Partner | $ 800 | $ 2,400 | | | x |
| 11/13/2017 | Terman, Stephen D. | Review E-mails to and from client and colleagues. | | 0.8 | Partner | $ 800 | $   640 | | | x |
| 11/13/2017 | Weeda, J. Mason | Review November 3, 2017 production; e-mail with Mary Wood and Jim Capone regarding [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 5.0 | Partner | $ 800 | $ 4,000 | | | x |
| 11/14/2017 | Weeda, J. Mason | Review November 3, 2017 production. | | 5.5 | Partner | $ 800 | $ 4,400 | | | x |
| 11/15/2017 | Feldman, Brian M. | Telephone conference with client re [**REDACTED**], re Instrumed. | Reveals attorney-client communication re legal advice. | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 11/15/2017 | Weeda, J. Mason | Review November 3, 2017 production; conference call with Mary Wood and Brian Feldman regarding [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 5.0 | Partner | $ 800 | $ 4,000 | | | x |
| 11/17/2017 | McGuire, Maura C. | E-mail to S. Mohan re [**REDACTED**] request and emails from government re Carefusion production. | Reveals common interest communication with Government. | 0.4 | Associate | $ 400 | $   160 | | x | |
| 11/17/2017 | Feldman, Brian M. | Prepare summary email to SDNY. | | 1.6 | Partner | $ 800 | $ 1,280 | x | | |
| 11/20/2017 | Feldman, Brian M. | Revise email to SDNY; circulate email with [**REDACTED**] analysis, analysis of recent Instrumed [**REDACTED**], and suggestions for [**REDACTED**] with Avalign and Instrumed [**REDACTED**]. | Reveals common interest communication with Government. | 0.7 | Partner | $ 800 | $   560 | | | x |
| 11/20/2017 | McGuire, Maura C. | E-mail to M. Wood with updated [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 0.2 | Associate | $ 400 | $    80 | | | x |
| 11/20/2017 | Weeda, J. Mason | Review Advantis E-mail production; review production notes; draft E-mail to Steve Terman and MBW. | | 3.5 | Partner | $ 800 | $ 2,800 | | | x |
| 11/22/2017 | Weeda, J. Mason | Complete summary of document review, incorporating MBW comments; telephone call with MBW regarding same; finalize and E-mail to Brian Feldman. | | 2.2 | Partner | $ 800 | $ 1,760 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/27/2017 | McGuire, Maura C. | E-mails from M. Wood re [REDACTED] Avalign; download Carefusion production; meeting with B. Feldman to discuss OFW's review of SteriPak production. | Reveals attorney-client communication re legal advice. | 2.7 | Associate | $ 400 | $ 1,080 | x | | |
| 11/27/2017 | Feldman, Brian M. | Prepare materials for SDNY briefing. | | 1.6 | Partner | $ 800 | $ 1,280 | x | | |
| 11/27/2017 | Weeda, J. Mason | Review and respond to E-mail from Brian Feldman regarding document review summary. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 11/28/2017 | McGuire, Maura C. | Review Carefusion production #5; participate in phone call with SDNY re [REDACTED]. | Reveals common interest communication with Government. | 3.4 | Associate | $ 400 | $ 1,360 | x | | |
| 11/28/2017 | Feldman, Brian M. | Telephone conference with SDNY, including prep. | | 2.6 | Partner | $ 800 | $ 2,080 | x | | |
| 11/29/2017 | McGuire, Maura C. | Telephone call with M. Wood with update from call with SDNY. | | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 11/30/2017 | McGuire, Maura C. | Meeting with B. Feldman re follow up items for SDNY before Friday call. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 11/30/2017 | Feldman, Brian M. | Prepare for SDNY call re Avalign. | | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 12/1/2017 | Feldman, Brian M. | Telephone conference with SDNY re Carefusion. | | 0.3 | Partner | $ 800 | $ 240 | | x | |
| 12/1/2017 | Weeda, J. Mason | SDNY update call. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 12/3/2017 | McGuire, Maura C. | Review Carefusion documents and e-mail B. Feldman re same. | | 2.0 | Associate | $ 400 | $ 800 | | x | |
| 12/4/2017 | McGuire, Maura C. | Call with Team communicating update from SDNY and result from review of Carefusion production; review cover letter of Carefusion 11/29 production. | | 2.2 | Associate | $ 400 | $ 880 | | x | |
| 12/4/2017 | Feldman, Brian M. | Client call re CareFusion. | | 1.0 | Partner | $ 800 | $ 800 | | x | |
| 12/4/2017 | Feldman, Brian M. | Prepare CareFusion materials and email to SDNY. | | 1.5 | Partner | $ 800 | $ 1,200 | | x | |
| 12/5/2017 | Feldman, Brian M. | Prepare [REDACTED] for SDNY re Avalign. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | | | x |
| 12/5/2017 | McGuire, Maura C. | Review CareFusion production 6. | | 1.7 | Associate | $ 400 | $ 680 | | x | |
| 12/5/2017 | McGuire, Maura C. | E-mail to B. Feldman re highlights of Carefusion production 6. | | 0.3 | Associate | $ 400 | $ 120 | | x | |
| 12/6/2017 | Feldman, Brian M. | Prepare Avalign [REDACTED] for SDNY. | Reveals common interest communication with Government. | 4.5 | Partner | $ 800 | $ 3,600 | | | x |
| 12/6/2017 | McGuire, Maura C. | Prepare for and participate in conference call with SDNY re CareFusion production 006. | | 1.4 | Associate | $ 400 | $ 560 | | x | |
| 12/7/2017 | Feldman, Brian M. | Continue work on [REDACTED]. | Reveals common interest communication with Government. | 1.3 | Partner | $ 800 | $ 1,040 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/7/2017 | Feldman, Brian M. | Draft [REDACTED]. | Reveals common interest communication with Government. | 3.1 | Partner | $ 800 | $ 2,480 | x | | |
| 12/7/2017 | Feldman, Brian M. | Review CareFusion production; respond to SDNY questions re same. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 12/7/2017 | Weeda, J. Mason | Telephone call with Jim Capone regarding marketing basis; review materials and research 510(k)s, DHF, DMR, and guidance. | | 3.5 | Partner | $ 800 | $ 2,800 | | | x |
| 12/8/2017 | Feldman, Brian M. | Revise [REDACTED] Avalign [REDACTED]. | Reveals common interest communication with Government. | 1.9 | Partner | $ 800 | $ 1,520 | | | x |
| 12/8/2017 | McGuire, Maura C. | Meeting with B. Feldman re strategy for reviewing documents re patient and doctor harm. | | 1.1 | Associate | $ 400 | $ 440 | | | x |
| 12/8/2017 | Feldman, Brian M. | Telephone conference with SDNY re CareFusion. | | 0.9 | Partner | $ 800 | $ 720 | | x | |
| 12/10/2017 | Feldman, Brian M. | Complete draft of [REDACTED] re Avalign [REDACTED], as requested by SDNY. | Reveals common interest communication with Government. | 4.6 | Partner | $ 800 | $ 3,680 | | | x |
| 12/11/2017 | Feldman, Brian M. | Circulate [REDACTED] requested by SDNY re Avalign. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 12/12/2017 | McGuire, Maura C. | Review [REDACTED] materials for Avalign and other government agencies re [REDACTED]. | Reveals common interest communication with Government. | 1.9 | Associate | $ 400 | $ 760 | | | x |
| 12/12/2017 | Feldman, Brian M. | Prepare [REDACTED]. | Reveals common interest communication with Government. | 3.6 | Partner | $ 800 | $ 2,880 | | | x |
| 12/12/2017 | Feldman, Brian M. | Finalize draft Avalign [REDACTED]; circulate to SDNY. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 12/13/2017 | Feldman, Brian M. | Review SDNY email re Avalign; analyze Avalign [REDACTED], including [REDACTED]. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 12/13/2017 | Weeda, J. Mason | Review additional slide deck for SDNY and provide comments to Brian Feldman. | | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 12/15/2017 | McGuire, Maura C. | Meeting with B. Feldman re update from SDNY. | | 0.3 | Associate | $ 400 | $ 120 | x | | |
| 12/15/2017 | Feldman, Brian M. | Telephone conference with client. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 12/15/2017 | Weeda, J. Mason | Telephone call with HSE team and MBW regarding SDNY update. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 12/18/2017 | McGuire, Maura C. | Telephone conference with SDNY re [REDACTED]/Instrumed. | Reveals common interest communication with Government. | 1.0 | Associate | $ 400 | $ 400 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/2017 | Feldman, Brian M. | Telephone conference with SDNY re upcoming Avalign meeting; conduct follow-up research on [REDACTED], as requested by SDNY. | Reveals common interest communication with Government. | 1.7 | Partner | $ 800 | $ 1,360 | | | x |
| 12/20/2017 | McGuire, Maura C. | Exchange e-mails with B. Feldman re [REDACTED]; telephone conference with B. Feldman re update from SDNY [REDACTED] Avalign. | Reveals common interest communication with Government. | 0.7 | Associate | $ 400 | $ 280 | | | x |
| 12/20/2017 | Feldman, Brian M. | Telephone conference with SDNY re Avalign [REDACTED]. | Reveals common interest communication with Government. | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 12/22/2017 | McGuire, Maura C. | E-mail to M. Wood re summary of Avalign [REDACTED] SDNY. | Reveals common interest communication with Government. | 0.6 | Associate | $ 400 | $ 240 | | | x |
| 1/2/2018 | Feldman, Brian M. | Emails with SDNY re Avalign [REDACTED]. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | | | x |
| 1/3/2018 | Feldman, Brian M. | Telephone conference with SDNY re Avalign. | | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 1/3/2018 | Feldman, Brian M. | Telephone conference with SDNY re CareFusion. | | 0.5 | Partner | $ 800 | $ 400 | | x | |
