UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARY BIXLER WOOD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AVALIGN TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | 14 CIV. 4958 (ER) |

**DECLARATION OF JULIE E. COHEN IN SUPPORT OF DEFENDANT CAREFUSION CORPORATION'S OPPOSITION TO RELATOR'S MOTION FOR ATTORNEY'S FEES AND EXPENSES**

JULIE E. COHEN, an attorney duly admitted to practice before this Court, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP in its New York office. I am counsel for CareFusion Corporation ("CareFusion") in the above-captioned matter and make this Declaration in Support of CareFusion's opposition to Relator's motion for attorney's fees and expenses.

2. Attached hereto as Exhibit A is a true and correct copy of the settlement agreement entered into between CareFusion, the United States and Relator.

3. Attached hereto as Exhibit B are true and correct copies of the Complaint filed by Harter Secrest & Emery LLP against the Town of Amherst, New York and Town of Amherst Zoning Board of Appeals in the Supreme Court of the State of New York and Exhibit A thereto.

4. Attached hereto as Exhibit C is the computation prepared by CareFusion counsel of a reasonable common fee award and a reasonable CareFusion-specific fee award, applying the reductions identified in CareFusion's opposition to the fee petition.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of December 2019.

                                              /s/ Julie E. Cohen
                                              Julie E. Cohen