# Exhibit C

## CAREFUSION CALCULATION OF A REASONABLE COMMON FEE AWARD

| | |
|---|---|
| Relator's Claimed Common Fees | $1,779,615 |
| One-eighth inclusion for the Settled Claim | $222,451.87 |
| 47% reduction to apply commonly charged hourly rates | $117,899.49 |
| 10% Reduction for block billing, vague entries and redactions | $106,109.54 |
| Reduction for Time Spent Negotiation Relator's Share ($7,950) | $98,159.54 |
| Expenses | $523.52 |
| **Reasonable Common Fee Award** | $ 98,683.06 |

## CAREFUSION'S CALCULATION OF A REASONABLE CAREFUSION-SPECIFIC FEE AWARD

| | |
|---|---|
| Relator's Claimed CareFusion-Specific Fees | $144,525 |
| One-eighth inclusion for the Settled Claim | $18,065 |
| 47% reduction to apply commonly charged hourly rates | $9,575 |
| 10% Reduction for block billing, vague entries and redactions | $8,617.30 |
| **Reasonable CareFusion-specific Fee Award** | **$8,617.30** |