**EXHIBIT 4 - FEE APPPLICATION TIME ENTRIES**

| Date | Name | Narrative | Hrs | Position | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/17/2019 | Feldman, Brian M. | Organize, sort, and filter CF and Avalign time entries; redact for common interest privilege and attorney-client. | 12 | Partner | $800 | $9,600 |
| 11/1/2019 | Feldman, Brian M. | Review timesheets to exclude declined case time; telephone call with client. | 1.5 | Partner | $800 | $1,200 |
| 11/18/2019 | Feldman, Brian M. | Research attorneys' fees application re joint and several liability; research case law updates re attorneys' fees; update proposed fee application; review and revise fee application. | 8.5 | Partner | $800 | $6,800 |
| 11/19/2019 | Feldman, Brian M. | Review co-counsel declaration. | 0.2 | Partner | $800 | $160 |
| 11/22/2019 | Feldman, Brian M. | Finalize and file fee motion. | 0.3 | Partner | $800 | $240 |
| 1/3/2020 | Reger, Samuel P. | Research and review case law regarding lodestar method for fee application. | 4.5 | Associate | $400 | $1,800 |
| 1/6/2020 | Reger, Samuel P. | Research and review case law regarding lodestar method for fee application. | 3.5 | Associate | $400 | $1,400 |
| 1/20/2020 | Feldman, Brian M. | Fee reply: Review defendants' opposition briefing. | 0.8 | Partner | $800 | $640 |
| 1/21/2020 | Feldman, Brian M. | Draft reply briefing; use legal research by S. Reger on issues raised by defendants; review case law on hourly rates and time entry disputes; outline items for reply declaration. | 7.5 | Partner | $800 | $6,000 |