**The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION**
**& CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

January 27, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RACHAEL E. YOURTZ, #291499 was admitted to the practice of law in this state by the Supreme Court of California on November 30, 2013; that at her request, on March 16, 2015, her name was changed to RACHAEL E. HUNT on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records