**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARY BIXLER WOOD, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> AVALIGN TECHNOLOGIES, INC., *et al.* <br><br> Defendants. | 14-Civ-4958-ER <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Michael D. Shumsky hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Avalign Technologies, Inc., Instrumed International, Inc., Instrumed GmbH, and Advantis Medical, Inc., in the above-captioned action.

I am a member in good standing of the Bars of the State of Connecticut and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the Declaration required pursuant to Local Rule 1.3.

Dated: January 30, 2020

Respectfully Submitted,

Michael D. Shumsky
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Tel: (202) 900-2802
Fax: (202) 737-9329
Email: mshumsky@hpm.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARY BIXLER WOOD, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>AVALIGN TECHNOLOGIES, INC., *et al.*<br><br>Defendants. | 14-Civ-4958-ER<br><br>**DECLARATION OF MICHAEL D. SHUMSKY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Michael D. Shumsky hereby declare as follows:

- I have never been convicted of a felony.
- I have never been censured, suspended, disbarred, or denied admission or readmission by any court,
- There are no disciplinary proceedings presently against me, and
- I am a member in good standing of the Bars of the District of Columbia and the State of Connecticut, and I attach true and accurate copies of Certificates of Good Standing from the clerks of court of the relevant bodies, issued within the past 30 days.

I submit this Declaration in lieu of a notarized Affidavit pursuant to the provisions of 28 U.S.C. § 1746.

Dated: January 30, 2020 at Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct.

Michael D. Shumsky
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Tel: (202) 900-2802
Fax: (202) 737-9329
Email: mshumsky@hpm.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARY BIXLER WOOD, *et al.*<br><br>                    Plaintiffs,<br><br>v.<br><br>AVALIGN TECHNOLOGIES, INC., *et al.*<br><br>                    Defendants. | 14-Civ-4958-ER<br><br>**ORDER ON MOTION FOR**<br>**ADMISSION PRO HAC VICE** |

The motion of Michael D. Shumsky, for admission to practice Pro Hac Vice in the above-captioned section is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Connecticut and the District of Columbia and that his contact information is as follows:

> Michael D. Shumsky
> Hyman, Phelps & McNamara, P.C.
> 700 13th Street, N.W., Suite 1200
> Washington, D.C. 20005
> Tel: (202) 900-2802
> Fax: (202) 737-9329
> Email: mshumsky@hpm.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Avalign Technologies, Inc., Instrumed International, Inc., Instrumed GmbH, and Advantis Medical, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of Attorneys.

Dated: _____                                          _____
                                                                                        The Honorable Judge Edgardo Ramos