UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ET AL EX REL. MARY BIXLER WOOD,<br><br>            *Plaintiffs*,<br><br>v.<br><br>AVALIGN TECHNOLOGIES, INC. ET AL,<br><br>            *Defendants.* | **NOTICE OF DISMISSAL**<br><br>14 CIV. 04958 (ER) |

  Plaintiff-Relator Mary Bixler Wood moved for fees and expenses by motion dated November 22, 2019 [Dkt. 25] (the "Fee and Expense Claims"), which this Court ruled on by opinion and order dated May 20, 2020 [Dkt. 68].

  Excepting those Fee and Expense Claims, which are not hereby dismissed or compromised in any way, and pursuant to FRCP 41(a)(1)(A)(i), Plaintiff-Relator Mary Bixler Wood hereby dismisses all other claims in the above-captioned action with prejudice as to herself, and without prejudice as to the United States of America or the state parties.

Dated:  May 28, 2020
     New York, NY

_____
Edgardo Ramos, U.S.D.J
Dated: May 28, 2020
New York, New York

POLLOCK COHEN LLP

By:  /s/ *Adam Pollock*
   Adam L. Pollock
   Christopher K. Leung
60 Broad St., 24th Floor
New York, NY 10004
Adam@PollockCohen.com
Chris@PollockCohen.com
Tel.: (212) 337-5361

*Counsel for Plaintiff-Relator Mary Bixler Wood*