**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA ex rel. MARY
BIXLER WOOD,

*Plaintiffs,*

v.

AVALIGN TECHNOLOGIES, INC., et al.,

*Defendants.*

14 Civ. 4958 (ER)

**NOTICE AND [PROPOSED]
ORDER OF VOLUNTARY
DISMISSAL OF REMAINING
FEE AND EXPENSE CLAIMS**

---

WHEREAS, upon entry of the Notice of Dismissal so ordered by this Court on May 28, 2020 [Dkt. 70], all claims in the above-captioned action were dismissed with prejudice as to Mary Bixler Wood ("Relator") and without prejudice as to the United States of America or other State parties, with the exception of Relator's claims for fees and expenses by motion dated November 22, 2019 [Dkt. 25] (the "Fee and Expense Claims"), which this Court ruled on by Opinion and Order dated May 20, 2020 [Dkt. 68], and which have since been fully satisfied;

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41, the Fee and Expenses Claims are dismissed with prejudice, and this action may be closed by the Clerk.

**SO ORDERED.**

_____

Edgardo Ramos, U.S.D.J

Dated: ___8/13/2020_____

New York, New York

**Requested by:**

Dated:   August 11, 2020                              Respectfully submitted,

                                                      HARTER SECREST & EMERY LLP

                                        By:   /s/ Brian M. Feldman
                                              Brian M. Feldman
                                              1600 Bausch & Lomb Place
                                              Rochester, New York 14604
                                              Telephone No. (585) 231-1201
                                              Facsimile No. (585) 232-2152
                                              BFeldman@hselaw.com

                                              *Counsel for Relator Mary Bixler Wood*