| 1/3/2018 | Feldman, Brian M. | Telephone conference with client re Avalign and CareFusion status. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 1/18/2018 | Feldman, Brian M. | Analyze CareFusion damages. | | 2.5 | Partner | $ 800 | $ 2,000 | | x | |
| 1/24/2018 | Feldman, Brian M. | CareFusion: Review of Beth Israel damages. | | 0.3 | Partner | $ 800 | $ 240 | | x | |
| 1/24/2018 | McGuire, Maura C. | Review cover letter and production from Beth Isreal Hospital and e-mail B. Feldman re same. | | 0.9 | Associate | $ 400 | $ 360 | | x | |
| 1/26/2018 | McGuire, Maura C. | Update to M. Wood with [REDACTED] Avalign and CareFusion. | Reveals attorney-client communication re legal advice. | 0.4 | Associate | $ 400 | $ 160 | x | | |
| 1/30/2018 | McGuire, Maura C. | Telephone conference with SDNY re [REDACTED]. | Reveals common interest communication with Government. | 0.3 | Associate | $ 400 | $ 120 | x | | |
| 1/30/2018 | Feldman, Brian M. | Review [REDACTED]; develop [REDACTED]; telephone conference with FDA co-counsel re 510(k) and preamendment issues; circulate [REDACTED] to SDNY; telephone briefing with SDNY; update client. | Reveals common interest communication with Government. | 1.7 | Partner | $ 800 | $ 1,360 | x | | |
| 2/1/2018 | Feldman, Brian M. | Telephone conference with SDNY re [REDACTED]. | Reveals common interest communication with Government. | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 2/5/2018 | Feldman, Brian M. | Email to SDNY re Avalign [REDACTED]; research same; research damages theory. | Reveals common interest communication with Government. | 3.4 | Partner | $ 800 | $ 2,720 | | | x |
| 2/6/2018 | Feldman, Brian M. | Update client re SDNY negotiations; prepare materials requested by SDNY. | | 3.1 | Partner | $ 800 | $ 2,480 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/26/2018 | McGuire, Maura C. | Telephone conference with SDNY re [**REDACTED**] Avalign and CareFusion. | Reveals common interest communication with Government. | 0.3 | Associate | $ 400 | $ 120 | x | | |
| 2/27/2018 | McGuire, Maura C. | E-mail to M. Wood and OFW law with update from SDNY re [**REDACTED**] Avalign and CareFusion. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 2/27/2018 | Weeda, J. Mason | Review correspondence from Mary Wood and Brian Feldman. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 3/9/2018 | Feldman, Brian M. | Compile [**REDACTED**] information re CareFusion and Avalign, at SDNY's request, | Reveals common interest communication with Government. | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 3/9/2018 | McGuire, Maura C. | Telephone conference with SDNY re update [**REDACTED**]; e-mail to W. Weeda re reviewing communication with FDA. | Reveals common interest communication with Government. | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 3/11/2018 | Feldman, Brian M. | Finalize draft to SDNY re [**REDACTED**] for both Avalign and Carefusion. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 3/12/2018 | Feldman, Brian M. | Telephone conference with client re [**REDACTED**]. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 3/12/2018 | Feldman, Brian M. | Email and telephone conferences with SDNY re [**REDACTED**], re CF and Avalign. | Reveals common interest communication with Government. | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 3/12/2018 | Feldman, Brian M. | Contact with SDNY re [**REDACTED**]. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 3/12/2018 | McGuire, Maura C. | Conference call with M. Wood and OFW re update on [**REDACTED**] and CareFusion. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 3/14/2018 | Feldman, Brian M. | Telephone conference with SDNY; update client re same. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 3/15/2018 | McGuire, Maura C. | E-mail from B. Feldman re [**REDACTED**] analysis update; meeting with B. Feldman to discuss SDNY's [**REDACTED**] CareFusion. | Reveals common interest communication with Government. | 0.3 | Associate | $ 400 | $ 120 | x | | |
| 3/19/2018 | McGuire, Maura C. | Status meeting with B. Feldman re review of communication with FDA. | | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 3/20/2018 | Feldman, Brian M. | Contact SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 4/11/2018 | Feldman, Brian M. | Meeting with SDNY re CF [**REDACTED**]; update client. | Reveals common interest communication with Government. | 0.5 | Partner | $ 800 | $ 400 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/18/2018 | Feldman, Brian M. | Telephone conference re CF and [REDACTED] updates | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 4/19/2018 | McGuire, Maura C. | Participate in teleconference with OFW law and M. Wood re update to case and [REDACTED] with CareFusion and [REDACTED]. | Reveals common interest communication with Government. | 0.4 | Associate | $ 400 | $ 160 | | x | |
| 4/19/2018 | Feldman, Brian M. | Client call re CareFusion. | | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 4/19/2018 | Weeda, J. Mason | Update telephone call with HSE. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 4/20/2018 | McGuire, Maura C. | Telephone call with S. Mohan at SDNY re update on [REDACTED] CareFusion, update on conversation with [REDACTED]. | Reveals common interest communication with Government. | 0.3 | Associate | $ 400 | $ 120 | | x | |
| 4/20/2018 | McGuire, Maura C. | Meeting with B. Feldman to discuss phone call with C. Harwood re CareFusion's [REDACTED]; e-mail to M. Wood with update re same. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.4 | Associate | $ 400 | $ 160 | | x | |
| 4/20/2018 | Feldman, Brian M. | Telephone conference with AUSA Harwood re CareFusion [REDACTED]. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 4/20/2018 | Feldman, Brian M. | Discuss SDNY requests and next steps re CareFusion. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/23/2018 | McGuire, Maura C. | Email from M. Wood with questions re [REDACTED]. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.1 | Associate | $ 400 | $ 40 | | x | |
| 4/26/2018 | Feldman, Brian M. | Correspondence with SDNY re CareFusion [REDACTED]; telephone conference with client re same. | Reveals common interest communication with Government. | 0.8 | Partner | $ 800 | $ 640 | | x | |
| 4/26/2018 | McGuire, Maura C. | Prepare for and participate in phone conference with M. Wood re update on [REDACTED] CareFusion; phone conference with B. Feldman re update from C. Harwood on [REDACTED] CareFusion; email from S. Mohan re conversation with [REDACTED]. | Reveals common interest communication with Government. | 0.9 | Associate | $ 400 | $ 360 | | x | |
| 5/7/2018 | Feldman, Brian M. | Contact SDNY re updates. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 5/14/2018 | Feldman, Brian M. | Telephone conference with SDNY. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/18/2018 | Feldman, Brian M. | Review discovery materials. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 5/18/2018 | Feldman, Brian M. | Telephone conference with client re updates. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 5/18/2018 | McGuire, Maura C. | Update call with M. Wood re [REDACTED] CareFusion. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.2 | Associate | $ 400 | $ 80 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/21/2018 | McGuire, Maura C. | E-mails from M. Wood re CareFusion [REDACTED]. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.1 | Associate | $ 400 | $ 40 | | x | |
| 5/23/2018 | Feldman, Brian M. | Communications with SDNY re CareFusion. | | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 5/24/2018 | Feldman, Brian M. | Correspondence with SDNY re CareFusion updates. | | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 5/25/2018 | Feldman, Brian M. | Meeting with SDNY re CF settlement; update client. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 5/29/2018 | McGuire, Maura C. | Meeting with B. Feldman to recap conversation with SDNY and [REDACTED] CareFusion. | Reveals common interest communication with Government. | 0.3 | Associate | $ 400 | $ 120 | | x | |
| 6/4/2018 | Feldman, Brian M. | Answer client questions re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 6/8/2018 | Feldman, Brian M. | Telephone conference with SDNY re CareFusion [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 6/11/2018 | Feldman, Brian M. | Telephone conference with SDNY. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/11/2018 | Feldman, Brian M. | Telephone conference with M. Wood re next steps re CareFusion. | | 0.3 | Partner | $ 800 | $ 240 | | x | |
| 6/21/2018 | Feldman, Brian M. | Telephone conference with SDNY re CareFusion; update client re same. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 6/21/2018 | Feldman, Brian M. | Email re CID responses from hospitals; begin analysis of same. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/29/2018 | Feldman, Brian M. | Emails with SDNY re status; update client re same. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 6/29/2018 | McGuire, Maura C. | Telephone conference with M. Wood with update on [REDACTED] re CareFusion [REDACTED]. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.2 | Associate | $ 400 | $ 80 | | x | |
| 7/16/2018 | Feldman, Brian M. | Review hospital production | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 7/16/2018 | McGuire, Maura C. | Meeting with B. Feldman to review list data from hospitals. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 7/19/2018 | Feldman, Brian M. | Review [REDACTED]; brief SDNY re same. | Reveals common interest communication with Government. | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 7/19/2018 | Feldman, Brian M. | Update client. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 7/26/2018 | Feldman, Brian M. | Correspondence with SDNY re [REDACTED] CareFusion [REDACTED]. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 7/26/2018 | Feldman, Brian M. | Telephone conference with SDNY re hospital review and [REDACTED]. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/27/2018 | Feldman, Brian M. | Telephone conference with client re CF [**REDACTED**]. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.3 | Partner | $ 800 | $ 240 | | x | |
| 7/27/2018 | Feldman, Brian M. | Review and analyze hospital production. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 7/27/2018 | McGuire, Maura C. | Phone call with M. Wood with update from SDNY and next steps. | | 0.6 | Associate | $ 400 | $ 240 | x | | |
| 7/30/2018 | McGuire, Maura C. | Email from B. Feldman re analyzing information provided by hospitals re laparoscope procedures. | | 0.1 | Associate | $ 400 | $ 40 | | | x |
| 7/31/2018 | Feldman, Brian M. | Correspondence with SDNY re hospital productions. | | 0.1 | Partner | $ 800 | $ 80 | | | x |
| 7/31/2018 | Feldman, Brian M. | Respond to client update questions. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 7/31/2018 | Feldman, Brian M. | Respond to SDNY questions re [**REDACTED**]. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 7/31/2018 | McGuire, Maura C. | Review email exchange between B. Feldman and S. Mohan re [**REDACTED**]. | Reveals common interest communication with Government. | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 7/31/2018 | Weeda, J. Mason | Review and respond to correspondence from Brian Feldman. | | 1.6 | Partner | $ 800 | $ 1,280 | x | | |
| 8/1/2018 | Weeda, J. Mason | Review E-mail from Brian Feldman; research documents in HSE Data Room related to 2015 Warning Letter. | | 1.3 | Partner | $ 800 | $ 1,040 | x | | |
| 8/21/2018 | Feldman, Brian M. | Email communications with client re SDNY updates. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/22/2018 | Keller, Kyra Tichacek | Meet with B. Feldman re [**REDACTED**] research for purposes of FCA claim; begin looking into same. | Reveals common interest communication with Government. | 6.2 | Senior Associate | $ 500 | $ 3,100 | | | x |
| 8/22/2018 | Feldman, Brian M. | Research [**REDACTED**] by analogy to similar cases. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 8/23/2018 | Keller, Kyra Tichacek | Review decisions [**REDACTED**] for purposes of FCA claims; review related briefs and statements of interest submitted by US government; begin to prepare write-up re same. | Reveals common interest communication with Government. | 10.3 | Senior Associate | $ 500 | $ 5,150 | | | x |
| 8/23/2018 | Feldman, Brian M. | Analyze Beth Israel production; provide [**REDACTED**] to SDNY. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 8/24/2018 | Feldman, Brian M. | Respond to client questions re [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 8/24/2018 | Feldman, Brian M. | Review Beth Israel summary. | | 0.1 | Partner | $ 800 | $ 80 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/24/2018 | Feldman, Brian M. | [REDACTED] non-cleared devices [REDACTED]. | Reveals common interest communication with Government. | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 8/26/2018 | Keller, Kyra Tichacek | Continue research re [REDACTED]. | Reveals common interest communication with Government. | 3.5 | Senior Associate | $ 500 | $ 1,750 | | | x |
| 8/27/2018 | Keller, Kyra Tichacek | Meet with B. Feldman re [REDACTED] research; continue same and begin related write-up. | Reveals common interest communication with Government. | 5.4 | Senior Associate | $ 500 | $ 2,700 | | | x |
| 8/27/2018 | Feldman, Brian M. | Research analogous cases re [REDACTED] Avalign. | Reveals common interest communication with Government. | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 8/27/2018 | Feldman, Brian M. | Advise client re seal extension. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/27/2018 | Feldman, Brian M. | Inform SDNY of client consent to seal extension. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 8/27/2018 | McGuire, Maura C. | Review emails from B. Feldman to C. Harwood re [REDACTED] and seal extension. | Reveals common interest communication with Government. | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 8/29/2018 | Keller, Kyra Tichacek | Continue write-up re [REDACTED]. | Reveals common interest communication with Government. | 2.3 | Senior Associate | $ 500 | $ 1,150 | | | x |
| 8/30/2018 | Keller, Kyra Tichacek | Continue write-up of case law re [REDACTED]; read recent Court of Appeals' decisions on same and update research. | Reveals common interest communication with Government. | 6.7 | Senior Associate | $ 500 | $ 3,350 | | | x |
| 8/30/2018 | Weeda, J. Mason | Correspondence with Steve Terman regarding legal arguments; telephone call Jim Capone regarding same. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 9/4/2018 | Keller, Kyra Tichacek | Continue research and analysis re [REDACTED] and related write-up for B. Feldman. | Reveals common interest communication with Government. | 7.1 | Senior Associate | $ 500 | $ 3,550 | | | x |
| 9/5/2018 | Keller, Kyra Tichacek | Finalize research and write-up re [REDACTED] and send to B. Feldman for review. | Reveals common interest communication with Government. | 6.9 | Senior Associate | $ 500 | $ 3,450 | | | x |
| 9/11/2018 | Feldman, Brian M. | Review additional research re [REDACTED] re Avalign [REDACTED]. | Reveals common interest communication with Government. | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 9/12/2018 | Keller, Kyra Tichacek | Brief additional research re [REDACTED] to determine if any additional case law in 10th and 11th Circuits; organize research materials. | Reveals common interest communication with Government. | 0.8 | Senior Associate | $ 500 | $ 400 | | | x |
| 9/12/2018 | Feldman, Brian M. | Draft memo on [REDACTED] Avalign. | Reveals common interest communication with Government. | 5.5 | Partner | $ 800 | $ 4,400 | | | x |
| 9/13/2018 | Keller, Kyra Tichacek | Review B. Feldman memorandum based on research re [REDACTED] and provide comments. | Reveals common interest communication with Government. | 0.6 | Senior Associate | $ 500 | $ 300 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/13/2018 | Feldman, Brian M. | Finalize and send [REDACTED] memo re Avalign to SDNY. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 9/14/2018 | McGuire, Maura C. | Telephone call with SDNY re: [REDACTED] CareFusion [REDACTED] and [REDACTED]. | Reveals common interest communication with Government. | 0.5 | Associate | $ 400 | $ 200 | | x | |
| 9/14/2018 | Feldman, Brian M. | Telephone conference with SDNY re CareFusion settlement [REDACTED]. | Reveals common interest communication with Government. | 0.5 | Partner | $ 800 | $ 400 | | x | |
| 9/14/2018 | Feldman, Brian M. | Collect evidence re potential CareFusion admissions. | | 1.2 | Partner | $ 800 | $ 960 | | x | |
| 9/14/2018 | Weeda, J. Mason | Review e-mail from Brian Feldman regarding CareFusion settlement. | | 1.0 | Partner | $ 800 | $ 800 | | x | |
| 9/16/2018 | Terman, Stephen D. | Review E-mail; review documents. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 9/17/2018 | McGuire, Maura C. | Review e-mail from M. Wood re: [REDACTED] CareFusion. | Reveals attorney-client communication re legal advice. | 0.1 | Associate | $ 400 | $ 40 | | x | |
| 9/17/2018 | Feldman, Brian M. | Prepare CareFusion [REDACTED] for SDNY. | Reveals common interest communication with Government. | 1.5 | Partner | $ 800 | $ 1,200 | | x | |
| 9/18/2018 | McGuire, Maura C. | Review documents related to CareFusion [REDACTED] to send to SDNY; review Relator's [REDACTED] re: CareFusion [REDACTED]. | Reveals common interest communication with Government. | 1.1 | Associate | $ 400 | $ 440 | | x | |
| 9/18/2018 | Feldman, Brian M. | Review notes re CareFusion [REDACTED] for SDNY call. | Reveals common interest communication with Government. | 1.8 | Partner | $ 800 | $ 1,440 | | x | |
| 9/18/2018 | Weeda, J. Mason | Review and revise Powerpoint on CareFusion [REDACTED]; Revise [REDACTED] and E-mail to Steve Terman for further review | Reveals common interest communication with Government. | 2.5 | Partner | $ 800 | $ 2,000 | | x | |
| 9/18/2018 | Wood, Kaleigh E. | Identify complaints for CareFusion products; sent same to BMF. | | 2.2 | Litigation Project Manager | $ 100 | $ 220 | | x | |
| 9/20/2018 | Feldman, Brian M. | Prepare [REDACTED] CareFusion [REDACTED] for SDNY. | Reveals common interest communication with Government. | 2.8 | Partner | $ 800 | $ 2,240 | | x | |
| 9/20/2018 | McGuire, Maura C. | Participate in teleconference with SDNY re: CareFusion settlement; draft e-mail communication to Relator re: [REDACTED]. | Reveals attorney-client communication re legal advice. | 2.2 | Associate | $ 400 | $ 880 | | x | |
| 9/20/2018 | Terman, Stephen D. | Review CareFusion Slide Deck; review E-mail from client; send E-mail to client. | | 0.4 | Partner | $ 800 | $ 320 | | x | |
| 9/21/2018 | Feldman, Brian M. | Review CareFusion settlement agreement. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 9/21/2018 | Terman, Stephen D. | Review draft settlement stipulation; review E-mail. | | 0.5 | Partner | $ 800 | $ 400 | | x | |
| 9/24/2018 | Feldman, Brian M. | Brief client on CareFusion settlement; edit settlement terms; discuss same with AUSA. | | 1.9 | Partner | $ 800 | $ 1,520 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 9/24/2018 | Feldman, Brian M. | Discuss CareFusion Relator's share with AUSA; prepare research and materials re same. | | 2.0 | Partner | $ 800 | $ 1,600 | | x | |
| 9/24/2018 | McGuire, Maura C. | Review correspondence and proposed order of settlement and partial dismissal from SDNY re: terms of settlement agreement with CareFusion; participate in conference call with Relator's team re: proposed terms of CareFusion settlement. | | 1.7 | Associate | $ 400 | $ 680 | | x | |
| 9/24/2018 | Terman, Stephen D. | Review e-mail; conference call. | | 1.0 | Partner | $ 800 | $ 800 | | x | |
| 9/25/2018 | Feldman, Brian M. | Prepare relators' share memorandum, including research and analysis re same, for CareFusion award. | | 5.5 | Partner | $ 800 | $ 4,400 | | x | |
| 9/25/2018 | Terman, Stephen D. | Review draft relator's share memorandum; review e-mails. | | 0.5 | Partner | $ 800 | $ 400 | | x | |
| 9/26/2018 | McGuire, Maura C. | E-mail from B. Feldman re: Relator's share from CareFusion settlement. | | 0.1 | Associate | $ 400 | $ 40 | | x | |
| 9/27/2018 | McGuire, Maura C. | Review and provide comments to memo re: Relator's Share Award re: CareFusion Settlement. | | 0.7 | Associate | $ 400 | $ 280 | | x | |
| 9/27/2018 | Terman, Stephen D. | Review e-mails and comments on draft Relator's Share memorandum; discuss same with colleague; review e-mails. | | 0.4 | Partner | $ 800 | $ 320 | | x | |
| 9/27/2018 | Weeda, J. Mason | Review and revise draft relator share memorandum; cover E-mail to Brian Feldman. | | 2.1 | Partner | $ 800 | $ 1,680 | | x | |
| 9/28/2018 | Feldman, Brian M. | Revise CareFusion relator's share memo. | | 1.7 | Partner | $ 800 | $ 1,360 | | x | |
| 9/28/2018 | Terman, Stephen D. | Review e-mails; review memorandum to SDNY. | | 0.5 | Partner | $ 800 | $ 400 | | x | |
| 10/1/2018 | McGuire, Maura C. | Telephone conference with SDNY re: Relators share of CareFusion settlement. | | 0.4 | Associate | $ 400 | $ 160 | | x | |
| 10/1/2018 | Feldman, Brian M. | Respond to client questions re CF **[REDACTED]**; schedule telephone conference with SDNY re same. | Reveals attorney-client communication re legal advice. | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 10/1/2018 | Feldman, Brian M. | Discuss Relator's share re CareFusion case with SDNY. | | 0.6 | Partner | $ 800 | $ 480 | | x | |
| 10/2/2018 | McGuire, Maura C. | Review and respond to emails from M. Wood re: **[REDACTED]** CareFusion settlement. | Reveals attorney-client communication re legal advice. | 0.4 | Associate | $ 400 | $ 160 | | x | |
| 10/5/2018 | McGuire, Maura C. | E-mail from B. Feldman with update from SDNY on settlement negotiations with CareFusion; meeting with B. Feldman to discuss same. | | 0.2 | Associate | $ 400 | $ 80 | | x | |
| 10/11/2018 | Feldman, Brian M. | Contact SDNY re status of CF settlement. | | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 10/12/2018 | Feldman, Brian M. | Request update from SDNY re CF. | | 0.1 | Partner | $ 800 | $ 80 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2018 | Feldman, Brian M. | Respond to client question re [REDACTED] CF settlement. | Reveals attorney-client communication re legal advice. | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 10/24/2018 | Feldman, Brian M. | Telephone conference with SDNY re CF settlement progress; update client re same. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 10/24/2018 | McGuire, Maura C. | Meeting with B. Feldman to address [REDACTED] M. Wood e-mail. | Reveals attorney-client communication re legal advice. | 1.1 | Associate | $ 400 | $ 440 | | x | |
| 10/24/2018 | Terman, Stephen D. | Review e-mails from client; review attachment regarding [REDACTED]; review e-mail regarding CareFusion update. | Reveals attorney-client communication re legal advice. | 0.8 | Partner | $ 800 | $ 640 | | x | |
| 10/25/2018 | Terman, Stephen D. | Review e-mail; discuss same with colleague. | | 0.3 | Partner | $ 800 | $ 240 | | x | |
| 10/26/2018 | McGuire, Maura C. | Telephone conference with Team re: status of Care Fusion settlement and Relator's [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.9 | Associate | $ 400 | $ 360 | | x | |
| 10/26/2018 | Weeda, J. Mason | SDNY update telephone call. | | 0.7 | Partner | $ 800 | $ 560 | | x | |
| 10/26/2018 | Terman, Stephen D. | Conference call with client. | | 1.0 | Partner | $ 800 | $ 800 | | x | |
| 10/27/2018 | Terman, Stephen D. | Review e-mails from client. | | 0.3 | Partner | $ 800 | $ 240 | | x | |
| 10/29/2018 | McGuire, Maura C. | E-mail from M. Wood re: CF [REDACTED] | Reveals attorney-client communication re legal advice. | 0.3 | Associate | $ 400 | $ 120 | | x | |
| 10/30/2018 | McGuire, Maura C. | Review e-mail from M. Wood re: [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.1 | Associate | $ 400 | $ 40 | | x | |
| 10/31/2018 | McGuire, Maura C. | Review e-mails from M. Wood re: Care Fusion's [REDACTED]; meeting with B. Feldman to discuss how to present Relator's [REDACTED] and e-mail M. Wood re same. | Reveals attorney-client communication re legal advice. | 1.3 | Associate | $ 400 | $ 520 | | x | |
| 11/2/2018 | Terman, Stephen D. | Review e-mails; review documents, | | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 11/9/2018 | Feldman, Brian M. | Meeting with SDNY re Wood [REDACTED] vs Avalign, as well as Avalign [REDACTED]. | Reveals common interest communication with Government. | 0.4 | Partner | $ 800 | $ 320 | | | x |
| 11/13/2018 | Feldman, Brian M. | Correspondence with client re Avalign [REDACTED]; prepare [REDACTED] analysis and send to client and SDNY. | Reveals common interest communication with Government. | 0.4 | Partner | $ 800 | $ 320 | | | x |
| 11/13/2018 | McGuire, Maura C. | Review emails from M. Wood re: questions about CF and Avalign [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 11/13/2018 | Terman, Stephen D. | Review e-mails; review damages prospectus; research regarding same; discuss same with colleague. | | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 11/14/2018 | McGuire, Maura C. | Participate in teleconference with client re status of CF [REDACTED] and [REDACTED] Avalign. | Reveals attorney-client communication re legal advice. | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 11/14/2018 | Feldman, Brian M. | Communications with client and client team. | | 0.1 | Partner | $ 800 | $ 80 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 11/14/2018 | Weeda, J. Mason | Participate on SDNY update call. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 11/14/2018 | Terman, Stephen D. | Review documents regarding conference call; conference call with client. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 11/15/2018 | Weeda, J. Mason | Telephone call with Brian Feldman. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 11/15/2018 | Terman, Stephen D. | Review e-mails. | | - | Partner | $ 800 | $ - | x | | |
| 11/19/2018 | Terman, Stephen D. | Discussion with colleague; review e-mails; review documents. | | 1.5 | Partner | $ 800 | $ 1,200 | x | | |
| 11/20/2018 | Feldman, Brian M. | Telephone conference with SDNY re CF [REDACTED]. | Reveals common interest communication with Government. | 0.4 | Partner | $ 800 | $ 320 | | x | |
| 11/20/2018 | McGuire, Maura C. | Meeting with B. Feldman re: conversation with C. Harwood re: CF's [REDACTED]. | Reveals common interest communication with Government. | 0.3 | Associate | $ 400 | $ 120 | | x | |
| 11/26/2018 | Feldman, Brian M. | Correspondence with SDNY re CF settlement. | | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 11/26/2018 | Feldman, Brian M. | Telephone conference with SDNY re CF settlement finalization. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 11/26/2018 | Feldman, Brian M. | Update client on SDNY call re CF and Avalign settlements. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 11/26/2018 | Terman, Stephen D. | Review e-mail; review documents and discuss with colleague. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 12/5/2018 | McGuire, Maura C. | Telephone conference with SDNY re proposed revisions to CareFusion [REDACTED]. | Reveals common interest communication with Government. | 0.6 | Associate | $ 400 | $ 240 | | x | |
| 12/5/2018 | Feldman, Brian M. | CF settlement discussion with SDNY. | | 0.5 | Partner | $ 800 | $ 400 | | x | |
| 12/5/2018 | Terman, Stephen D. | Review e-mail from client; discuss same with colleague. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 12/11/2018 | Feldman, Brian M. | Draft email to SDNY re Avalign [REDACTED] for client review. | Reveals common interest communication with Government. | 1.3 | Partner | $ 800 | $ 1,040 | | | x |
| 12/11/2018 | McGuire, Maura C. | Research [REDACTED] for SDNY to finalize CareFusion settlement with states; phone call with SDNY re: Avalign [REDACTED]. | Reveals common interest communication with Government. | 2.8 | Associate | $ 400 | $ 1,120 | x | | |
| 12/11/2018 | Feldman, Brian M. | Telephone conference with client re Avalign and CF [REDACTED]. | Reveals attorney-client communication re legal advice. | 1.4 | Partner | $ 800 | $ 1,120 | x | | |
| 12/12/2018 | McGuire, Maura C. | Review e-mail from B. Feldman to SDNY re: proposed Avalign [REDACTED]; revise e-mail to SNDY re: Avalign [REDACTED]; draft e-mail to SDNY re: states [REDACTED] for CareFusion [REDACTED]. | Reveals common interest communication with Government. | 2.6 | Associate | $ 400 | $ 1,040 | x | | |
| 12/12/2018 | Feldman, Brian M. | Complete, revise, and send [REDACTED] email to SDNY re Avalign. | Reveals common interest communication with Government. | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 12/12/2018 | Feldman, Brian M. | Answer SDNY questions re CF [REDACTED]. | Reveals common interest communication with Government. | 0.2 | Partner | $ 800 | $ 160 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2018 | Terman, Stephen D. | Review letter to AUSA; discuss same with colleague. | | 5.0 | Partner | $ 800 | $ 4,000 | | | x |
| 12/13/2018 | McGuire, Maura C. | E-mail to SDNY re [REDACTED]. | Reveals common interest communication with Government. | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 12/13/2018 | Terman, Stephen D. | Review e-mails from client. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 12/17/2018 | Feldman, Brian M. | Answer client questions re CF [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 12/21/2018 | Schwalbe, Laura K. | Review and redact Avalign complaint in connection with CareFusion settlement. | | 0.9 | Senior Associate | $ 500 | $ 450 | | x | |
| 12/21/2018 | McGuire, Maura C. | E-mail to L. Schwalbe re: redacting complaint for CareFusion. | | 0.1 | Associate | $ 400 | $ 40 | | x | |
| 12/26/2018 | Feldman, Brian M. | Telephone conference with SDNY re next steps. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 12/26/2018 | Terman, Stephen D. | Review e-mails. | | 0.5 | Partner | $ 800 | $ 400 | x | | |
| 12/31/2018 | Feldman, Brian M. | Correspondence with SDNY. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 1/8/2019 | Terman, Stephen D. | Draft e-mail to Mary Wood; e-mail client regarding [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 1/9/2019 | Terman, Stephen D. | Review and respond to e-mail; research documents regarding same. | | 1.6 | Partner | $ 800 | $ 1,280 | | | x |
| 1/30/2019 | Feldman, Brian M. | E-mails with SDNY and updates to client. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 2/4/2019 | Terman, Stephen D. | Review e-mails. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 2/5/2019 | Terman, Stephen D. | Discussion with colleague regarding documents; review e-mails. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 2/6/2019 | Terman, Stephen D. | Review documents and e-mails | | 1.8 | Partner | $ 800 | $ 1,440 | | | x |
| 2/8/2019 | Feldman, Brian M. | Discuss approach to Avalign briefing for SDNY. | | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 2/8/2019 | Feldman, Brian M. | Telephone conference with SDNY re Avalign; update client re same. | | 0.8 | Partner | $ 800 | $ 640 | | | x |
| 2/8/2019 | McGuire, Maura C. | Meeting with B. Feldman to discuss compiling information re examples of false claims. | | 0.7 | Associate | $ 400 | $ 280 | | | x |
| 2/8/2019 | Weeda, J. Mason | Status update call. | | 0.8 | Partner | $ 800 | $ 640 | | | x |
| 2/8/2019 | Terman, Stephen D. | Review e-mail; conference call with client. | | 0.8 | Partner | $ 800 | $ 640 | | | x |
| 2/12/2019 | Feldman, Brian M. | Telephone conferences with SDNY re CareFusion settlement. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 2/12/2019 | Feldman, Brian M. | Update client re CF settlement, including [REDACTION]; review CareFusion settlement papers. | Reveals attorney-client communication re legal advice. | 0.3 | Partner | $ 800 | $ 240 | | x | |
| 2/12/2019 | McGuire, Maura C. | Review admissions in Carefusion settlement. | | 0.2 | Associate | $ 400 | $ 80 | | x | |
| 2/12/2019 | Weeda, J. Mason | Review correspondence with Mary Wood and HSE; review settlement document; internal conference. | | 1.5 | Partner | $ 800 | $ 1,200 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalgin SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 2/12/2019 | Terman, Stephen D. | Review e-mails and documents; conference call with client regarding same. | | 2.0 | Partner | $ 800 | $ 1,600 | x | | |
| 2/13/2019 | Terman, Stephen D. | Review e-mails | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 2/15/2019 | McGuire, Maura C. | Draft [REDACTED] for SDNY call re [REDACTED] Avalgin; Phone call with M. Wood re signing CF Settlement Agreement and [REDACTED] Avalgin [REDACTED]; phone call with SDNY re [REDACTED];e-mail to M. Wood with update re same. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 6.2 | Associate | $ 400 | $ 2,480 | x | | |
| 2/18/2019 | McGuire, Maura C. | E-mail to SDNY confirming March 12 meeting date; answer questions from M. Wood re: conversation [REDACTED] Avalgin [REDACTED]. | Reveals attorney-client communication re legal advice. | 1.4 | Associate | $ 400 | $ 560 | | | x |
| 2/18/2019 | Terman, Stephen D. | Review e-mails and documents. | | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 2/19/2019 | McGuire, Maura C. | E-mail to M. Wood and OFW law re confirmation of March 12 meeting with SDNY; coordinate same. | | 0.5 | Associate | $ 400 | $ 200 | | | x |
| 2/19/2019 | Terman, Stephen D. | Review e-mails; discuss same with colleague. | | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 2/20/2019 | Weeda, J. Mason | E-mails regarding meeting with SDNY. | | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 2/20/2019 | Terman, Stephen D. | Review E-mail from client; discuss same with colleague. | | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 2/28/2019 | McGuire, Maura C. | E-mail to M. Wood responding to questions re CareFusion [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.3 | Associate | $ 400 | $ 120 | | x | |
| 3/5/2019 | Weeda, J. Mason | Review Disclosure Statement. | | 0.8 | Partner | $ 800 | $ 640 | | | x |
| 3/5/2019 | Terman, Stephen D. | Review Disclosure Statement and other documents; review e-mails. | | 2.8 | Partner | $ 800 | $ 2,240 | | | x |
| 3/8/2019 | Terman, Stephen D. | Review documents. | | 3.5 | Partner | $ 800 | $ 2,800 | | | x |
| 3/11/2019 | Weeda, J. Mason | E-mail correspondence regarding meeting with SDNY; preparation regarding same. | | 3.0 | Partner | $ 800 | $ 2,400 | | | x |
| 3/11/2019 | Terman, Stephen D. | Review documents regarding meeting with SDNY; review E-mails. | | 3.5 | Partner | $ 800 | $ 2,800 | | | x |
| 3/12/2019 | Weeda, J. Mason | Travel to and from New York to attend SDNY meeting. | | 16.0 | Partner | $ 800 | $ 12,800 | | | x |
| 3/12/2019 | Terman, Stephen D. | Meeting with SDNY. | | 16.0 | Partner | $ 800 | $ 12,800 | | | x |
| 3/13/2019 | McGuire, Maura C. | Travel from NYC to ROC; follow up phone call with Sai re: [REDACTED] Avalgin; e-mail summary of conversation to M. Wood; telephone conference with SDNY [REDCATED] CF Agreement. | Reveals common interest communication with Government. | 2.1 | Associate | $ 400 | $ 840 | x | | |
| 3/14/2019 | McGuire, Maura C. | Telephone conference with B Feldman to discuss call with SDNY re: CF [REDACTED]; e-mail to client re same; e-mail to client re phone call with SDNY re [REDACTED] Avalgin and [REDACTED]. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.7 | Associate | $ 400 | $ 280 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalgin SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 3/18/2019 | McGuire, Maura C. | E-mail from S. Mohan re: CareFusion [REDACTED]; e-mail to M. Weeda re same. | Reveals common interest communication with Government. | 0.9 | Associate | $ 400 | $ 360 | | x | |
| 3/18/2019 | Weeda, J. Mason | Review Carefusion [REDACTED]; research classification and premarket requirements. | Reveals common interest communication with Government. | 2.5 | Partner | $ 800 | $ 2,000 | | x | |
| 3/18/2019 | Terman, Stephen D. | Review documents and e-mails; discussion with colleague. | | 2.2 | Partner | $ 800 | $ 1,760 | | x | |
| 3/19/2019 | McGuire, Maura C. | Review e-mail from M. Weeda re: CareFusion Class II devices; telephone conference with M. Wood to discuss status of CF [REDACTED] Avalgin, and [REDACTED] against Avalgin. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 1.2 | Associate | $ 400 | $ 480 | x | | |
| 3/19/2019 | Weeda, J. Mason | Conference call with HSE team and Mary Wood. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 3/19/2019 | Terman, Stephen D. | Conference call with client. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 3/25/2019 | Terman, Stephen D. | Review E-mails; discussion with colleague; review documents. | | 0.8 | Partner | $ 800 | $ 640 | x | | |
| 3/28/2019 | Terman, Stephen D. | Review E-mails; discussion with colleague. | | 0.6 | Partner | $ 800 | $ 480 | x | | |
| 4/1/2019 | Feldman, Brian M. | Telephone conference with SDNY re CF timing. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 4/1/2019 | Weeda, J. Mason | Prepare for conference call; update conference call with Mary Wood and HSE team. | | 1.1 | Partner | $ 800 | $ 880 | x | | |
| 4/1/2019 | Terman, Stephen D. | Prepare for conference call; conference call with client; review E-mails and documents. | | 1.9 | Partner | $ 800 | $ 1,520 | x | | |
| 4/3/2019 | McGuire, Maura C. | E-mail update to M. Wood re four month seal extension. | | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 4/3/2019 | Feldman, Brian M. | Correspondence with SDNY re extension; obtain and convey client consent. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 4/3/2019 | Terman, Stephen D. | Review e-mails and documents; discuss review of e-mails and documents with colleague. | | 1.2 | Partner | $ 800 | $ 960 | x | | |
| 4/5/2019 | Terman, Stephen D. | Review e-mails. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 4/8/2019 | Terman, Stephen D. | Review documents and e-mails; conference call with client regarding same. | | 2.3 | Partner | $ 800 | $ 1,840 | x | | |
| 4/9/2019 | Feldman, Brian M. | Answer client [REDACTED] question re CF. | Reveals attorney-client communication re legal advice. | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 4/9/2019 | Terman, Stephen D. | Review documents. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 4/11/2019 | Feldman, Brian M. | Telephone conference with SDNY re CF unsealing; investigate [REDACTED]. | Reveals common interest communication with Government. | 0.3 | Partner | $ 800 | $ 240 | | x | |
| 4/11/2019 | McGuire, Maura C. | Exchange e-mails with SDNY re needed [REDACTED]; create chart for SDNY [REDACTED]. | Reveals common interest communication with Government. | 2.0 | Associate | $ 400 | $ 800 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|---------------|---------------------|-------------------|
| 4/12/2019 | Feldman, Brian M. | Correspondence with client re CF settlement. | | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 4/12/2019 | McGuire, Maura C. | E-mail to M. Wood with update from SDNY re [REDACTED] Avalign and release of CareFusion settlement. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.7 | Associate | $ 400 | $ 280 | x | | |
| 4/14/2019 | McGuire, Maura C. | E-mail to M. Wood re: [REDACTED] CareFusion as part of settlement agreement. | Reveals attorney-client communication re legal advice. | 0.2 | Associate | $ 400 | $ 80 | | x | |
| 4/15/2019 | McGuire, Maura C. | Telephone conference with SDNY re: [REDACTED] CareFusion as part of settlement; e-mail to M. Wood re same. | Reveals common interest communication with Government; reveals attorney client communications re legal advice. | 0.3 | Associate | $ 400 | $ 120 | | x | |
| 4/16/2019 | McGuire, Maura C. | E-mail from SDNY re Avalign [REDACTED]; work with K. Wood to update [REDACTED] and re-send to SDNY. | Reveals common interest communication with Government. | 1.6 | Associate | $ 400 | $ 640 | | | x |
| 4/16/2019 | McGuire, Maura C. | Telephone conference with SDNY re: changes to CareFusion settlement agreement and need for new signatures. | | 0.2 | Associate | $ 400 | $ 80 | | x | |
| 4/17/2019 | McGuire, Maura C. | E-mail to M. Wood re: revisions to CareFusion settlement agreement. | | 0.2 | Associate | $ 400 | $ 80 | | x | |
| 4/17/2019 | McGuire, Maura C. | Research sales data and marketing basis for HAE devices sold to CareFusion. | | 2.4 | Associate | $ 400 | $ 960 | | | x |
| 4/17/2019 | Weeda, J. Mason | Review question from Mary Wood; draft response E-mail to Mary Wood; conference with Steve Terman regarding same. | | 1.1 | Partner | $ 800 | $ 880 | | | x |
| 4/17/2019 | Terman, Stephen D. | Review e-mails; discuss same with colleague; review response to Wood | | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 4/18/2019 | Weeda, J. Mason | E-mail to Mary Wood regarding [REDACTED] | Reveals attorney-client communication re legal advice. | 1.1 | Partner | $ 800 | $ 880 | | | x |
| 4/18/2019 | Terman, Stephen D. | Discussion with colleague; further review of response to Wood. | | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 4/22/2019 | McGuire, Maura C. | Meeting with B. Feldman to discuss analysis of Avalign and CareFusion data to identify end users of devices [REDACTED]. | Reveals common interest communication with Government. | 0.9 | Associate | $ 400 | $ 360 | | | x |
| 4/23/2019 | McGuire, Maura C. | E-mail from SDNY with finalized and executed CareFusion settlement agreement; e-mail copy to M. Wood. | | 0.1 | Associate | $ 400 | $ 40 | | x | |
| 4/23/2019 | McGuire, Maura C. | E-mail from SDNY with finalized and executed CareFusion settlement agreement; e-mail copy to M. Wood. | | 0.5 | Associate | $ 400 | $ 200 | | x | |
| 4/24/2019 | McGuire, Maura C. | Exchange e-mails with M. Wood re: [REDACTED] CareFusion settlement agreement and [REDACTED] CareFusion. | Reveals attorney-client communication re legal advice. | 1.1 | Associate | $ 400 | $ 440 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/25/2019 | McGuire, Maura C. | Meeting with B. Feldman to discuss timing of CF settlement filing, Relators' share agreement, and time to request/negotiate attorney's fees with Care Fusion; e-mail to team coordinating a call to discuss same. | | 0.6 | Associate | $ 400 | $ 240 | | x | |
| 4/25/2019 | McGuire, Maura C. | Review spreadsheet re CareFusion end user data and need for CareFusion item numbers to identify end users. | | 0.3 | Associate | $ 400 | $ 120 | | x | |
| 4/25/2019 | Feldman, Brian M. | Correspondence with SDNY re presentment of CF settlement to court; advise client re same. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 4/25/2019 | Feldman, Brian M. | Correspondence with SDNY re Relator's Share for CF settlement. | | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 4/25/2019 | Weeda, J. Mason | Review correspondence regarding CareFusion settlement press release. | | 0.6 | Partner | $ 800 | $ 480 | | x | |
| 4/26/2019 | Feldman, Brian M. | Telephone conference with client re CF settlement. | | 0.8 | Partner | $ 800 | $ 640 | | x | |
| 4/26/2019 | McGuire, Maura C. | Telephone conference with M Wood and OFW re update on status of CareFusion [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.5 | Associate | $ 400 | $ 200 | | x | |
| 4/26/2019 | Weeda, J. Mason | Update call re carefusion. | | 0.8 | Partner | $ 800 | $ 640 | | x | |
| 4/26/2019 | Terman, Stephen D. | Conference call with client; review documents regarding same. | | 0.8 | Partner | $ 800 | $ 640 | | x | |
| 4/30/2019 | Feldman, Brian M. | Negotiate CF relator's share with Office; update client re same. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 4/30/2019 | McGuire, Maura C. | Participate in weekly teleconference with M. Wood to update on status of investigation and CareFusion settlement. | | 0.2 | Associate | $ 400 | $ 80 | | x | |
| 4/30/2019 | Weeda, J. Mason | Update conference call on CareFusion settlement. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 4/30/2019 | Terman, Stephen D. | Conference call with client; review documents regarding same; conference call with client regarding same. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 5/1/2019 | Feldman, Brian M. | Negotiations with SDNY re relator's share. | | 0.3 | Partner | $ 800 | $ 240 | | x | |
| 5/2/2019 | McGuire, Maura C. | Discuss counter offer to Relators share percentage with B. Feldman. | | 0.2 | Associate | $ 400 | $ 80 | | x | |
| 5/7/2019 | Feldman, Brian M. | Correspondence with SDNY re [REDACTED] Avalign. | Reveals common interest communication with Government. | 0.1 | Partner | $ 800 | $ 80 | | | x |
| 5/7/2019 | Feldman, Brian M. | Correspondence with SDNY re relator's share re CF; update client re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 5/7/2019 | McGuire, Maura C. | Participate in weekly call with client re updates from SDNY. | | 0.2 | Associate | $ 400 | $ 80 | | | x |
| 5/7/2019 | Weeda, J. Mason | Update conference call. | | 0.8 | Partner | $ 800 | $ 640 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/8/2019 | Feldman, Brian M. | Revise and redline CF share agreement; circulate to co-counsel and client with advice and explanation. | | 0.5 | Partner | $ 800 | $ 400 | | x | |
| 5/8/2019 | Feldman, Brian M. | Compile CF fees. | | 1.0 | Partner | $ 800 | $ 800 | | x | |
| 5/8/2019 | McGuire, Maura C. | Review comments from B. Feldman to proposed Relator's share agreement; e-mail from M. Wood re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.2 | Associate | $ 400 | $ 80 | | x | |
| 5/8/2019 | Terman, Stephen D. | Review Carefusion draft agreement; review E-mails from Mary Wood. | | 0.7 | Partner | $ 800 | $ 560 | | x | |
| 5/9/2019 | Feldman, Brian M. | Telephone conference with SDNY re Avalign [REDACTED]. | Reveals common interest communication with Government. | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 5/9/2019 | McGuire, Maura C. | Telephone conference with SDNY re [REDACTED] Avalign and [REDACTED]. | Reveals common interest communication with Government. | 0.5 | Associate | $ 400 | $ 200 | | | x |
| 5/9/2019 | Feldman, Brian M. | Revise CF relator's share agreement [REDACTED] client [REDACTED]; consider additional client [REDACTED]; correspondence with SDNY re edits. | Reveals attorney-client communication re legal advice. | 0.4 | Partner | $ 800 | $ 320 | | x | |
| 5/9/2019 | Terman, Stephen D. | Review e-mails and documents from client. | | 0.8 | Partner | $ 800 | $ 640 | | | x |
| 5/10/2019 | Terman, Stephen D. | Review e-mail from colleague regarding settlement. | | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 5/10/2019 | Weeda, J. Mason | Organize and review all time for CF fees and settlement. | | 5.0 | Partner | $ 800 | $ 4,000 | | x | |
| 5/13/2019 | Feldman, Brian M. | Research [REDACTED] similar cases; email SDNY re same. | Reveals common interest communication with Government. | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 5/13/2019 | McGuire, Maura C. | Review e-mail from B. Feldman re [REDACTED]. | Reveals common interest communication with Government. | 0.1 | Associate | $ 400 | $ 40 | | | x |
| 5/13/2019 | Feldman, Brian M. | Review CF settlement; outreach to SDNY re CF counsel. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 5/13/2019 | Feldman, Brian M. | Communications with CF counsel re fee application. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 5/13/2019 | Feldman, Brian M. | Develop [REDACTED] for SDNY re Avalign. | Reveals common interest communication with Government. | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 5/13/2019 | McGuire, Maura C. | Review CareFusion settlement agreement and press release. | | 0.2 | Associate | $ 400 | $ 80 | | x | |
| 5/13/2019 | McGuire, Maura C. | Strategize re: encouraging government to intervene in case. | | 0.1 | Associate | $ 400 | $ 40 | | | x |
| 5/13/2019 | Weeda, J. Mason | Organize and review all time for CF fees and settlement; e-mail to Brian Feldman regarding same. | | 4.0 | Partner | $ 800 | $ 3,200 | | x | |
| 5/14/2019 | Feldman, Brian M. | Discussion with client re conclusion of CF settlement, including [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.5 | Partner | $ 800 | $ 400 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/14/2019 | Feldman, Brian M. | Consolidate and review CF time entries between firms in anticipation of fee negotiation; communications with co-counsel re same. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 5/14/2019 | McGuire, Maura C. | Participate in weekly update teleconference with M. Wood and OFW; discuss how to [REDACTED]. | Reveals attorney-client communication re legal advice. | 1.9 | Associate | $ 400 | $ 760 | | | x |
| 5/14/2019 | Weeda, J. Mason | Update conference call. | | 0.7 | Partner | $ 800 | $ 560 | | | x |
| 5/14/2019 | Terman, Stephen D. | Conference call with client; research 510(k) guidance. | | 2.8 | Partner | $ 800 | $ 2,240 | | | x |
| 5/15/2019 | Feldman, Brian M. | Telephone conference with MFCU re CF settlement and share with various states. | | 0.7 | Partner | $ 800 | $ 560 | x | | |
| 5/15/2019 | Feldman, Brian M. | Telephone conference with SDNY re status of CF settlement and relator's share agreements. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 5/15/2019 | Feldman, Brian M. | Telephone conference with SDNY re Avalign [REDACTED]. | Reveals common interest communication with Government. | 0.7 | Partner | $ 800 | $ 560 | | | x |
| 5/15/2019 | Feldman, Brian M. | Review client materials for [REDACTED]; discuss same with client. | Reveals attorney-client communication re legal advice. | 2.0 | Partner | $ 800 | $ 1,600 | | | x |
| 5/15/2019 | Feldman, Brian M. | Prepare CF fee application. | | 1.9 | Partner | $ 800 | $ 1,520 | x | | |
| 5/15/2019 | Terman, Stephen D. | Research 510(k) modification issues. | | 3.5 | Partner | $ 800 | $ 2,800 | | | x |
| 5/16/2019 | Feldman, Brian M. | Telephone conference with CF re fees; prepare settlement materials for CF counsel. | | 1.0 | Partner | $ 800 | $ 800 | x | | |
| 5/16/2019 | Feldman, Brian M. | Telephone conference with CF re resolution of fees. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 5/16/2019 | McGuire, Maura C. | Review CareFusion fee application. | | 0.5 | Associate | $ 400 | $ 200 | x | | |
| 5/16/2019 | McGuire, Maura C. | E-mail to M. Wood re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.2 | Associate | $ 400 | $ 80 | | | x |
| 5/16/2019 | Terman, Stephen D. | Review e-mail from client. | | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 5/16/2019 | Weeda, J. Mason | Draft and finalize Steve Terman declaration and exhibits for fees; review motion and fee application. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 5/17/2019 | McGuire, Maura C. | Exchange e-mails with M. Wood re [REDACTED]; meeting with B. Feldman to discuss same. | Reveals attorney-client communication re legal advice. | 0.5 | Associate | $ 400 | $ 200 | | | x |
| 5/17/2019 | Weeda, J. Mason | Review guidance regarding 510(k) changes; draft analysis and e-mail to Steve Terman regarding same. | | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 5/20/2019 | Feldman, Brian M. | Fee negotiation with CF counsel; draft application to chambers; seek consent from USA and CF. | | 1.2 | Partner | $ 800 | $ 960 | x | | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 5/20/2019 | Feldman, Brian M. | Obtain US consent to revised draft; send to CareFusion counsel for review; obtain CF consent; file with court via email; deliver to all counsel. | | 0.3 | Partner | $ 800 | $ 240 | | x | |
| 5/20/2019 | Weeda, J. Mason | Review applicable 510(k) guidance; Draft memorandum for HSE regarding documenting specifications and changes to specifications. | | 3.0 | Partner | $ 800 | $ 2,400 | | | x |
| 5/21/2019 | Feldman, Brian M. | Telephone conference with Judge Ramos's chambers re extension application re CF fees. | | 0.1 | Partner | $ 800 | $ 80 | | x | |
| 5/21/2019 | Feldman, Brian M. | Finalize motion papers re CF fee application; present to Court with letter motion; outreach to defense counsel. | | 2.8 | Partner | $ 800 | $ 2,240 | | x | |
| 5/21/2019 | Terman, Stephen D. | Telephone call with client; review documents; review e-mails regarding same. | | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 5/21/2019 | Weeda, J. Mason | Finalize Carefusion fee application/declaration for filing; conference call and e-mail correspondence with Brian Feldman regarding same; finalize and e-mail [REDACTED] memorandum to Brian Feldman. | | 4.0 | Partner | $ 800 | $ 3,200 | x | | |
| 5/22/2019 | Feldman, Brian M. | Execute agreement with States re CF. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 5/22/2019 | Feldman, Brian M. | Correspondence with SDNY re CF fee application. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 5/22/2019 | Feldman, Brian M. | Correspondence with SDNY re CF motion papers; correspondence with CF re same. | | 0.2 | Partner | $ 800 | $ 160 | | x | |
| 5/22/2019 | Feldman, Brian M. | Correspondence re CID returns in Avalign case. | | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 5/22/2019 | McGuire, Maura C. | Review motion papers re CareFusion Fee Application. | | 0.1 | Associate | $ 400 | $ 40 | | x | |
| 5/22/2019 | McGuire, Maura C. | E-mail from M. Weeda re: preMarket notification and revise memorandum re [REDACTED]. | Reveals common interest communication with Government. | 3.2 | Associate | $ 400 | $ 1,280 | | | x |
| 5/22/2019 | Weeda, J. Mason | Update conference call regarding settlement with Carefusion. | | 1.0 | Partner | $ 800 | $ 800 | | x | |
| 5/23/2019 | Terman, Stephen D. | Review E-mails from client; review e-mails from Mary Wood; review documents regarding same. | | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 5/23/2019 | Weeda, J. Mason | Review press on Carefusion settlement; E-mail to Brian Feldman regarding same. | | 1.0 | Partner | $ 800 | $ 800 | | x | |
| 5/24/2019 | Terman, Stephen D. | Review e-mails from client; review e-mails from Mary Wood and colleague; discussion of same with colleague. | | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 5/26/2019 | Feldman, Brian M. | Correspondence with SDNY re CF; correspondence with CF re settlement negotiations. | | 0.1 | Partner | $ 800 | $ 80 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/2019 | Feldman, Brian M. | Correspondence with CF counsel re settlement negotiations. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 5/29/2019 | Terman, Stephen D. | Review e-mails. | | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 5/30/2019 | Feldman, Brian M. | Telephone conference with CF re settlement; coordinate settlement approach with co-counsel; settlement demand. | | 2.5 | Partner | $ 800 | $ 2,000 | x | | |
| 5/30/2019 | McGuire, Maura C. | Discuss CareFusion's offer re attorneys' fees. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 5/30/2019 | Terman, Stephen D. | Telephone call with client; review E-mail from client regarding same. | | 0.5 | Partner | $ 800 | $ 400 | | | x |
| 5/31/2019 | McGuire, Maura C. | E-mail from B. Feldman re negotiations with CareFusion over fee application. | | 0.2 | Associate | $ 400 | $ 80 | x | | |
| 6/1/2019 | Terman, Stephen D. | Review e-mails regarding fees settlement. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 6/3/2019 | McGuire, Maura C. | E-mail from SDNY re: additional information provided re: [REDACTED]. | Reveals common interest communication with Government. | 1.5 | Associate | $ 400 | $ 600 | | | x |
| 6/3/2019 | Feldman, Brian M. | Correspondence with CF re settlement and timing. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/3/2019 | Feldman, Brian M. | Telephone conference with CF re fee settlement; correspondence with SDNY re further disclosures. | | 0.3 | Partner | $ 800 | $ 240 | x | | |
| 6/3/2019 | Feldman, Brian M. | Draft CF fee application extension letter to Court; circulate to CF for approval; obtain CF approval; submit to Court. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 6/3/2019 | Terman, Stephen D. | Review various e-mails and documents. | | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 6/4/2019 | Feldman, Brian M. | Telephone conference re CF fee application with SDNY. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/10/2019 | Feldman, Brian M. | Negotiations with CF counsel; reach out to co-counsel re offer. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 6/10/2019 | Feldman, Brian M. | Correspondence with SDNY re settlement status, to inform CF negotiation. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/14/2019 | Feldman, Brian M. | Gather settlement payment information for CareFusion settlement. | | 0.2 | Partner | $ 800 | $ 160 | x | | |
| 6/18/2019 | Feldman, Brian M. | CF extension call; confirmed and drafted request. | | 0.4 | Partner | $ 800 | $ 320 | x | | |
| 6/18/2019 | Feldman, Brian M. | Consult with SDNY re Avalign unsealing and sharing of redacted complaint; talk to client re [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 6/18/2019 | McGuire, Maura C. | E-mail to M. Wood re consent to share copy of complaint with Avalign. | | 0.6 | Associate | $ 400 | $ 240 | | | x |
| 6/18/2019 | Terman, Stephen D. | Review e-mails to and from Mary Wood. | | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 6/20/2019 | Feldman, Brian M. | Submit CF payment information to SDNY as requested. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/20/2019 | McGuire, Maura C. | Exchange e-mails re additional payee information form. | | 0.1 | Associate | $ 400 | $ 40 | x | | |
| 6/21/2019 | Terman, Stephen D. | Review e-mails to and from Mary Wood. | | 0.2 | Partner | $ 800 | $ 160 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalgin SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|-------------------|
| 6/25/2019 | Feldman, Brian M. | Answer client questions re CF update. | | 0.1 | Partner | $ 800 | $ 80 | x | | |
| 6/27/2019 | Terman, Stephen D. | Review e-mail regarding telephone calls with client. | | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 6/27/2019 | Weeda, J. Mason | Update telephone call regarding settlement; additional telephone call with HSE; E-mail to Steve Terman regarding same. | | 0.9 | Partner | $ 800 | $ 720 | | | x |
| 6/28/2019 | Feldman, Brian M. | Telephone conference with SDNY re Avalign call; update client re same; email correspondence with Avalign and SDNY; telephone conference with SDNY re [REDACTED]. | Reveals common interest communication with Government. | 1.3 | Partner | $ 800 | $ 1,040 | | | x |
| 6/28/2019 | McGuire, Maura C. | Telephone conference with M. Wood and OWF law re discussions [REDACTED]. | Reveals attorney-client communication re legal advice. | 0.8 | Associate | $ 400 | $ 320 | | | x |
| 6/28/2019 | Terman, Stephen D. | Conference call with client, Mary Wood, and colleague; review E-mail regarding same. | | 0.7 | Partner | $ 800 | $ 560 | | | x |
| 7/8/2019 | McGuire, Maura C. | Call with SDNY re: status of Avalign settlement and CareFusion settlement payment; e-mail to B. Feldman re same. | | 0.6 | Associate | $ 400 | $ 240 | x | | |
| 7/10/2019 | McGuire, Maura C. | Exchange e-mails with M. Wood re status update regarding settlement and unsealing of complaint. | | 0.2 | Associate | $ 400 | $ 80 | | | x |
| 7/10/2019 | Terman, Stephen D. | Review e-mail; discuss e-mail with colleague. | | 2.0 | Partner | $ 800 | $ 1,600 | | | x |
| 7/12/2019 | Feldman, Brian M. | Communications with SDNY re settlement. | | 0.4 | Partner | $ 800 | $ 320 | | | x |
| 7/17/2019 | Feldman, Brian M. | Telephone update from SDNY re Avalign; update client re same; recirculate Relator's share memo. | | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 7/17/2019 | McGuire, Maura C. | Meeting with B. Feldman re status update from SDNY re settlement agreement going forward. | | 0.6 | Associate | $ 400 | $ 240 | | | x |
| 7/17/2019 | Terman, Stephen D. | Review e-mails. | | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 7/18/2019 | Terman, Stephen D. | Conference call with client and Mary Wood. | | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 7/18/2019 | Weeda, J. Mason | Update conference call with HSE team and Mary Wood. | | 1.0 | Partner | $ 800 | $ 800 | | | x |
| 7/19/2019 | Terman, Stephen D. | Review e-mail from Mary Wood; review other e-mails. | | 0.3 | Partner | $ 800 | $ 240 | | | x |
| 7/22/2019 | Feldman, Brian M. | Review proposed Avalign stipulation; explain same to Relator. | | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 7/22/2019 | Terman, Stephen D. | Review e-mail regarding proposed settlement of case. | | 0.4 | Partner | $ 800 | $ 320 | | | x |
| 7/23/2019 | Feldman, Brian M. | Telephone conference with SDNY re resolution of Avalign claims, declined Avalign claims, and sharing agreement; communicate [REDACTED] to Relator. | Reveals attorney-client communication re legal advice. | 0.2 | Partner | $ 800 | $ 160 | | | x |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/23/2019 | Terman, Stephen D. | Review e-mails regarding settlement and various matters. | | 0.4 | Partner | $ 800 | $  320 | | | x |
| 7/30/2019 | Feldman, Brian M. | Status conference with SDNY re Avalign settlement. | | 0.2 | Partner | $ 800 | $  160 | | | x |
| 7/30/2019 | Terman, Stephen D. | Review revised settlement agreement. | | 0.2 | Partner | $ 800 | $  160 | | | x |
| 7/31/2019 | Feldman, Brian M. | Telephone conference with client re SDNY status, [**REDACTED**] re Avalign. | Reveals attorney-client communication re legal advice. | 0.5 | Partner | $ 800 | $  400 | | | x |
| 7/31/2019 | Feldman, Brian M. | Telephone conferences with SDNY re Avalign settlement status. | | 0.3 | Partner | $ 800 | $  240 | | | x |
| 7/31/2019 | Terman, Stephen D. | Review documents; conference call with client; review e-mails regarding same; discussion of conference call and e-mails with colleague. | | 1.5 | Partner | $ 800 | $ 1,200 | | | x |
| 8/1/2019 | Feldman, Brian M. | Review court order. | | 0.1 | Partner | $ 800 | $   80 | | | x |
| 8/1/2019 | Feldman, Brian M. | Finalize settlement with Avalign; answer client questions re [**REDACTED**]; provide consent to SDNY; answer SDNY settlement questions. | Reveals attorney-client communication re legal advice. | 0.5 | Partner | $ 800 | $  400 | | | x |
| 8/6/2019 | Feldman, Brian M. | Review complaint-in-intervention re Avalign; telephone conference with SDNY re same; update client re [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 0.3 | Partner | $ 800 | $  240 | | | x |
| 8/15/2019 | Feldman, Brian M. | Update client on Avalign [**REDACTED**]. | Reveals attorney-client communication re legal advice. | 0.1 | Partner | $ 800 | $   80 | | | x |
| 8/9/2019 | Feldman, Brian M. | Communications with SDNY re Avalign Relator's share agreement. | | 0.1 | Partner | $ 800 | $   80 | | | x |
| 8/7/2019 | Feldman, Brian M. | Draft memo on Avalign Relator's share to NAMFCU. | | 0.8 | Partner | $ 800 | $  640 | | | x |
| 8/7/2019 | Feldman, Brian M. | Telephone conference with Relator about [**REDACTED**] re Avalign. | Reveals attorney-client communication re legal advice. | 0.8 | Partner | $ 800 | $  640 | | | x |
| 8/8/2019 | Feldman, Brian M. | Telephone conference with NAMFCU re Avalign settlement; call with SDNY re same. | | 0.5 | Partner | $ 800 | $  400 | | | x |
| 8/22/2019 | Feldman, Brian M. | Telephone conference with Judge Ramos's chambers re CF fee application deadline. | | 0.1 | Partner | $ 800 | $   80 | | x | |
| 8/19/2019 | Feldman, Brian M. | Telephone conference with CareFusion re attorney's fees; review prior negotiations; review billings re CF. | | 0.5 | Partner | $ 800 | $  400 | | x | |
| 8/20/2019 | Feldman, Brian M. | Prepare application to court to extend CareFusion deadline; circulate same to Government and CareFusion for consent. | | 0.3 | Partner | $ 800 | $  240 | | x | |
| 8/20/2019 | Feldman, Brian M. | Obtain CareFusion consent; finalize application for CareFusion fee deadline; make sealed application. | | 0.2 | Partner | $ 800 | $  160 | | x | |

| Date | Name | Narrative | Redaction Rationale(s) | Hrs | Position | Rate | Amount | COMMON to both | CareFusion SPECIFIC | Avalign SPECIFIC |
|------|------|-----------|------------------------|-----|----------|------|--------|----------------|---------------------|------------------|
| 8/28/2019 | Feldman, Brian M. | Answer client questions re Avalign **[REDACTED]** and **[REDACTED]**. | Reveals attorney-client communication re legal advice. | 0.2 | Partner | $ 800 | $ 160 | | | x |
| 8/29/2019 | Feldman, Brian M. | Calculate fees for Avalign case. | | 1.2 | Partner | $ 800 | $ 960 | | | x |

| | |
|---|---|
| <span style="background:cyan">      </span> | Time entries with travel |
| <span style="background:lightgray">      </span> | Time entries with block-billing |
| <span style="background:yellow">      </span> | Time entries that are vague |
| <span style="background:lightgreen">      </span> | Time entries related to negotiations of relator's share |
| <span style="background:orange">      </span> | Time entries that purportedly relate to CareFusion-specific fees |
| <span style="background:salmon">      </span> | Time entries that have been redacted |
| <span style="background:#E0C0FF">      </span> | Time entries that explicitly relate to the Settled Claim |